08 097

## AFFIDAVIT OF COMPLAINING WITNESS / CRIMINAL COMPLAINT:

### INSURRECTION AND SEDITIOUS CONSPIRACY AGAINST THE LAWS OF THE UNITED STATES

Submitted by Anthony P. Keyter - May 23, 2007.

```
FILED

FEB 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

### Introduction

Criminal charges of 'Insurrection against the laws of the United States', and Seditious Conspiracy' are herewith filed directly with you, the addressee, against 443 known insurgents - 393 government officers, and 50 others. The names of the insurrectionists are attached and appear as *Appendix 1* to these charges.

The defendants have seditiously conspired with one another against the nation and the American people to defeat the laws of the United States, and have plotted the use of force to prevent, hinder, and delay the execution of the laws. The defendants have engaged in and/or assisted an insurrection against the laws, and have given aid and comfort thereto.

These criminal charges are filed directly with you as person in authority pursuant the statute on Misprision of Felony (18USC4), pursuant your official duties, and the Federal Rules of Criminal Procedure, Rules 4 & 41. These charges are filed in terms of my duties as a citizen to report known felonies, and in terms of *your* obligations as person in authority under the United States, to deal with reported felonies. It has become necessary for this method of filing criminal charges because of the insurrection against the laws and the total defeat of the *normal course* of justice by the seditious conspiracy.

### The Insurgency

There is within our nation today, a virulent and dangerous insurrection afoot against the laws of the United States. This subversive activity has the objective of preventing, hindering, and delaying, by force on occasion, the faithful execution of the laws of the United States, contrary to the authority thereof. This potent seditious conspiracy against the nation, against society, and against the American people, is contrary to the laws and to the principles of individual rights, freedom, and justice, enshrined in the United States Constitution. The insurrection against the laws is also contrary to the ideals of the founding fathers of this nation who envisaged a benign government *by the people*, and more importantly *for the people*.

### The Insurgents

The insurgents against the laws of our country are for the most part malfeasant government officials and include state and federal police, prosecutors, judges, legislators,

1

and executives, all responsible for the enforcement, administration, and execution of the laws – be it upon law-breaking colleagues. They are government officers who have criminally neglected the official duties entrusted to them. They are seditious conspirators in an insurrection against the laws of the United States who have obstructed justice and law in every conceivable way. Their crimes have engendered a violent impact upon our society – the violence of a lawless government, be it democratically elected, upon its own people.

At the time of writing, *443 known conspirators* have joined forces with the subversive activities *against* the 'rule of law', of whom 393 are government officers from *52* pertinent government institutions *concerned with law and order*.

## *The crimes*

The 443 defendants are co-conspirators in a major seditious conspiracy within the government and the courts to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny Constitutional rights to *due process* and *protection of the laws*.

The 443 insurrectionists have incited, engaged in, or assisted, subversive acts against the laws; or, have made the criminal violations possible by failing to enforce, administer, and execute the laws, and have thereby sanctioned the perpetration thereof. They are charged with committing or suppressing 1.6 million felonies against the United States. This deluge of crime represents a powerful insurrection against the laws of the country. None of the crimes have been investigated or prosecuted.

The felonies include burglary, perjury, fraud, theft, tampering with evidence, intimidation of, and retaliation against a court litigant.    When exposure of the offenses became imminent, the insurgents resorted to the use of force, and attempted kidnap and murder in order to thwart the enforcement, administration, and execution of the laws upon the seditious conspirators. Subsequent evidence of stalking indicates that the insurrectionists intend to consummate their sinister plot to terminate the life of a key witness to their crimes, in pursuit of their insurrection against the laws.

Five and a half years after the commencement of this subversive activity in January 2002, the ever-increasing deluge of crime by officials has yet to be terminated and the offenders prosecuted. An intense group effort in the top structures of the government has ensued to conceal the crimes and shield the perpetrators from prosecution.

## *The Evidence*

The accumulation of evidence available on the criminal conduct of the 443 law-breakers is too volumous to include with this Criminal Complaint. However, the evidence is at hand. Three sources of data provide strong evidence of the insurrection and of the individual role of each seditious conspirator. Those sources of data are: a) The Criminal Dossiers; b) Court Proceedings; and c) Official Correspondence.

*a) The Criminal Dossiers*

The crimes of the seditious conspiracy are meticulously documented, and prima facie evidence is provided against each of the seditionists, in the 1700 pages of the criminal dossiers titled the *'Dossier of Crimes'*, and the dossier *'State-supported Tyranny upon the Populace'*.

A copy of the latest edition of the criminal dossiers, dated May 1, 2007, will be filed with the court upon the opening of a criminal case and receipt of a case number; or can be immediately supplied upon request. A 'Synopsis of the Case', which provides an up to date overview of events is included in the dossiers, and is also available for your edification upon request. The latest edition of the criminal dossiers is filed with the United States President, the US Attorney General, and the US Congress Judiciary Committees. No action has been forthcoming thereon.

An earlier edition of the criminal dossiers is filed with each of the courts and cases listed in Appendix 2, and are available for your scrutiny and use. Earlier editions, or select parcels from the dossiers, are also filed with each of 52 pertinent institutions of government tasked with law and order. Action has yet to be taken on the lawlessness.

*b) Court Proceedings*

Court documents filed in 114 *corrupt* court proceedings, in 17 state and federal court cases, address and provide evidence of the subversive activities against the laws by corrupt government and judicial officers, and their co-conspirators. As mentioned, the 17 court cases are listed in *Appendix 2*, and these court documents are available to you through the open court records in these cases.

Corrupt state and federal judges lent their full support to the government conspirators, joined forces with their aims to obstruct the course of justice, and denied due process of law in these cases in every conceivable way. The judges repeatedly and willfully neglected to perform their judicial duties to administer the laws upon lawbreaking officials, and violated the Constitution and the criminal statutes in *each of the 17 court cases*.

In particular, the corrupt proceedings of 4 related US Supreme Court cases provide unambiguous evidence of the subversive activities of the seditious conspiracy within the courts. Those Supreme Court cases are *Keyter vs. McCain et al.* (no.06-1069); Keyter *vs. President George W. Bush (no.05-140)*; *Keyter vs. 230 Government Officers (no. 06-284); and, Keyter vs. Keyter.* The documents filed in these cases are pertinent to your investigation and prosecution. However, in many instances documents have been illegally removed from Supreme Court records, and upon request, those documents are available directly from the Petitioner.

The insurrection against the laws is plainly discernable and well documented in the fraudulent proceedings of the 17 interrelated court cases, and clearly reveals the extent of the subversive activities against the laws in the top echelons of United States Government and in the courts.

*I*

### c) Written Appeals for Justice

Correspondence, with the various groups of insurgents in the administration and the courts, informing them of the criminal conspiracy against the laws and appealing for the enforcement, administration, and execution of the laws, provide further clear evidence of the seditious conspiracy against the laws of the United States. Over *eight thousand written appeals* for justice have to date been shunned by officials from 52 government institutions tasked with law and order. None of the officials petitioned have acted to enforce, administer, or otherwise execute the laws upon the seditious conspirators, but have instead elected to protect other law-breaking officials from prosecution and conceal the crimes. The evidence of this official misconduct will be presented to court when a criminal case is filed and a case number is assigned.

### Criminal Charges

#### Rebellion or Insurrection

The 443 people listed in *Appendix 1* have each engaged or assisted in subversive activities against the United States, or the laws thereof. Their combined willful disobedience to the laws of the United States, and their perpetration of 1.6 million crimes against the United States, renders their criminal acts a potent insurrection against the authority of the United States, and against the laws thereof. Jointly, they have made it possible for others to commit crimes against the state by failing to enforce, administer, and execute the laws. By their inaction where action was due they have sanctioned the continuation of the criminal endeavor. The statutes on Treason, Sedition, and Subversive Activities, prohibit such civil disobedience. The combined subversive activities against the laws violate the United States Code:

> #### 18USC2383 - Rebellion or Insurrection
>
> *Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.*

#### Seditious Conspiracy

The insurgents did not act alone in their civil disobedience to the laws. Together, the conspirators attempted, by force on occasion, to prevent, hinder, and delay, the faithful execution of the laws of the United States. In an uprising against the *rule of law*, the crimes presented for judicial action were concealed by *all* the conspirators acting in unison, in favor of protecting malfeasant government officers from prosecution. It is the combined misconduct of the conspirators that has so entirely defeated the course of justice and due process of law in this case. When exposure of these offenses became imminent, the insurgents resorted to force in order to thwart the enforcement, administration, and execution of the laws upon themselves and their co-conspirators. Their misdeeds are prohibited by the United States Code:

*18USC2384 - Seditious Conspiracy*

*If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.*

*Criminal Charges*

Criminal charges are herewith lodged directly with you, the addressee, against the 443 known insurgents listed in Appendix 1, for *Insurrection and Seditious Conspiracy against the laws of the United States.*

*Request for Injunction*

Pursuant the clause on equal protection of the laws in the 14th Amendment of the United States Constitution, and pursuant the statute 18USC1514, an immediate restraining order is sought to protect the Complainant against further harm from the stalkers, would be murderers, and other malevolent insurrectionists.

*Removal from Office*

Pursuant Section 3 of the United States Constitution, and the statute 18USC2383, the insurrectionists may not hold public office, and they must be immediately removed from their positions of power from whence they can continue with impunity, their *Insurrection and Seditious Conspiracy against the laws of the United States.*

*Caveat*

You are further requested to advise me without delay of what action you have taken, if any, to deal with this Criminal Complaint. Should I fail to hear from you by return, I shall have no choice but to assume that you have no intention of removing the insurgents from public office, providing protection of the laws, and dealing with the *Insurrection and Seditious Conspiracy against the laws of the United States.*

Dated: May 23, 2007.

Submitted by:

*Key/ter*

Anthony P. Keyter
6200 Soundview Drive , R201
Gig Harbor, WA 98335
Tel. (253) 853 3859

## APPENDIX 1

### LIST OF 443 SEDITIOUS CONSPIRATORS

**The White House:** President George W. Bush; Vice President Dick Cheney; Secretary of State Condoleezza Rice.

**US Congress:** John McCain; Jon Kyl; Bill Frist; Mitch McConnell; Ted Stevens; Rick Santorum; Joe Lieberman; Orrin G. Hatch; F. J. Sensenbrenner.

**US Department of Justice:** John Ashcroft; Alberto Gonzales; James Comey; John Keeney; Ralph Boyd, Jr; Paul D. Clement; Albert Moskowitz; Ysmael Fonseca; Norman Hillman; Lisa Frank; **US Attorney:-** Robert Brouillard; John McKay; Donald Currie; Kenneth Wainstein; Roscoe C. Howard; Mark E. Nagle; Carol Catherman; **FBI:-** Robert Mueller; Daniel D. O'Brien; Patricia Ferrick; Ellen D. Glass; Charles Mandigo; Danny Barkley; Unnamed female Agent (on Duty, 3.30pm, March 5, 2003); Laura Laughlin; **Secret Service:-** Mark Meisner; Mike Jolly; Unnamed Secret Service Agent.

**US Marshals:** George Walsh; Robert Robeson; Jim David.

**Federal Aviation Administration:** Barbara Biel; Michael Jones; FAA Designee Eric Jensen; Mr. Karl B. Lewis; Ms. Carey W. Terasaki; Ms Marion Blakey; Mr. Robert A. Sturgell; Mr. Nicholas A. Sabatini; Mr. Andrew B. Steinberg; Ms. Fanny Rivera; Ms. Ruth Leverenz; Mr. William Withycombe; Mr. Doug Murphy.

**US Supreme Court: Justices:** Justice John G, Roberts; Justice Samuel Alito; Justice Bader Ginsberg; Justice Stephen Breyer; Justice Anthony Kennedy; Justice Antonin Scalia; Justice David Souter; Justice John Paul Stevens; Justice Clarence Thomas. **Clerks:** William K. Suter; Gail Johnson; Lynn Holtz; Mr. Atkins; Mr. Christopher Vasil; Cahill; **Supreme Court Police:-** Ross Swope; Jeff Smith; Jeff Banaszak; Krista Jaffe; Officer Quigley; Officer Moore; Officer Gordon.

**US Court of Appeals: DC Cct:-** Judge Douglas H. Ginsberg; Judge Merrick B. Garland; Judge Karen L. Henderson; Judge Judith W. Rogers; Judge David B. Sentelle; Judge Harry T. Edwards; Judge A. Raymond Randolph; Judge Laurence H. Silberman; Judge David S. Tatel; Judge Stephen F. Williams; **Federal Cct:-** Judge Paul Michel; **Clerks:** Mr. Hoskin. **9th Cct:-** Judge Mary M. Schroeder; Judge S. Reinhardt; Judge M.D. Hawkins; Judge Fletcher; Judge Trott; Judge Callahan; Judge Canby; Judge Kleinfeld; Judge Edward Leavy; Judge Ronald M. Gould; Judge Richard R. Clifton.

**US District Court:** DC- Judge Hogan; Judge Emmet G. Sullivan; Judge John Focciola; **Assistant:** Sarah Hodges. **Western Washington:** Judge C.C. Lovell; Judge R. J. Bryan; Judge R.S. Lasnik; **Arizona:** Judge David G. Campbell.

**Washington State Supreme Court:** Commissioner Geoffrey Crooks; Justice Gerry Alexander; Justice Bobbe J. Bridge; Justice Tom Chambers; Justice Mary E. Fairhurst;

Justice Faith Ireland; Justice Charles W. Johnson; Justice Barbara Madsen; Justice Susan Owens; Justice Richard B Sanders; **Clerks**:- C. J. Merrit; Ronald Carpenter.

**Washington State Court of Appeals:**    Judge David H. Armstrong; Judge C.C. Bridgewater; Judge Christine Quinn-Brintnall; Judge Elaine Houghton; Judge Robin J. Hunt; Judge Dean J. Morgan; Judge Marywave Van Deren; Judge Joel Penoyer **Clerks:-** Mr. Ponzoha; Ms. Syl.

**Washington State Superior Court:    Pierce County:-** Judge Sergio Armijo; Judge Rosanne Buckner; Judge Brian Chushcoff; Judge Bruce W. Cohoe; Judge Ronald Culpepper; Judge Frank E. Cuthbertson; Judge Thomas J. Felnagle; Judge Frederick W. Fleming; Judge Beverly G. Grant; Judge Vicki L. Hogan; Judge Thomas P. Larkin; Judge Linda C.J. Lee; Judge John A. McCarthy; Judge Kathryn J. Nelson; Judge James Orlando; Judge D. Gary Steiner; Judge Katherine M. Stolz; Judge Brian Tollefson; Judge Kitty-Anne van Doornick; Judge Lisa Worswick; Judge Stephanie Arend; Commissioner Robyn Lindsay; Commissioner James Marshall; Commissioner Bob Gelman. **Judges Assistant**:- Sandie Rutten.    **Judges Association:-** Judge Deborah Fleck. **Kitsap County:-** Judge Anna M. Laurie; Judge Leonard W. Costello; Judge M. Karlyn Haberly; Judge Leila Mills; Judge Russell W. Hartman; Judge Theodore Spearman; Judge Jay B. Roof; Judge Sally F. Olson; Commissioner Thurman W. Lowans.

**Washington State Employees: Executive:-** Christine Gregoire; Gary Locke; Brad Owen; Sam Reed; **Attorney General's Office:-** Jeffrey Goltz; Robert McKenna; Craig Wright; Jennifer Meyers; **State Patrol:-** John Batiste; Ronal Serpas; Lt. Davis; Sergeant Dahl; Joe Olson. **Washington State Committee on Judicial Conduct:-** Sherry Appleton; Vivian Caver; Marianne Connelly; Gregory Dallaire; Judge Michael E. Donohue; Margo Keller; Connie Michener; Ruth Reukauf, Judge; John A. Schultheis, Judge; K. Collins Sprague; Todd K. Whitrock; Mary Kay Becker, Judge; John McCarthy, Judge; Antonio Cube, Sr.; Joseph Delay; Judie Fortier; Nora Gallaher; Lorraine Lee; Wanda Briggs; Mike Sotelo; Betsy Wilkerson; Judge Clark; David Akana; Barrie Althof. **Washington State Executive Ethics Board:-** James Vaché; Marilee Scarbrough; Laquita Fields; Paul Zellinski; Trish Akana; Brian Malarky; **Washington State Legislative Ethics Board:-** Paul Aldinger; James Anderson; William Asbury; John Betrozoff, Ruth Schroeder; Mike O'Connell. **Washington State Senate:-** Don Benton; Dale Brandland; Lisa Brown; Don Carlson; Alex Deccio; Mark Doumit; Tracey Eide;LukeEsser; Darlene Fairley; Bill Finkbeiner; Rosa Fanklin; Karen Fraser; Patricia Hale; Jim Hargrove; Mary Margaret Haugen; Mike Hewitt; Jim Honeyford; Jim Horn; Stephen Johnson; Jim Kastama; Karen Keiser; Adam Kline; Jeanne Kohl-Welles; Rosemary McAuliffe; Bob McCaslin; Bob Morton; Joyce Mulliken; Bob Oke; Linda Evans Parlette; Erik Poulsen; Margarita Prentice; Marilyn Rasmussen; Aaron Reardon; Debbie Regala;Pam Roach; Dino Rossi; Dave Schmidt; Larry Sheahan; Betti Sheldon;Tim Sheldon; Paull Shin; Harriet Spanel; Val Stevens; Dan Swecker; Pat Thibaudeau; James West;Shirley Winsley; Joseph Zarelli. **Washington State House of Representatives:**-John Ahern; Gary Alexander; Glenn Anderson; Mike Armstrong; Barbara Bailey; Brad Benson; Jean Berkey; Brian Blake; Marc Boldt; Jim Buck; Roger Bush; Jack Cairnes; Tom Campbell; Michael Carrell; Bruce Chandler; Maralyn Chase;

Frank Chopp; Jim Clements; Judy Clibborn; Eileen Cody; Cary Condotta; Steve Conway; Mike Cooper; Don Cox; Larry Crouse;Jeannie Darneille; Richard DeBolt; Jerome Delvin; Mary Lou Dickerson; Hans Dunshee; Jeanne Edwards; William Eickmeyer; Doug Ericksen; Dennis Flannigan; Bill Fromhold; Jeff Gombosky; Bill Grant; Kathy Haigh; Shirley Hankins; Brian Hatfield; Bill Hinkle; Janéa Holmquist; Zack Hudgins; Sam Hunt; Ross Hunter; Fred Jarrett; Ruth Kagi; Phyllis Gutierrez Kenney; Lynn Kessler; Steve Kirby; Dan Kristiansen; Patricia Lantz; Kelli Linville; John Lovick; Dave Mastin; John McCoy; Joe McDermott; Joyce McDonald; Jim McIntire; Lois McMahan; Cathy McMorris; Thomas Mielke;  Mark Miloscia Jim Moeller; Dawn Morrell; Jeff Morris; Edward Murray; Daniel Newhouse; Toby Nixon;Al O'Brien; Ed Orcutt; Kirk Pearson; Eric Pettigrew; Cheryl Pflug; Skip Priest; David Quall; Dan Roach; Phil Rockefeller; Sandra Singery Romero; Laura Ruderman; Sharon Tomiko Santos; Lynn Schindler; Mark Schoesler; Shay Schual-Berke; Barry Sehlin; Jan Shabron; Geoff Simpson; Mary Skinner; Helen Sommers; Brian Sullivan; Bob Sump;Gigi Talcott; Rodney Tom ; Dave Upthegrove; Velma Veloria; Deb Wallace; Alex Wood; Beverly Woods.

**Illinois State Government:** Rod R. Blagojevich; Lisa Madigan.

**Pierce County:**    **Council:-** John Ladenburg; Shaun Bunney; Paul Bocchi; Barbara Gelman; Calvin Goings; Terry Lee; Harold Moss; Kevin Wimsett; **Pierce County Sheriff's:-** Paul Pastor; Graig Adams; Deputy Bram; **Pierce County Prosecutors:-** Gerald Horne; Gerald Costello; Daniel R. Hamilton.

**Tacoma City: Councilors:-** Bill Baarsma; Bill Evans; Connie Ladenburg; Mike Lonergan; Sharon McGavick; Doug Millar; Bil Moss; Kevin Phelps; Rick Talbert; **Tacoma Police:-** Donald Ramsdell; Catherine Woodard; **Attorney:** Jon J. Walker.

**City of Gig Harbor:** Police Department:- Mike Davis, Mitch Barker; Officer Entze. **Attorney:** Carol A. Morris.

**The Boeing Company and Associate:** John Biggs; John E. Bryson; Linda Z. Cook; Kenneth M. Duberstein; John F. McDonnell; W. James McNerney, Jr.; Richard Nanula; Rozanne L. Ridgeway; John M. Shalikashvili; Mike S. Zafirovski; Allan Mullaly; Douglas G. Baine; Richard Stephens; Bonnie Soodek; Tom Pickering; Ken Higgins; Martha Ries; Dinesh Keskar; Mike Coker; Linda Enebrad; Butch Moody; Kevin King; **Boeing Business Associate, Air India:** - Mr. V. Thulasidas.

**The Ford Motor Company:** Sir John R. H. Bond; Stephen G. Butler; Kimberly A. Casiano; Edsel B. Ford II; William Clay Ford, Jr.; Irvine O. Hockaday, Jr.; Richard A. Manoogian; Ellen R. Marram; Homer A. Neal; Jorma Ollila; John L. Thornton; William Clay Ford; Michael E. Bannister; Lewis W. K. Booth; Francisco N. Codina; Peter J. Daniel; Mark Fields; John Fleming; Joe W. Laymon; Donat R. Leclair; David G. Leitch; Ziad S. Ojakli; Mark A. Schulz; Anne L. Stevens.

**Maureen E. Keyter;** and Attorney Mike Turner.

# APPENDIX 2

**The following seventeen federal and state court cases address diverse aspects of the seditious conspiracy within the courts and the government of the United States:**

*Anthony P. Keyter vs. George W. Bush*
1. U.S. District Court, District of Columbia, Case # 03-cv-2496 (EGS)
2. U.S. Court of Appeals, D.C. Circuit, Case # 04- 5324
3. U.S. Supreme Court, Case # 05-140

*Anthony P. Keyter vs. Senator John McCain, et al*
4. U.S. District Court, District of Arizona, Case # CV05-01923- PHX-DGC
5. U.S. 9th Circuit Court of Appeals, Case # 06-15253
6. U.S. Supreme Court, Case # 06-1069

*Anthony P. Keyter vs. 230 Government Officers*
7. U.S. District Court, Western District of Washington, Case # 3: 04cv5867
8. U.S. Court of Appeals, 9th Circuit, Case # 05- 35717
9. US Supreme Court, Case # 06-284.

*Anthony P. Keyter vs. John Ashcroft, et al.*
10. U.S. Court of Appeals, D.C. Circuit, Case # 04-5392

*Anthony P. Keyter vs. Vice President Dick Cheney, et al.*
11. U.S. Court of Appeals, D.C. Circuit, Case # 04-5365

*Anthony P. Keyter vs. Maureen E. Keyter*
12. Washington State Superior Court, Case # 00-3-02932-1 (both Pierce and Kitsap Counties).
13. Washington State Superior Court, Case # 04-2-13977-1 (Pierce County)
14. Washington State Court of Appeals, Case # 2737-6-II
15. Washington State Supreme Court, Case # 76972-9
16. Washington State Supreme Court, Case # 76956-7
17. US Supreme Court, Case # not assigned.

# NOTARY

**State of Washington, County of Pierce.**

I certify that I know or have satisfactory evidence that *Anthony P. Keyter* is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: *May 23rd 2007*

Signature of Notarizing Officer: _____

Title : *Notary Public*

My appointment expires: *11 - 01 - 07*

Place Notary Seal above

## Description of Attached Document

Title of Document:    "Affidavit of Complaining Witness / Criminal Complaint - Insurrection and Seditious Conspiracy against the Laws of the United States"

Document Date   :   May 23, 2007

Number of Pages :    5

# Affidavit of Complaining Witness/ Criminal Complaint

## Charges of 'Conspiracy to Kidnap' and 'Conspiracy to Murder' lodged against:

## U.S. President George W. Bush
## Chief Justice John G. Roberts
## Attorney General Alberto Gonzales
## FBI Director Robert Mueller

Submitted by Anthony P. Keyter
September 17, 2007

# *Introduction*

Criminal charges of 'conspiracy to kidnap' and 'conspiracy to murder' are herewith filed against United States President George W. Bush, Chief Justice John G. Roberts, Attorney General Alberto Gonzales, and FBI Director Robert Mueller.

There is a major and ongoing seditious conspiracy afoot within the Washington State and Federal Governments to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny the Constitutional rights to protection of the laws and ownership of rightful property. As of May 1, 2007, there were 443 known conspirators involved – 393 government officials and 50 others.

Leading this criminal conspiracy within the government of the United States are President George W. Bush, Chief Justice John G. Roberts, Attorney General Alberto Gonzales, and FBI Director Robert Mueller. These high government officials have engaged in an insurrection against the laws of the United States, and have attempted to use force to prevent, hinder, and delay the execution of the laws.

Two (foiled) attempts to kidnap and murder me, (the Complainant), as a primary witness to these crimes have respectively been commanded, facilitated, directed, and executed by President Bush, Chief Justice Roberts, Attorney General Gonzales, FBI Director Mueller, and their subordinates, as part of an effort to prevent testimony on their crimes in the courts of the United States. The United States institutions of justice and law enforcement have provided no protection because, perversely, these institutions are led by the very ring-leaders of this criminal endeavor. Further attempts upon my life are a real possibility.

The crimes were presented to the appropriate law enforcement authorities and the courts without response - none of the crimes have been investigated or prosecuted. Instead, more than 393 government officers from 52 pertinent institutions of government, who were approached to take action concerning the criminal conspiracy, have sought to cover up the crimes in order to protect law-breaking government officers from prosecution. These government officers have thereby breached the statutes and implicated themselves in the insurrection against the laws of the United States.

Exhaustive measures have failed to bring President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, to justice in the courts of the United States of America, and to secure protection against further attempts upon my life. Because of their *de facto 'impunity'* in the United States, the criminal charges are herewith filed with you in the hope that there is mutual aspiration for justice to prevail.

# *Milieu*

To understand the motives of the conspirators to kidnap and murder, it is essential to understand the broader setting in which the crimes were committed.

The founding fathers of America have enshrined noble principles in the Constitution - principles of freedom, justice, and the protection of individual rights. However, in the application of these principles and in the administration of the laws something has gone dreadfully awry. The lofty principles established by the Constitution have been usurped by officials with more sinister intentions. The United States of today is not the benign society which the founding fathers aspired to create through the higher values enshrined in the Constitution.

Two sets of standards have developed in the execution of the laws - one set applicable to the general populace, the other applicable to those in authority. Officials in positions of authority who abuse their positions and the law may generally do so with impunity. This has become the norm and there is no effective antidote available to the common man against this phenomenon. The system of government and certain laws in fact protect such abusers from culpability. This further encourages immoral and corrupt behavior amongst officials.

Officials who are tasked with administering the laws simply fail to take action against offenders in their midst. This proves to be a most effective method to protect a lawbreaking peer from prosecution. This collusion amongst officialdom to protect colleagues from criminal and civil accountability is widespread throughout all branches of government: executive, legislative, and law enforcement/judiciary. The profound malevolence permeates through every level of government: city, county, state, and federal. The phenomenon translates into a certain brand of tyranny - the tyranny of a democratically elected government wrought upon its own people.

On the face of it this indictment might appear implausible. However, the veracity thereof is amply substantiated by the facts elaborated in 2 criminal dossiers and in thousands of pages of evidential documents surrounding the broader case. The 2 dossiers titled *"State-supported Tyranny upon the Populace"*, and the *"Dossier of Crimes"*, comprise some 1700 pages of prima facie evidence and describe the impunity with which 393 officials, (including President George W. Bush, Chief Justice John G. Roberts, Attorney General Alberto Gonzales, and FBI Director Robert Mueller), and 50 others associated with them, have committed innumerable crimes and have attempted to kidnap and murder a witness to their crimes.

# *Development of the Case*

### *Initial Crimes*

Every citizen living in the United States has by law the following two inalienable rights - that of lawful ownership of property, and that of equal protection of the laws, viz. US Constitution - Amendment XIV, Section 1: *"... nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws"*.

Despite these Constitutional protections, my assets were seized and I was stripped of a sizeable portion of my income by illegal government action.

3

### Exhaustive Measures

Since January 2002, I have taken exhaustive measures to seek justice and restitution, and to animate the law enforcement process to deal with a deluge of crimes amongst officials, but to no avail. In my efforts I have to date made over 10,000 written requests to more than 1000 officials - from the most junior police officer to the highest authorities in the land.

The numerous written requests for protection and enforcement of the laws were directed to officials from 52 different, but pertinent, institutions of government tasked with law and order. **(Appendix 1)**. These institutions include the FBI and 7 other police departments, state and federal prosecutors, state and federal judiciary committees, a state judicial conduct commission, state ethics boards, bar associations, state and federal attorney general offices, state and federal legislatures, and state and federal executive offices.

Requests for protection and enforcement of the laws were also addressed to the courts. In all, 17 court cases have been filed in state and federal courts, including the United States Supreme Court. **(Appendix 2)**. In each case I sought two things: a) the redress of the illegal seizure of *de jure* property, and b) the protection of the law against ongoing harmful criminal acts. These rights are secured to every United States citizen, including me, through the promise of the 14th Amendment of the Constitution.

The exhaustive measures taken to secure justice are further described in the criminal dossiers, in the 114 proceedings of the 17 court cases mentioned, and other related documents in the hands of various authorities.

### Corruption in Government / Judiciary

*Prima facie* evidence of the crimes committed by government officers was provided to the authorities and to the courts. Each official to whom the crimes were presented had the capacity, the authority, and a statutory duty, to address the crimes. However, *every official* omitted to perform their legal duties to investigate and prosecute, or to initiate same. In *every instance* my appeals for justice and protection of the laws were rejected with callous indifference in favor of a cover up of government and judicial wrongdoing, and protection from prosecution for the lawbreaking officials implicated. In *every instance* my rights, ostensibly protected by the Constitution and the laws, were scorned and my appeals to the authorities were rejected with contempt - more than 10,000 times over. In *every one* of the 17 interrelated court cases (which addressed different groupings in the criminal conspiracy), the courts not only failed to deal with the deluge of crimes presented to the court, but actively suppressed the shameful issue.

In my case the cover up of crimes committed by law-breaking officials is absolute. Yet, this case is not unique, but merely a reflection of what happens across the United States, day after day, in court upon court, and in administration upon administration - city, county, state, and federal. In practice, government officers who break the law at the expense of the common man are unassailable.   However, providing protection to criminals is a crime, and failure to have them identified is a crime.

4

### *Misprision / Obstruction / Conspiracy*

The statute on Misprision of Felony (18USC4), amongst many other statutes, obligates officials to deal with felonies and other crimes which have been brought to their attention. Officials should either have initiated the investigations or prosecutions on their own volition, or alternatively, they should have passed the information on to somebody in authority who would have addressed the crimes. (28USC535). Each official failed to perform that legal duty and violated the statutes on misprision of felony and investigation of crimes involving government officers.

By the same reasoning, each official obstructed and impeded the due and proper administration of the law and violated the statute on obstruction of justice. (18USC1505). Every official was thus a principal offender due to his own substantive violations of law. By their criminal conduct each official, knowing that an offense against the United States had been committed, assisted other offenders in order to hinder or prevent their apprehension, trial, and punishment, and became accessories after the fact to the crimes of the other offenders. (18USC3).

Each official also furthered the aims of the broad ranging conspiracy to commit offenses, and the conspiracy against rights, and joined in with the objectives to obstruct the course of justice. As a result, each official became a co-conspirator to the crimes of the other offenders. Thus a staggering number in excess of 1.6 million crimes have been documented according to the dictates of the law. These are sobering statistics.

Yet, the initial crimes cannot be disputed. The laws are clear and have not been obeyed. Unimpeachable evidence of numerous felonies is provided in the criminal dossiers. For instance, burglary has been confessed to under oath by the perpetrator; perjury is clearly discernable in conflicting statements under oath; a judge acknowledges (in court transcripts) the illegal removal of crucial court evidence - tampering with evidence.

Other serious crimes associated with this criminal conspiracy include: Fraud; Theft; Official Misconduct; Rendering Criminal Assistance; Conspiracy against Rights; Conspiracy to Commit Offense; Tampering with a Witness; Retaliation against a Witness with intent to kill; and attempted Kidnap with intent to kill.

Details and *prima facie* evidence of the crimes committed by the 443 conspirators, (provided in the 1700 pages of the criminal dossiers), have been presented to government authorities and the courts on some *50 occasions*. No investigations or prosecutions have been conducted on any of these known felonies. The undeniable evidence has also been presented to the US Supreme Court on 11 occasions, but on each occasion the 443 conspired to remove those criminal dossiers from the Supreme Court Records.

Perversion of justice can have no clearer and more debased an example. The 393 officials involved in the criminal conspiracy hold pertinent positions in Washington State and Federal Governments. Amongst Washington State officials are police chiefs, county prosecutors, the present and former Attorney Generals, the Secretary of State, legislators, and the present and former Governors. Also included are 60 judges from the Washington

State Courts, including the Chief Justice. Amongst Federal Government officials involved in the criminal conspiracy are FBI agents, the US Attorney General and several US Attorneys, 39 federal judges including the Chief Justice, and the Vice President and President of the United States.

## *The Role of the President of the United States*

When all the available remedies had been exhausted and I nevertheless failed to animate the legal system, I addressed myself to President Bush with the request that he see to the faithful execution of the laws in terms of his Constitutional duties, viz: *"The President ... shall take care that the laws be faithfully executed."* US Constitution, Article II, Section 3.

The President was informed of the large scale criminal conspiracy involving government officials, and that their crimes had been suppressed. He was provided with all the necessary information in order to take appropriate action. (*See* 45 letters to President Bush to date). Despite his peremptory duties under the Constitution and the criminal statutes, and despite numerous requests, President Bush willfully failed to take any action at all, but instead elected to join in the cover up of the crimes. This conduct placed the President directly in breach of the criminal statutes, the Constitution, and the common law duties of every citizen.

As a consequence a civil suit was filed against President Bush for his violations of the criminal statutes and common law, and to seek a court order compelling him to obey the law and the Constitution. This suit met with further criminal behaviour in the Federal District Court in D.C. - committed by the President, by his counsel, and by the presiding judge in case no. 03-cv-2496. These crimes are fully described in the appeal to the US Court of Appeals for the D.C. Circuit (case no. 04-5324). In their turn the Court of Appeal judges failed to deal with the crimes and joined with the endeavor by President Bush and other lawbreaking officials to conceal the crimes, and in so doing violated the statutes themselves.

Hence I appealed to the United States Supreme Court for justice, for, chiseled upon the marble edifice of the Supreme Court are the compelling words: *"Equal Justice under Law"*. Under this auspicious banner 3 cases, which pitted the common man against the might of a corrupt American establishment, were presented to the Supreme Court. Those cases are:

> *Anthony P. Keyter vs. George W. Bush*, Supreme Court Case No. 05-140.
> *Anthony P. Keyter vs. 230 Government Officers*, Supreme Court Case No. 06-284.
> *Anthony P. Keyter vs. McCain et al.*, Supreme Court Case No. 06-1069

These cases addressed the criminal neglect of government officials (including Bush, Roberts, Gonzales, and Mueller) to deal with the deluge of crime within their ranks.

## *Corruption in the United States Supreme Court*

Unsurprisingly however, the criminal endeavor by politicians, judges, and officials, to obstruct the course of justice advanced uninterruptedly into the US Supreme Court. The

6

Supreme Court failed to address the corruption in the government and the courts, and failed to attend to the parcel of 1.6 million crimes placed before it in the 3 cases against government officials. In their turn, the Supreme Court Justices lent their considerable (but corrupt) power to advance the aims of the criminal conspirators to obstruct the administration of the laws and defeat the course of justice. All 3 cases were characterized by significant criminality in the court so as to protect President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller and the other senior government officials, from civil and criminal prosecution.

*Fraudulent Judgments:* In each instance the Certiorari petitions to the Supreme Court were fraudulently and illegally denied without the benefit of all the relevant documentation and without the Justices performing obligatory judicial duties to address the underlying crimes. A Mandamus petition was filed in the case against President Bush requesting a Supreme Court Order to command the President to obey the laws. The Mandamus petition was ostensibly deliberated, and then fraudulently denied by the Justices - yet all the copies of the petition had already been stolen from the courthouse within hours of being filed, and were never available for deliberation.

*Rendering Criminal Assistance:* The failure of the Supreme Court Justices to act upon evidence of multiple felonies presented in court documents and the criminal dossiers, including the crimes of Bush, Roberts, Gonzales and Mueller, protected and rendered criminal assistance to known felons. The Justices thereby obstructed the due and proper administration of the laws and violated 18USC1505 and 18USC4. Urgent Motions for Injunction seeking court protection from ongoing crimes in each of the 3 related Supreme Court cases were not addressed. This neglect sanctioned further criminal misconduct by officials, and violated 18USC3.

*Violation of laws disqualifying a judge:* Motions for recusal and/or disqualification of the Justices were submitted to the Supreme Court when it became clear that they were colluding in the criminal conspiracy underlying each of the 3 cases. However, the Justices failed to recuse themselves, acted under severe conflict of interest untenable in law, and rendered judgments to dismiss the very cases which implicated them in crime. The Justices thereby shielded themselves from investigation, impeachment, and prosecution. It must be noted that Chief Justice Roberts did in fact recuse himself from 2 of the deliberations, however, on other applicable occasions he did not. The laws governing the recusal of judges expressly prohibit acting under such conflict. The Justices violated 28USC144 and 28USC455.

*Shielding of criminal offenders by Supreme Court Police:* Criminal Complaints, and other unambiguous evidence regarding felonies associated with the 3 cases, were filed with the Supreme Court Police. A number of these felonies were committed *in* the Supreme Court. However, the Supreme Court Police failed to act against the offenders, instead providing a protective umbrella for ongoing lawlessness, e.g. theft of court record, intimidation, and retaliation against a witness.

7

*Tampering with / Illegal removal of Court Evidence:* In all 3 related Supreme Court cases, all incriminating evidence implicating Bush, Roberts, Gonzales, and Mueller and other senior government officials in crime were illegally removed from Supreme Court Records. Subsequent attempts to re-file the stolen documents repeatedly met with the same offense. In the case against President Bush, 41 out of 47 documents filed in the case were stolen from the court records. In the case against 230 Government Officers, 4 incriminating documents were corruptly and repetitively removed. In the case against Senator McCain, Chief Justice Roberts, Attorney General Gonzales, FBI Director Mueller, and other senior officials, 6 pertinent documents were corruptly removed. These documents were re-filed, and repeatedly removed. On 11 occasions the criminal dossiers and the evidence they contain were illegally removed from the Supreme Court Records. These criminal acts transpired with the full collaboration of the Supreme Court Justices, with the co-operation of the Clerk and his personnel, and under the protective umbrella of the Supreme Court Police. Evidence presented in the criminal dossiers, and correspondence with the court, attests to this fact. These acts of theft of record violated 18USC1506 on numerous counts.

*Retaliation against a Witness:* Because of my unrelenting persistence to find justice, the government conspirators resorted to witness-tampering (18USC1512) and retaliation against me (18USC1513). This was done with the clear intent to prevent my attendance in official court proceedings, and to prevent further testimony against the 393 law-breaking government officers, including the ring-leaders: President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. In a further display of abuse of power and of state machinery, President Bush ordered the illegal interception of all my communications in violation of the tenets of the Patriot Act.  The Supreme Court willfully neglected to address the crimes and failed to protect a Supreme Court litigant from retaliation by government officials.

# *Attempts to Kidnap and Murder*

On February 9th, 2006 a 'Petition for Rehearing' was filed with the US Supreme Court in the case against President Bush (case no. 05-140), together with a Criminal Complaint which addressed the extensive theft of court records. These documents significantly increased the risk of public exposure and prosecution of President Bush and his co-conspirators.

Within 24 hours of these documents being filed in the US Supreme Court, President Bush and his agents initiated a criminal plot to retaliate against me with intent to kill me as primary witness to their crimes - in order to thwart the course of justice and administration of the laws. The execution of this plot commenced in the Supreme Court and unfolded through the offices of the White House, the Boeing Company, and the Federal Aviation Authority.

Under orders from the President, White House aids contacted my employer, the Boeing Company.  In a mutually beneficial arrangement, officers of the Boeing Company immediately embarked upon an attempt to inveigle me to an area away from my normal

8

workplace, there to unlawfully seize me - kidnap me - in collaboration with and in execution of the plot to murder me. Boeing was offered an attractive contract/compensation to facilitate this iniquitous conduct, and the Boeing Board acquiesced to the request. This act violated the statute 18USC1201.

The first attempt to kidnap and murder me (executed by officers of the Boeing Company) failed, and resulted in further criminal charges being filed. A second attempt was undertaken through the Federal Aviation Authority in an effort to prevent information relating to these federal offenses from reaching law enforcement and the courts. The second kidnap attempt was also abortive, but these attempts succeeded in destroying my livelihood and 17-year career as Senior Instructor Pilot with the Boeing Company. Subsequent evidence of stalking indicates that the conspirators intend to consummate their sinister plot.

Details of the kidnap and murder plot are further described in the criminal dossier titled 'State-supported Tyranny upon the Populace', in Chapter 1 and Chapters 41 – 44. The Boeing Company and FAA officers involved, and their co-conspirators, are listed in Chapter 0.3 of that dossier. A considerable amount of detail of events and evidence of the kidnap attempts is available to investigators. Audio tapes of conversations with Boeing managers and FAA officials are available to investigators, and clearly indicate the conclusions on intent, and reveal the involvement of Attorney General Gonzales and agents from his Justice Department.

The kidnap and murder attempts have not been investigated or prosecuted, neither by the United States Courts, the Department of Justice or the FBI, nor any other law enforcement agency – despite being provided with the relevant information and despite numerous requests to do so.

## *Seditious Conspiracy*

None of the participants acted alone in the criminal activities described herewith (18USC2384). The complicity (18USC2), and/or accessory role (18USC3), of each of the 443 known criminal conspirators in the attempted kidnap and murder of the key witness to their crimes, is evident from their failure of legal obligation to address this crime - either as responsible United States citizens (18USC4), or as officials pursuant their specific duties associated with their positions of authority under the United States.

The criminal acts described above furthered the common aims of, and were of mutual benefit to, *all* 443 known conspirators listed in the criminal dossiers, including their leaders: President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. The illegal removal of the criminal dossiers and other incriminating evidence from the Supreme Court Record suppressed information of the crimes of *all* the conspirators. The illegal removal of the mandamus petition in the Bush Supreme Court case saved *all* the conspirators from a court order enforcing criminal investigation and resultant prosecution. The plot to kidnap and murder me, if it had succeeded, would have wiped *all* court proceedings against the 443 conspirators clean off the slates. It is the

*combined action* by conspirators that has served to defeat the course of justice so absolutely - one conspirator or group performing one part of the criminal act, another, the other part of the act. For instance: one group of conspirators committing the crime of retaliation against a witness with intent to murder, the others illegally protecting those lawbreaking colleagues by failing to prosecute the crime. (See 18USC371).

This cooperative endeavor amongst the 443 conspirators (including Bush, Roberts, Gonzales, and Mueller), to commit offenses against the United States, or to assist in the commission thereof, was amply demonstrated during the period March 13 to 25, 2006. I was informed that meetings were held between representatives of the different groupings of conspirators, under the auspices of US Attorney General Gonzales, to plot their evasion of criminal culpability for crimes committed, to render criminal assistance to one another, and to plot further retaliatory action against me.

There is indeed a grim threat and a high likelihood of further retaliation against me on behalf of the 443 seditious conspirators, including the likelihood of a break-in and theft of incriminating documents, or removal of incriminating evidence from my office with a phony search warrant corruptly obtained. Moreover, there are many high profile and politically powerful officials amongst the conspirators, including the ring-leaders: President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. Their propensity to malice, and the absolute impunity with which they can violate the laws, is amply demonstrated in the criminal dossiers. When the extent of their legal predicament is considered and evidence of stalking is taken into account, further attempts upon my life are highly probable.

# *De Facto Immunity from Criminal Prosecution*

### *The Role of the Congress*
Amongst my 10,000 plus written appeals for justice are numerous appeals to every one of the 535 Members of the 110th Congress individually, to address the criminal conspiracy within the government. In addition, the Senate and House Judiciary Committees, the Senate Committee on Government Affairs, the House Committee on Government Reform, the Senate President and the Speaker of the House, all have been requested to take action pursuant congressional oversight jurisdiction over the executive and judiciary. *To no avail.* Instead of addressing the crimes detailed in the criminal dossiers and tackling the corruption in the courts, the committees and Congressmen shunned the requests and willfully failed to perform their critical oversight duties. With callous indifference they sanctioned the criminal activities of their peers. Amongst the Congressmen who have failed to act are popular presidential candidates of the 2008 elections, thus guaranteeing continuity of the immorality and criminality within the United States Government.

### *Role of the United States Armed Forces*
Given the extent of the insurrection within the government, and considering the powerful obstruction to the administration and execution of the laws exercised by the insurgents,

10

the 5 Joint Chiefs of Staff and 50 other senior officers of the Armed Forces were informed of the sedition, and requested to address the insurrection against the laws.

The United States Armed Forces have a duty prescribed by law, and its senior officers have taken an oath, to defend the country against its enemies, *foreign or domestic.* Yet, amongst the nation's top military commanders, amongst 55 generals and admirals who are fully informed of the insurrection, no one has dared to break ranks and address the sedition; no one has shown the fortitude or rectitude to perform their clearly defined military duty; and not one has honored his oath to defend the nation against its domestic enemies. *Not one.* Every one of the 55 generals and admirals has actively provided protection and comfort to the (domestic) enemies of the United States – an unmitigated act of *treason.*

## Incestuous Relationship within Government

Thus the courts have illegally protected President Bush and his co-conspirators from culpability for crimes committed, including the heinous crime of attempted kidnap with intent to murder his Supreme Court opponent and witness to his crimes. Congress has consecutively protected the President and corrupt judges from impeachment and prosecution. In their turn, the Congressmen enjoy the protection of the President and the courts from culpability for *their* failure of critical duty to the people and to the state. One dirty hand washing the other. Providing a protective umbrella over the insurrection against the laws is the Armed Forces of the United States.

This incestuous closed loop relationship between the three branches of government to conceal crimes in their midst, effectively saturates all levels of the United States establishment, as this case so vividly exposes. There can be no more perverse an example of state-supported tyranny upon a populace than is presented by this case. Since no viable restraining mechanism exists to curtail the abuses of power in spite of the tenets of the Constitution, unbridled oppression is inflicted upon the common man. Fittingly it has been stated that tyranny sits nowhere so secure as under the banner of *'freedom'.*

Six years after the initiation of this debacle, the ever increasing deluge of serious crimes committed by government officials has yet to be terminated, investigated, and prosecuted. Not only do the criminal conspirators remain in their positions from whence they abuse government power to pursue their criminal endeavors; moreover, they perpetrate those criminal deeds with the full support of the White House and the Cabinet, the Department of Justice and the FBI, the Congress, the courts, including the Supreme Court, and the Armed Forces of the United States.

This case reveals a powerful insurrection and seditious conspiracy against the laws of the United States, and the intense group effort in the upper echelons of government to conceal such crimes and shield the perpetrators from prosecution. More than 1000 officials from 52 institutions of government of the United States have co-operated to provide *'impunity'* to common criminals in their midst who have sought to kidnap and murder a key witness to serious crimes committed by fellow government officers.

11

# *Culpability of President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller*

## *Criminal Liability*

Prima facie evidence of the culpability of President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, in the kidnap and murder attempt, is provided by the fact that each individually has a *legal duty* to take care of the investigation and prosecution of that crime. Each one was presented with the available evidence and requested to deal with the investigation and prosecution; each had the capability and government machinery under his command to do so; yet each willfully failed their lawful duty in order to protect themselves and their co-conspirators from criminal liability. This criminal neglect nevertheless renders them guilty of *accessory after the fact* (18USC3) to the crime of conspiracy to kidnap and murder.

President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, seditiously conspired to impede the proper administration of the laws; violated the laws on misprision of felony and misprision of treason; obstructed the course of justice; led the insurrection against the laws in their sphere of influence; and provided aid and comfort to the enemies of the state. Under their command, their agents twice attempted to kidnap and murder the primary witness to the crimes of the government conspirators.

## *The Evidence*

Three primary sources of information provide strong evidence of the crimes committed by President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. Their individual role in the insurrection against the laws of the United States are given in the following documents: a) Two Criminal Dossiers; b) Court Proceedings; and c) Official Correspondence;

### *a) The Criminal Dossiers*

The crimes committed by the conspirators are meticulously documented, and prima facie evidence is provided against each in the 1700 pages of the criminal dossiers titled the *'Dossier of Crimes'*, and the dossier *'State-supported Tyranny upon the Populace'*. A copy of the latest edition of these dossiers, dated May 1, 2007, will be supplied to investigators upon the initiation of investigations, or immediately upon request. Criminal charges filed against Bush, Roberts, Gonzales, and Mueller, are presented in the criminal dossier *"State-supported Tyranny upon the Populace"*: i) Charges against Bush are presented in Chapters 1, 42, 44, and 46; ii) Charges against Roberts in Chapters 21, 42, 44, and 46; iii) Charges against Gonzales in Chapters 39, 42, 44, and 46; iv) Charges against Mueller in Chapters 40, 42, 44, and 46.

### *b) Court Proceedings*

Corrupt state and federal judges lent their full support to the government conspirators, joined forces with their aims to obstruct the course of justice, and denied due process of law in these cases in every conceivable way. The judges repeatedly and willfully

neglected to perform their judicial duties to administer the laws upon lawbreaking officials, and violated the Constitution and the criminal statutes in *each of 17 court cases.* Sixteen (16) of these cases, undertaken pro se, were summarily and illegally dismissed without addressing the criminal offenses filed therein.

Court documents filed in 114 *corrupt* court proceedings in these cases provide evidence of the subversive activities against the laws by the law-breaking government and judicial officers, and their co-conspirators. These court documents are available through the open court records in these cases. In particular, the corrupt proceedings of the 3 related US Supreme Court cases listed above provide unambiguous evidence of the subversive activities of the seditious conspiracy within the courts. The documents filed in these cases are pertinent to your investigation and prosecution. However, in many instances documents have been illegally removed from Supreme Court records, and upon request, those documents are available directly from the Petitioner. A quick reference to some pertinent documents is provided on the website www.anthonykeyter.com.

Evidence against President Bush is provided in the following United States court cases:
1. US District Court, DC, case no. 03cv2496.
2. US Appeals Court, DC Circuit, case no. 04-5324.
3. US Supreme Court case no. 05-140.

Evidence against Chief Justice Roberts, A.G. Gonzales, and FBI Director Mueller is provided in the following cases:
1. US District Court for Arizona, case number CV 05-01923-PHX-DGC.
2. US Ninth Circuit Appeal case no. 06-15253
3. US Supreme Court case no. 06-1069

### c) Written Appeals for Justice

Correspondence with President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, informing them of the criminal conspiracy against the laws and appealing for the enforcement, administration, and execution of the laws, provide further clear evidence of their role in the seditious conspiracy and kidnap and murder attempts:
1. To President Bush – 45 pieces of correspondence;
2. To Chief Justice Roberts – 21 pieces of correspondence;
3. To the Attorney General – 34 pieces of correspondence;
4. To FBI Director Mueller and the FBI – 30 pieces of correspondence.

As stated, in the absence of investigations or any other concrete evidence, the most profound proof of the role of President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, in the insurrection against the laws and plot to murder a Supreme Court litigant, is the fact that they have all willfully failed to perform their legal duty to have the crimes investigated and prosecuted.

# *Criminal Charges*

The following criminal charges are herewith filed against United States President George W. Bush, Chief Justice John G. Roberts, Attorney General Alberto Gonzales, and FBI Director Robert Mueller:

1. Conspiracy to Kidnap – 18USC1201

   President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, conspired with one another, and with others, to inveigle, unlawfully seize, and kidnap me as Supreme Court litigant, with intent to kill me to prevent testimony in court proceedings against them and their co-conspirators. The conspirators substantially and overtly acted to effect the object of this conspiracy.

2. Conspiracy to Murder – 18USC1117

   President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller, conspired with one another and with others, with malice and forethought, to murder me as Supreme Court litigant, with intent to prevent testimony in court proceedings against them and their co-conspirators. The conspirators substantially and overtly acted to effect the object of this conspiracy.

These charges merge with the charges filed against them in the criminal dossiers.

Dated: September 17, 2007

*Keyter*

Anthony P. Keyter

6200 Soundview Drive, R201
Gig Harbor, Washington
98335 USA
Tel: (253) 853-3859
Fax: (253 851 1108

# Appendix 1

## List of Institutions that Failed - (May 1, 2007)

Every one of the 393 known officers from the 52 government institutions listed below have the authority and the legal duty to address the crimes presented to them. None acted.

1. City of Gig Harbor Police
2. City of Gig Harbor Prosecutor
3. City of Gig Harbor Councilors
4. City of Tacoma Police
5. City of Tacoma Councilors
6. Pierce County Sheriff
7. Pierce County Prosecutors
8. Pierce County Councilors
9. Pierce County Ethics Committee.
10. Washington State Patrol
11. Washington State Executive
12. Washington State Attorney General
13. Washington State Senate
14. Washington State Senate Judiciary Committee
15. Washington State House of Representatives
16. Washington State House Judiciary Committee
17. Washington State Commission on Judicial Conduct.
18. Washington State Commission on Gender and Justice.
19. Washington State Superior Court Judges Association.
20. Washington State Bar Association
21. Washington State Legislative Ethics Committee.
22. Washington State Executive Ethics Committee.
23. Washington State Superior Court
24. Washington State Court of Appeals
25. Washington State Supreme Court
26. Illinois State Executive
27. Illinois State Attorney General
28. U.S. FBI
29. U.S. Marshals
30. U.S. Secret Service
31. U.S. Supreme Court Police
32. U.S. Attorney General
33. U.S. Department of Justice, Civil Rights Division
34. U.S. Department of Justice, Criminal Division
35. U.S. Attorney, Seattle.
36. U.S. Attorney, District of Columbia.
37. U.S. Attorney, Chicago.
38. U.S. Senate
39. U.S. Senate Committee on the Judiciary
40. U.S. Senate Committee on Homeland Security and Government Affairs
41. U.S. House of Representatives
42. U.S. House of Representatives Committee on the Judiciary
43. U.S. House Committee on Oversight and Government Reform
44. U.S. Executive, President and Cabinet
45. U.S. District Court, District Columbia.
46. U.S. District Court, District of Arizona.
47. U.S. District Court, Western District of Washington State.
48. U.S. Court of Appeals, District of Columbia Circuit.
49. U.S. Court of Appeals, 9th Circuit, California
50. US Court of Appeals, Fed Circuit
51. U.S. Supreme Court
52. U.S Armed Forces

# Appendix 2

## Court Cases

The following seventeen federal and state court cases address diverse aspects of the
criminal conspiracy within the courts and the government of the United States:

### Anthony P. Keyter vs. George W. Bush
1. U.S. District Court, District of Columbia, Case # 03-cv-2496 (EGS)
2. U.S. Court of Appeals, D.C. Circuit, Case # 04- 5324
3. U.S. Supreme Court, Case # 05-140

### Anthony P. Keyter vs. Senator John McCain, et al
4. U.S. District Court, District of Arizona, Case # CV05-01923- PHX-DGC
5. U.S. 9th Circuit Court of Appeals, Case # 06-15253
6. U.S. Supreme Court, Case # 06-1069

### Anthony P. Keyter vs. 230 Government Officers
7. U.S. District Court, Western District of Washington, Case # 3: 04cv5867
8. U.S. Court of Appeals, 9th Circuit, Case # 05- 35717
9. US Supreme Court, Case # 06-284.

### Anthony P. Keyter vs. John Ashcroft, et al.
10. U.S. Court of Appeals, D.C. Circuit, Case # 04-5392

### Anthony P. Keyter vs. Vice President Dick Cheney, et al.
11. U.S. Court of Appeals, D.C. Circuit, Case # 04-5365

### Anthony P. Keyter vs. Maureen E. Keyter
12. Washington State Superior Court, Case # 00-3-02932-1
13. Washington State Superior Court, Case # 04-2-13977-1
14. Washington State Court of Appeals, Case # 2737-6-II
15. Washington State Supreme Court, Case # 76972-9
16. Washington State Supreme Court, Case # 76956-7
17. US Supreme Court, Case # not assigned.

# NOTARY

## State of Washington, County of Pierce.

I certify that I know or have satisfactory evidence that *Anthony P. Keyter* is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: Sep. 17ᵀᴴ 2007

Signature of Notarizing Officer: _____

Title: Notary Public

My appointment expires: 11-01-07

Place Notary Seal Above

### Description of Attached Document

Title of Document: "Affidavit of Complaining Witness /Criminal Complaint - Charges of 'Conspiracy to Kidnap' and 'Conspiracy to Murder' Lodged Against: President George W. Bush; Chief Justice John G. Roberts; Attorney General Alberto Gonzales; and FBI Director Robert Mueller

Document Date   :   September 17, 2007

Number of Pages :   16 pages.

# Affidavit of Complaining Witness / Criminal Complaint

# Charges of Treason Lodged against 535 Members of the 110th Congress of the United States

## Submitted By Anthony P. Keyter
## June 18, 2007

Charges of Treason are herewith lodged against the 535 Members of the 110th Congress of the United States. Their names appear in Appendix 1. The Members of Congress implicated, owing allegiance to the United States, have adhered to their enemies, and have giving them aid and comfort within the United States. By aiding and comforting the enemies of the United States, the Members of Congress have committed treason against the United States. Charges are levied against the 535 Members of Congress for violation of the statutes on Treason, Misprision of Treason, Insurrection, Seditious Conspiracy, and Accessory. The Congressmen are incapable of holding any office under the United States, and should be removed from office without delay.

### Background

There is a major seditious conspiracy afoot within the courts and within the government to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny the Constitutional rights to protection of the laws and ownership of de jure property. The insurrectionists have seditiously conspired with one another against the nation and the American people to defeat the laws of the United States, and have plotted the use of force to prevent, hinder, and delay the execution of the laws.

The crimes of the conspirators are of a serious nature, are multiple and ongoing, and include attempts to kidnap with intent to murder a prime witness to their crimes. The combined and willful disobedience to the laws of the United States, and the perpetration of 1.6 million crimes against the United States, renders their criminal acts a potent insurrection against the authority of the United States, and against the laws thereof.

### Charges filed with Members of Congress

Criminal charges of '*Insurrection against the laws of the United States*', and '*Seditious Conspiracy*' were filed directly with the 535 Members of Congress for their action against 443 known insurgents - 393 government officers, and 50 others. The names of the insurrectionists were provided with the charges. The criminal charges were filed directly with the accused Congressmen (the defendants in this charge) as persons in authority pursuant the statutes on Misprision of Felony (18USC4), Misprision of Treason (18USC2382), and pursuant their Congressional duties. It was necessary for this method

of filing criminal charges because of the insurrection against the laws and the total defeat of the *normal course* of justice (in all 3 branches of United States government) by the seditious conspirators.

Together with the charges, the accused Congressmen were directed to 3 sources of prima facie evidence and information on the insurrection against the laws, which was readily to hand. A large quantity of that evidence was already in their possession.

The delinquent Congressmen were requested to deal with the 'Criminal Complaint' and insurrection and seditious conspiracy against the laws of the United States without delay. The Congressmen were further requested to arrange for court protection for the Complainant against further harm from the stalkers, would be murderers, and other malevolent insurrectionists, pursuant the statute 18USC1514, via a restraining order.

The Congressmen were also requested to immediately remove the insurrectionists from their positions of power in government from whence they continue, with impunity, their insurrection and seditious conspiracy against the laws of the United States.    Pursuant Section 3 of the United States Constitution, and the statute 18USC2383, the insurrectionists may not hold public office.

### Congressional Duties
The accused Congressmen had the power, the authority, and the duty to tend to the insurrection, and were directly requested to do so.

Each Congressman has taken an oath, before God and the nation, *"to support and defend the Constitution of the United States against all enemies, foreign and domestic"*.    In addition, each Congressman has an individual and collective duty pursuant their *'legislative jurisdiction over federal courts, judges, and judicial proceedings'* to take appropriate action to address the insurrection.    The machinery of state was available to them to perform those duties.

Title 18USC3041 of the United States Code *empowers* judges under Congressional legislative jurisdiction, to act under circumstances where a Complaint or Affidavit (such as was filed by the Complainant), provides probable cause of offenses committed against the United States.  Judicial Officers under the jurisdiction of Congress have the power required and the Courts have cognizance of the offenses committed by the insurrectionists.    Title 18USC4 and 18USC2382 required the Congressmen, and the Judicial Officers under Congressional jurisdiction, having knowledge of felonies and treasonable crimes, to act positively and *'as soon as possible'* regarding those crimes. Rule 4 & 41 of the Federal Rules of Criminal Procedure provides regulation under such circumstances, for the actions of judges under Congressional jurisdiction.  Clear and unmistakable cause existed for the Congressmen, and the judicial officers under their jurisdiction, to take the necessary steps to terminate the insurrection and to arrest the insurrectionists in accordance with the Constitution and Court Rules.

Yet no action was forthcoming from the delinquent Congressmen.

### *Criminal Dereliction of Duty*

The defendant Congressmen criminally neglected their duties to oversee the administration of the laws by simply ignoring the Criminal Complaint(s), and thereby thwarted the course of justice. (Evidence to be provided). By their criminal neglect, the delinquent Congressmen provided protection from prosecution to the enemies of the state, and concealed their crimes. The Congressmen made it possible for the seditious conspirators to stay in positions of power from whence they continue their malevolent insurrection against the laws of the United States. The defendant Congressmen failed to provide due process of law to the Complainant and to the state. The defendant Congressmen failed to provide protection of the laws, dictated by the Constitution, to the state and to the people of America. The Congressmen adhered to the enemies of the United States, and provided aid and comfort to the insurrectionists by failing to arrest them and failing to terminate the seditious onslaught upon the laws of the country.

Specific evidence of the subversive acts of each group of Congressmen will be provided to the courts and to investigators once investigations commence, or immediately upon request.

### *Criminal Charges Filed*

Each Congressman listed in Appendix 1 violated the following statutes:

1. Treason - 18USC2381

   The Congressmen, owing allegiance to the United States, have adhered to their enemies, giving them aid and comfort within the United States.

2. Misprision of Treason - 18USC2382

   The Congressmen, owing allegiance to the United States, and having knowledge of the commission of treason against them, have concealed and did not, as soon as may be, disclose and make known the same to the President; or to some judge of the United States who would take the necessary and appropriate action to deal with the insurrection.

3. Rebellion or Insurrection - 18USC2383

   The Congressmen have assisted and engaged in an insurrection against the authority of the United States and the laws thereof, and have given aid and comfort thereto. The Congressmen shall be incapable of holding any office under the United States.

4. Seditious Conspiracy - 18USC2384

   The Congressmen have, in places subject to the jurisdiction of the United States, joined with and furthered the aims of 443 seditious conspirators, who conspired to prevent, hinder, and delay, by force, the execution of the laws of the United States upon all the conspirators.

5. Accessory after the fact – 18USC3
   The Congressmen, knowing that offenses against the United States have been committed, have assisted the offenders in order to hinder or prevent their apprehension, trial, or punishment, and are accessories after the fact to the 1.6 million crimes of the seditious conspiracy (and multiples of this figure).

Submitted on June 18, 2007

Respectfully submitted by:

Anthony P. Keyter
6200 Soundview Drive, R201
Gig Harbor, WA. 98335
Phone: (253) 853-3859

4

# APPENDIX 1

## SENATORS OF THE 110TH CONGRESS

CHENEY, DICK;
AKAKA, DANIEL K.;
ALEXANDER, LAMAR;
ALLARD, WAYNE;
BAUCUS, MAX;
BAYH, EVAN;
BENNETT, ROBERT F.;
BIDEN, JR., JOSEPH R.;
BINGAMAN, JEFF;
BOND, CHRISTOPHER S.;
BOXER, BARBARA;
BROWN, SHERROD;
BROWNBACK, SAM;
BUNNING, JIM;
BURR, RICHARD;
BYRD, ROBERT C.;
CANTWELL, MARIA;
CARDIN, BENJAMIN L;
CARPER, THOMAS R.;
CASEY, JR., ROBERT P.;
CHAMBLISS, SAXBY;
CLINTON, HILLARY
RODHAM;
COBURN, TOM;
COCHRAN, THAD;
COLEMAN, NORM;
COLLINS, SUSAN M;
CONRAD, KENT;
CORKER, BOB;
CORNYN, JOHN;
CRAIG, LARRY E.;
CRAPO, MIKE;
DEMINT, JIM;
DODD, CHRISTOPHER J.;
DOLE, ELIZABETH;

DOMENICI, PETE V.;
DORGAN, BYRON L.;
DURBIN, RICHARD J.;
ENSIGN, JOHN;
ENZI, MICHAEL B.;
FEINGOLD, RUSSELL D.;
FEINSTEIN, DIANNE;
GRAHAM, LINDSEY;
GRASSLEY, CHUCK;
GREGG, JUDD;
HAGEL, CHUCK;
HARKIN, TOM;
HATCH, ORRIN G.;
HUTCHISON, KAY BAILEY;
INHOFE, JAMES M.
INOUYE, DANIEL K.;
ISAKSON, JOHNNY;
JOHNSON, TIM;
KENNEDY, EDWARD M.
KERRY, JOHN F.;
KLOBUCHAR, AMY;
KOHL, HERB;
KYL, JON;
LANDRIEU, MARY L.;
LAUTENBERG, FRANK R.;
LEAHY, PATRICK J.;
LEVIN, CARL;
LIEBERMAN, JOSEPH I.
LINCOLN, BLANCHE L.;
LOTT, TRENT;
LUGAR, RICHARD G.;
MARTINEZ, MEL;
MCCAIN, JOHN;
MCCASKILL, CLAIRE;

MCCONNELL, MITCH;
MENENDEZ, ROBERT;
MIKULSKI, BARBARA A.;
MURKOWSKI, LISA;
MURRAY, PATTY;
NELSON, BILL;
NELSON, E. BENJAMIN;
OBAMA, BARACK;
PRYOR, MARK L.;
REED, JACK;
REID, HARRY;
ROBERTS, PAT;
ROCKEFELLER IV, JOHN D.;
SALAZAR, KEN;
SANDERS, BERNARD;
SCHUMER, CHARLES E.;
SESSIONS, JEFF;
SHELBY, RICHARD C.;
SMITH, GORDON H.;
SNOWE, OLYMPIA J.
SPECTER, ARLEN;
STABENOW, DEBBIE;
STEVENS, TED;
SUNUNU, JOHN E.;
TESTER, JON;
THOMAS, CRAIG;
THUNE, JOHN;
VITTER, DAVID;
VOINOVICH, GEORGE V.;
WARNER, JOHN;
WEBB, JIM;
WHITEHOUSE, SHELDON;
WYDEN, RON.

## REPRESENTATIVES OF THE 110TH CONGRESS

ABERCROMBIE, NEIL
ACKERMAN, GARY L.
ADERHOLT, ROBERT B.
AKIN, W. TODD
ALEXANDER, RODNEY
ALLEN, THOMAS H.
ALTMIRE, JASON
ANDREWS, ROBERT E.
ARCURI, MICHAEL A.
BACA, JOE
BACHMANN, MICHELE
BACHUS, SPENCER
BAIRD, BRIAN
BAKER, RICHARD H.
BALDWIN, TAMMY

BARRETT, J. GRESHAM
BARROW, JOHN
BARTLETT, ROSCOE G.
BARTON, JOE
BEAN, MELISSA L.
BECERRA, XAVIER
BERKLEY, SHELLEY
BERMAN, HOWARD L.
BERRY, MARION
BIGGERT, JUDY
BILBRAY, BRIAN P.
BILIRAKIS, GUS M.
BISHOP, ROB
BISHOP, SANFORD D. JR.
BISHOP, TIMOTHY H.

BLACKBURN, MARSHA
BLUMENAUER, EARL
BLUNT, ROY
BOEHNER, JOHN A.
BONNER, JO
BONO, MARY
BOOZMAN, JOHN
BORDALLO, MADELEINE Z.
BOREN, DAN
BOSWELL, LEONARD L.
BOUCHER, RICK
BOUSTANY, CHARLES W.
JR.
BOYD, ALLEN
BOYDA, NANCY E.

5

BRADY, KEVIN
BRADY, ROBERT A.
BRALEY, BRUCE L.
BROWN, CORRINE
BROWN, HENRY E. JR.
BROWN-WAITE, GINNY
BUCHANAN, VERN
BURGESS, MICHAEL C.
BURTON, DAN
BUTTERFIELD, G. K.
BUYER, STEVE
CALVERT, KEN
CAMP, DAVE
CAMPBELL, JOHN
CANNON, CHRIS
CANTOR, ERIC
CAPITO, SHELLEY MOORE
CAPPS, LOIS
CAPUANO, MICHAEL E.
CARDOZA, DENNIS A.
CARNAHAN, RUSS
CARNEY, CHRISTOPHER P.
CARSON, JULIA
CARTER, JOHN R.
CASTLE, MICHAEL N.
CASTOR, KATHY
CHABOT, STEVE
CHANDLER, BEN
CHRISTENSEN, DONNA M.
CLARKE, YVETTE D.
CLAY, WM. LACY
CLEAVER, EMANUEL
CLYBURN, JAMES E.
COBLE, HOWARD
COHEN, STEVE
COLE, TOM
CONAWAY, K. MICHAEL
CONYERS, JOHN JR.
COOPER, JIM
COSTA, JIM
COSTELLO, JERRY F.
COURTNEY, JOE
CRAMER, ROBERT E. (BUD)
JR.
CRENSHAW, ANDER
CROWLEY, JOSEPH
CUBIN, BARBARA
CUELLAR, HENRY
CULBERSON, JOHN ABNEY
CUMMINGS, ELIJAH E.
DAVIS, ARTUR
DAVIS, DANNY K.
DAVIS, DAVID
DAVIS, GEOFF
DAVIS, JO ANN
DAVIS, LINCOLN
DAVIS, SUSAN A.
DAVIS, TOM
DEAL, NATHAN
DEFAZIO, PETER A.
DEGETTE, DIANA
DELAHUNT, WILLIAM D.

DELAURO, ROSA L.
DENT, CHARLES W.
DIAZ-BALART, LINCOLN
DIAZ-BALART, MARIO
DICKS, NORMAN D.
DINGELL, JOHN D.
DOGGETT, LLOYD
DONNELLY, JOE
DOOLITTLE, JOHN T.
DOYLE, MICHAEL F.
DRAKE, THELMA D.
DREIER, DAVID
DUNCAN, JOHN J. JR.
EDWARDS, CHET
EHLERS, VERNON J.
ELLISON, KEITH
ELLSWORTH, BRAD
EMANUEL, RAHM
EMERSON, JO ANN
ENGEL, ELIOT L.
ENGLISH, PHIL
ESHOO, ANNA G.
ETHERIDGE, BOB
EVERETT, TERRY
FALEOMAVAEGA, ENI F. H.
FALLIN, MARY
FARR, SAM
FATTAH, CHAKA
FEENEY, TOM
FERGUSON, MIKE
FILNER, BOB
FLAKE, JEFF
FORBES, J. RANDY
FORTENBERRY, JEFF
FORTUÑO, LUIS G. >
FOSSELLA, VITO
FOXX, VIRGINIA
FRANK, BARNEY
FRANKS, TRENT
FRELINGHUYSEN, RODNEY
P.
GALLEGLY, ELTON
GARRETT, SCOTT
GERLACH, JIM
GIFFORDS, GABRIELLE
GILCHREST, WAYNE T.
GILLIBRAND, KIRSTEN E.
GILLMOR, PAUL E.
GINGREY, PHIL
GOHMERT, LOUIE
GONZALEZ, CHARLES A.
GOODE, VIRGIL H. JR.
GOODLATTE, BOB
GORDON, BART
GRANGER, KAY
GRAVES, SAM
GREEN, AL
GREEN, GENE
GRIJALVA, RAÚL M.
GUTIERREZ, LUIS V.
HALL, JOHN J.
HALL, RALPH M.

HARE, PHIL
HARMAN, JANE
HASTERT, J. DENNIS
HASTINGS, ALCEE L.
HASTINGS, DOC
HAYES, ROBIN
HELLER, DEAN
HENSARLING, JEB
HERGER, WALLY
HERSETH SANDLIN,
STEPHANIE
HIGGINS, BRIAN
HILL, BARON P.
HINCHEY, MAURICE D.
HINOJOSA, RUBÉN
HIRONO, MAZIE K.
HOBSON, DAVID L.
HODES, PAUL W.
HOEKSTRA, PETER
HOLDEN, TIM
HOLT, RUSH D.
HONDA, MICHAEL M.
HOOLEY, DARLENE
HOYER, STENY H.
HULSHOF, KENNY C.
HUNTER, DUNCAN
INGLIS, BOB
INSLEE, JAY
ISRAEL, STEVE
ISSA, DARRELL E.
JACKSON, JESSE L. JR.
JACKSON-LEE, SHEILA
JEFFERSON, WILLIAM J.
JINDAL, BOBBY
JOHNSON, EDDIE BERNICE
JOHNSON, HENRY C.
"HANK" JR.
JOHNSON, SAM
JOHNSON, TIMOTHY V.
JONES, STEPHANIE TUBBS
JONES, WALTER B.
JORDAN, JIM
KAGEN, STEVE
KANJORSKI, PAUL E.
KAPTUR, MARCY
KELLER, RIC
KENNEDY, PATRICK J.
KILDEE, DALE E.
KILPATRICK, CAROLYN C.
KIND, RON
KING, PETER T.
KING, STEVE
KINGSTON, JACK
KIRK, MARK STEVEN
KLEIN, RON
KLINE, JOHN
KNOLLENBERG, JOE
KUCINICH, DENNIS J.
KUHL, JOHN R. "RANDY"
JR.
LAHOOD, RAY
LAMBORN, DOUG

6

LAMPSON, NICK
LANGEVIN, JAMES R.
LANTOS, TOM
LARSEN, RICK
LARSON, JOHN B.
LATHAM, TOM
LATOURETTE, STEVEN C.
LEE, BARBARA
LEVIN, SANDER M.
LEWIS, JERRY
LEWIS, JOHN
LEWIS, RON
LINDER, JOHN
LIPINSKI, DANIEL
LOBIONDO, FRANK A.
LOEBSACK, DAVID
LOFGREN, ZOE
LOWEY, NITA M.
LUCAS, FRANK D.
LUNGREN, DANIEL E.
LYNCH, STEPHEN F.
MCCARTHY, CAROLYN
MCCARTHY, KEVIN
MCCAUL, MICHAEL T.
MCCOLLUM, BETTY
MCCOTTER, THADDEUS G.
MCCRERY, JIM
MCDERMOTT, JIM
MCGOVERN, JAMES P.
MCHENRY, PATRICK T.
MCHUGH, JOHN M.
MCINTYRE, MIKE
MCKEON, HOWARD P.
"BUCK"
MCMORRIS RODGERS,
CATHY
MCNERNEY, JERRY
MCNULTY, MICHAEL R.
MACK, CONNIE
MAHONEY, TIM
MALONEY, CAROLYN B.
MANZULLO, DONALD A.
MARCHANT, KENNY
MARKEY, EDWARD J.
MARSHALL, JIM
MATHESON, JIM
MATSUI, DORIS O.
MEEHAN, MARTIN T.
MEEK, KENDRICK B.
MEEKS, GREGORY W.
MELANCON, CHARLIE
MICA, JOHN L.
MICHAUD, MICHAEL H.
[MILLENDER-MCDONALD,
JUANITA ]
MILLER, BRAD
MILLER, CANDICE S.
MILLER, GARY G.
MILLER, GEORGE
MILLER, JEFF
MITCHELL, HARRY E.
MOLLOHAN, ALAN B.

MOORE, DENNIS
MOORE, GWEN
MORAN, JAMES P.
MORAN, JERRY
MURPHY, CHRISTOPHER S.
MURPHY, PATRICK J.
MURPHY, TIM
MURTHA, JOHN P.
MUSGRAVE, MARILYN N.
MYRICK, SUE WILKINS
NADLER, JERROLD
NAPOLITANO, GRACE F.
NEAL, RICHARD E.
NEUGEBAUER, RANDY
NORTON, ELEANOR
HOLMES
[NORWOOD, CHARLIE ]
NUNES, DEVIN
OBERSTAR, JAMES L.
OBEY, DAVID R.
OLVER, JOHN W.
ORTIZ, SOLOMON P.
PALLONE, FRANK JR.
PASCRELL, BILL JR.
PASTOR, ED
PAUL, RON
PAYNE, DONALD M.
PEARCE, STEVAN
PELOSI, NANCY
PENCE, MIKE
PERLMUTTER, ED
PETERSON, COLLIN C.
PETERSON, JOHN E.
PETRI, THOMAS E.
PICKERING, CHARLES W.
"CHIP"
PITTS, JOSEPH R.
PLATTS, TODD RUSSELL
POE, TED
POMEROY, EARL
PORTER, JON C.
PRICE, DAVID E.
PRICE, TOM
PRYCE, DEBORAH
PUTNAM, ADAM H.
RADANOVICH, GEORGE
RAHALL, NICK J. II
RAMSTAD, JIM
RANGEL, CHARLES B.
REGULA, RALPH
REHBERG, DENNIS R.
REICHERT, DAVID G.
RENZI, RICK
REYES, SILVESTRE
REYNOLDS, THOMAS M.
RODRIGUEZ, CIRO D.
ROGERS, HAROLD
ROGERS, MIKE
ROGERS, MIKE
ROHRABACHER, DANA
ROSKAM, PETER J.
ROS-LEHTINEN, ILEANA

ROSS, MIKE
ROTHMAN, STEVEN R.
ROYBAL-ALLARD, LUCILLE
ROYCE, EDWARD R.
RUPPERSBERGER, C. A.
DUTCH
RUSH, BOBBY L.
RYAN, PAUL
RYAN, TIM
SALAZAR, JOHN T.
SALI, BILL
SANCHEZ, LORETTA
SÁNCHEZ, LINDA T.
SARBANES, JOHN P.
SAXTON, JIM
SCHAKOWSKY, JANICE D.
SCHIFF, ADAM B.
SCHMIDT, JEAN
SCHWARTZ, ALLYSON Y.
SCOTT, DAVID
SCOTT, ROBERT C.
"BOBBY"
SENSENBRENNER, F. JAMES
JR.
SERRANO, JOSÉ E.
SESSIONS, PETE
SESTAK, JOE
SHADEGG, JOHN B.
SHAYS, CHRISTOPHER
SHEA-PORTER, CAROL
SHERMAN, BRAD
SHIMKUS, JOHN
SHULER, HEATH
SHUSTER, BILL
SIMPSON, MICHAEL K.
SIRES, ALBIO
SKELTON, IKE
SLAUGHTER, LOUISE
MCINTOSH
SMITH, ADAM
SMITH, ADRIAN
SMITH, CHRISTOPHER H.
SMITH, LAMAR
SNYDER, VIC
SOLIS, HILDA L.
SOUDER, MARK E.
SPACE, ZACHARY T.
SPRATT, JOHN M. JR.
STARK, FORTNEY PETE
STEARNS, CLIFF
STUPAK, BART
SULLIVAN, JOHN
SUTTON, BETTY
TANCREDO, THOMAS G.
TANNER, JOHN S.
TAUSCHER, ELLEN O.
TAYLOR, GENE
TERRY, LEE
THOMPSON, BENNIE G.
THOMPSON, MIKE
THORNBERRY, MAC
TIAHRT, TODD

7

TIBERI, PATRICK J.
TIERNEY, JOHN F.
TOWNS, EDOLPHUS
TURNER, MICHAEL R.
UDALL, MARK
UDALL, TOM
UPTON, FRED
VAN HOLLEN, CHRIS
VELÁZQUEZ, NYDIA M.
VISCLOSKY, PETER J.
WALBERG, TIM
WALDEN, GREG
WALSH, JAMES T.

WALZ, TIMOTHY J.
WAMP, ZACH
WASSERMAN SCHULTZ,
DEBBIE
WATERS, MAXINE
WATSON, DIANE E.
WATT, MELVIN L.
WAXMAN, HENRY A.
WEINER, ANTHONY D.
WELCH, PETER
WELDON, DAVE
WELLER, JERRY
WESTMORELAND, LYNN A.

WEXLER, ROBERT
WHITFIELD, ED
WICKER, ROGER F.
WILSON, CHARLES A.
WILSON, HEATHER
WILSON, JOE
WOLF, FRANK R.
WOOLSEY, LYNN C.
WU, DAVID
WYNN, ALBERT RUSSELL
YARMUTH, JOHN A.
YOUNG, C. W. BILL
YOUNG, DON

# NOTARY

## State of Washington, County of Pierce.

I certify that I know or have satisfactory evidence that *Anthony P. Keyter* is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: June

Signature of Notarizing Officer:

Title : Notary Public

My appointment expires: JAN. 22, 2011



Place Notary Seal Above

## Description of Attached Document

Title of Document: "Affidavit of Complaining Witness /Criminal Complaint: Charges of Treason Lodged against 535 Members of the 110th Congress of the United States".

Document Date   :   June 18, 2007

Number of Pages :   8 pages. (Including Attachment 1).

**Anthony Keyter**
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: (253) 853-3859

February 8, 2008

The Judges
US District Court
844 N. King Street,
Wilmington, DE 19801

### Attention:

Chief Judge Gregory M. Sleet, Judge Joseph J. Farnan, Jr., Judge Sue L. Robinson, Magistrate Judge Mary Pat Thynge, Magistrate Judge Leonard P. Stark, Judge Kent A. Jordan, Judge Ronald L. Buckwalter, Judge John P. Fullam, Judge Kent A. Jordan, Judge Roderick R. McKelvie, Judge Joseph H. Rodriquez, Clerk of the Court Peter T. Dalleo.

### Your Action Sought against Insurrection, Treason, and Ongoing Murder Plot by Government Officers

There is a major seditious conspiracy afoot within the government and the courts of the United States to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny constitutional rights to protection of the laws. As of December 1, 2007, 1190 known conspirators were implicated (1140 government officers and 50 others). Amongst them are the Congressional Delegates from your State. (*See* enclosed charges dated June 18, 2007).

The seditious conspirators have engaged in or assisted and incited subversive acts against the laws of the United States by failing to enforce, administer, and execute the laws. The conspirators have illegally removed evidence of their crimes from four US Supreme Court cases, and have attempted to kidnap and murder a Supreme Court litigant and key witness to those crimes. Evidence of stalking indicates that this murder plot is currently being actively pursued.

This insurrection against the laws of the United States has perversely been fomented by those in authority who have sworn to defend the nation against its enemies. An intense group effort in the top structures of the Bush Administration, the U.S. Congress, and the Courts, has attempted to conceal the crimes and shield the insurgents from prosecution. Officials from 52 pertinent institutions of government tasked with law and order have abrogated their duties and thwarted the normal course of justice in order to protect malfeasant colleagues from prosecution. Their failure to act against the insurgency has furthered the objectives of the conspirators and has made it possible for the criminal endeavour to proliferate. This criminal misconduct by officials has had a harsh impact upon society and unleashed a definite brand of tyranny upon the populace.

Criminal Complaints addressing this insurrection, treason, and ongoing conspiracy to murder, are herewith filed with you for your urgent action pursuant your obligations as person in authority under the United States Statutes 18USC4 and 18USC2382. *These crimes have not been investigated or prosecuted.* It has become necessary to file these criminal charges in this manner with you because of the total failure of the federal justice system to deal with the crimes.

Three primary sources of information provide strong evidence of the insurrection and are discussed in the enclosed Criminal Complaint dated September 17, 2007. This evidence, (including the 1700 pages of the criminal dossiers titled the *'Dossier of Crimes'* and *'State-supported Tyranny upon the Populace'*), is available to you from those three sources, or directly from the writer.

You are requested to deal with the criminal complaints presented herewith according to *your* legal obligations to society. Kindly advise me of what action you have taken to address the insurrection, treason, and conspiracy to murder. Should I fail to hear from you, I shall of necessity assume that you have no intention of dealing with these crimes committed by government officials against the citizens of your State and the United States.

Sincerely,

Anthony Keyter

Enclosures: Affidavit/ Criminal Complaints:
1. Charges of Conspiracy to Kidnap and Conspiracy to Murder – Sept. 17, 2007.
2. Insurrection and Seditious Conspiracy - May 23, 2007.
3. Charges of Treason Lodged against Members of the US Congress – June 18, 2007.



Anthony Keyter
11200 Soundview Drive, R201
Gig Harbor, WA. 98335

The Judges
US District Court
844 N. King Street,
Wilmington, DE 19801

