Anthony Keyter<br>
6200 Soundview Drive, R201<br>
Gig Harbor, WA, 98335<br>
Tel: (253) 853-3859

March 4, 2008

The Clerk
US District Court
844 N. King Street,
Wilmington, DE 19801

The Clerk of the Court,

**RE: Civil Case No. 1:08-cv-00097-SLR**

Enclosed find:

1. Check for $350 for filing fees in the above case.

2. Civil Cover Sheet

3. Two Copies of Summons for each of the four Defendants

Sincerely,

Anthony Keyter

MAR 10 2008

1

CA08-97 SCR

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ANTHONY P. KEYTER (PRO SE)

(b) County of Residence of First Listed Plaintiff   PIERCE
(EXCEPT IN U.S. PLAINTIFF CASES)

6200 SOUNDVIEW DR. R201
GIG HARBOR, WA 98335

(c) Attorney's (Firm Name, Address, and Telephone Number)
TEL #: (253) 853-3859

**DEFENDANTS**
① PRESIDENT GEORGE W. BUSH
② CHIEF JUSTICE JOHN G. ROBERTS
③ ATTORNEY GENERAL ALBERTO GONZALES

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
④ FBI DIRECTOR ROBERT MUELLER

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of ~~This State~~ USA | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:   ATTEMPTED KIDNAP AND MURDER.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   3/4/08
SIGNATURE OF ATTORNEY OF RECORD   Keyter   PRO SE

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER:  1:08 cv 00097-SLR

TO: (Name and address of Defendant)

FBI DIRECTOR ROBERT MUELLER
935 PENNSYLVANIA AVE NW
WASHINGTON, DC. 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER: 1:08cv00097-SLR

TO: (Name and address of Defendant)

FBI DIRECTOR ROBERT MUELLER
935 PENNSYLVANIA AVE NW
WASHINGTON, DC. 20535-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

⸫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER: 1:08 cv 00097-SLR

TO: (Name and address of Defendant)

PRESIDENT GEORGE W. BUSH
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20500

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                     DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER:   1:08 cv 00097-SLR

TO: (Name and address of Defendant)

PRESIDENT GEORGE W. BUSH
THE WHITEHOUSE
1600 PENNSYLVANIA AVE
WASHINGTON, DC 20500

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER:   1:08cv00097-SLR

TO: (Name and address of Defendant)

CHIEF JUSTICE JOHN G. ROBERTS
UNITED STATES SUPREME COURT
ONE, FIRST STREET N.E
WASHINGTON, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within    60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER: 1:08 cv 00097-SLR

TO: (Name and address of Defendant)

CHIEF JUSTICE JOHN G. ROBERTS
UNITED STATES SUPREME COURT
ONE, FIRST STREET N.E
WASHINGTON, D.C. 20543

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

ANTHONY KEYTER

**SUMMONS IN A CIVIL CASE**

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER: 1:08cv00097-SLR

TO: (Name and address of Defendant)

ATTORNEY GENERAL ALBERTO
GONZALES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

ANTHONY KEYTER

## SUMMONS IN A CIVIL CASE

V.

PRESIDENT GEORGE W. BUSH
CHIEF JUSTICE JOHN G. ROBERTS
ATTORNEY GENERAL ALBERTO
GONZALES
FBI DIRECTOR ROBERT MUELLER

CASE NUMBER:    1:08cv00097-SLR

TO: (Name and address of Defendant)

ATTORNEY GENERAL ALBERTO
GONZALES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF, PRO SE

ANTHONY KEYTER
6200 SOUNDVIEW DRIVE, R201
GIG HARBOR, WA. 98335

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                        DATE

(By) DEPUTY CLERK