Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: (253) 853-3859

March 18, 2008



08-97

FILED
MAR 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

The Judges
US District Court
844 N. King Street,
Wilmington, DE 19801

**Attention:**
Chief Judge Gregory M. Sleet,  Judge Joseph J. Farnan, Jr., Judge Sue L. Robinson, Magistrate Judge Mary Pat Thynge, Magistrate Judge Leonard P. Stark, Judge Kent A. Jordan, Judge Ronald L. Buckwalter, Judge John P. Fullam, Judge Kent A. Jordan, Judge Roderick R. McKelvie, Judge Joseph H. Rodriquez, Clerk of the Court Peter T. Dalleo.

Honorable Judge,

### Re: Request for Urgent Action on Crimes

On February 8, and 25, 2008, I reported to you, a major seditious conspiracy afoot within the government and the courts of the United States which aims to (by force) obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny constitutional rights to protection of the laws.

On February 12, 2008, the Court responded to my reports by opening a *civil case* against some of the many insurgents: case no. 1:08cv97. Whilst this course of action is good and proper, and it is only right that amends be made through civil restitution as well, the honorable judges of the Court must not lose sight of the reality and dangers to public safety caused by the insurrection, and of your collective and individual obligations with regards thereto.

In conjunction with the *civil case* against certain malfeasant officers for common law violations, the ongoing treason, insurrection and murder plot is best addressed through a *criminal case*. To that end you are encouraged to request the District Attorney to prosecute for all offenses against the United States, as is his duty under 28USC547. Such request is within the realm of your authority, as is provided in Rule 42(a)(2) of FRCrimP by way of example, or in 28USC591-3, working in conjunction with the Attorney General.

To date, none of the crimes have been investigated or prosecuted, no arrests have been made, and the criminals illegally remain in their positions of power and authority from whence they continue to plot against the United States and its people. Their misconduct has a harsh impact upon society and has unleashed a definite brand of tyranny upon the

2

populace. As the likelihood of their arrest increases, the conspirators will become ever more desperate to eliminate me as key witness to their crimes, all the while enjoying safe haven and passage from government officials tasked with law and order.

I therefore make another earnest appeal for your *urgent action* to address the insurrection reported to you earlier. My safety and wellbeing, and that of the public, depends upon your prompt performance of judicial duties. Again, please advise me without delay what action you have taken, if any, to address this public menace and imminent threat upon my life.

Sincerely,

Anthony Keyter

Anthony Keyter
6206 Soundview Dr, R201
Gig Harbor, WA, 98335

TACOMA - OLYMPIA
WA 983
30 MAR 2008 PM 4 T

19801+25370

The Judges
US District Court
844 N. King Street,
Wilmington, DE 19801