Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: (253) 853-3859

April 19, 2008

The Judges
US District Court
844 N. King Street,
Wilmington, DE 19801



**Attention:**

Chief Judge Gregory M. Sleet,   Judge Joseph J. Farnan, Jr., Judge Sue L. Robinson, Magistrate Judge Mary Pat Thynge, Magistrate Judge Leonard P. Stark, Judge Kent A. Jordan, Judge Ronald L. Buckwalter, Judge John P. Fullam, Judge Kent A. Jordan, Judge Roderick R. McKelvie, Judge Joseph H. Rodriquez, Clerk of the Court Peter T. Dalleo.

### Re: Further Crimes of Sedition Filed With You

My previous correspondence on the topics of insurrection and sedition refer.

Fourteen thousand one hundred and ten federal and state officials, and 54 others, (14,164 people) have violated the criminal statutes on subversion, are party to a major insurrection against the laws, and have committed treason and seditious conspiracy against the United States. The officials may not elect a president or vice president, and are barred from holding any office under the United States. (*See* 14th Amendment, Section 3, and statutes 18USC2381 and 18USC2383).

The officials implicated were earlier presented with criminal charges pertaining to insurrection, attempted kidnap, and an ongoing murder plot, and were requested to take immediate and appropriate action thereon. Every one has a legal duty concerning the criminal charges filed with them, and each official willfully failed to perform those duties. The delinquent officials thus violated the law on several counts.

The offenses committed by the malfeasant officials are herewith filed with you in the enclosed *'Affidavit of Complaining Witness/Criminal Complaint'*, as amended on March 31, 2008. A *'Synopsis of the Case'*, which describes the milieu in which the crimes have taken place and the sources of evidence available to prosecutors, is attached to the Criminal Complaint as *Appendix 1*. The names of state and federal officials implicated, and the institutions from whence they come, are listed in *Appendix 2*.

You are requested to promptly deal with the criminal charges filed with you herewith and heretofore, and to have the courtesy to advise me of what action, if any, you have taken to address the insurrection, seditious conspiracy, and treason against the United States.

Sincerely,

Anthony Keyter

Enclosures:

1. Affidavit/ Criminal Complaint:  Treason and Seditious Conspiracy against the United States, Insurrection against the Laws thereof – committed by 14,164 known insurgents – Amended March 31, 2008.
2. Appendix 1: Synopsis of the Case – March 31, 2008
3. Appendix 2: List of Known Seditious Conspirators – March 31, 2008

Affidavit of Complaining Witness / Criminal Complaint:

# TREASON AND SEDITIOUS CONSPIRACY AGAINST THE UNITED STATES, INSURRECTION AGAINST THE LAWS THEREOF – COMMITTED BY 14,164 KNOWN INSURGENTS

### Amended: March 31, 2008

_____

### *Introduction*

Criminal charges are herewith filed against *14,164 known insurgents* for treason, insurrection, and seditious conspiracy against the United States of America. These charges supplement analogous charges already filed with the authorities between May and December 2007, against certain insurgents. The earlier charges have not been investigated or prosecuted. In the interim the treason, insurrection against the laws, and seditious conspiracy against the United States, has proliferated as more malfeasant government officers join forces with the criminal conspiracy *within* the government and the courts.

### *Synopsis of the Case*

The background and details to the current charges are provided in the *'Synopsis of the Case'*, dated March 31, 2008. The synopsis is attached as *Appendix 1* to these charges. Further details of specific acts by individual participants, and their failure to act where action was due, are contained in the *'Dossier of Crimes'* filed with various authorities, and in correspondence with the individuals or groups concerned. The volume of the correspondence prevents inclusion herewith. The correspondence will be provided to the courts and to investigators and prosecutors upon commencement of investigation, prosecution, and trial; or can be supplied by the complainant upon request.

### *List of Known Insurgents*

A list of the names and offices of the 14,164 known insurgents is attached as *Appendix 2* to these charges.

### *Summary of Facts*

The 14,164 seditious conspirators were presented with complaints concerning a parcel of crimes describing a pervasive insurrection against the laws, a sedition conspiracy against the United States, and a murder plot against an informant and litigant, (amongst other criminal complaints presented). The seditious conspirators all had an official duty, and/or a legal citizenry duty, to address the crimes reported to them: a duty to report and/or investigate the crimes; to arrest the offenders, enforce the laws, and/or otherwise to administer the laws in one way or another, or cause the same. The seditious conspirators willfully failed to perform their legal duties, and instead, obstructed the administration of the laws, protected known criminals from prosecution, aided to defeat the course of justice, and denied constitutional rights to due process and protection of the laws.

These acts and omissions violate the United States criminal code, and each conspirator is thus a principal offender in their individual capacity due to their own substantive violations of law. Each conspirator is also a co-conspirator (or accessory after the fact), to the crimes of the other conspirators. Their own principal offenses furthered the common aims of the seditious conspiracy against the peace and security of the United States. The common thread of concealment of crimes, protection of criminals from prosecution, obstruction of justice, and failure of individual and shared responsibilities, runs through the misdeeds of all conspirators alike.

### Insurrection, Seditious Conspiracy, and Treason

The combined willful disobedience to the laws by the 14,164 acting in concert, (14,110 government officers and 54 others), and their perpetration of 1.6 million crimes against the United States, renders their criminal acts a potent insurrection against the authority of the United States, and against the laws thereof. (18USC2383). The statutes on subversion prohibit such insurrection against the authority or the laws, and by statute the 14,164 conspirators are considered *(domestic) enemies of the United States* for their seditious uprising against the Constitution and the laws. (18USC2384). Despite owing allegiance to the United States, they have giving aid and comfort to its enemies by protecting them from prosecution, and have thereby committed treason against the United States. (18USC2381). Pursuant these aforementioned statutes, and the Constitution (14th Amendment, § 3), they could face the death penalty or be incarcerated for life, and shall be incapable of holding any office under the United States.

### Criminal Charges

Criminal charges are herewith lodged against the 14,164 seditious conspirators for violation of the criminal code of the United States of America. The criminal charges listed below must be read in conjunction with charges previously filed against the conspirators, as presented in the *Dossier of Crimes* and in the 25 court cases which have in vain attempted to address the insurrection (*See* list of cases in *'Synopsis of the Case'*).

The following additional criminal charges are filed against the 14,164 seditious conspirators:

1. Treason - 18USC2381
   The 14,164 conspirators, owing allegiance to the United States, have adhered to their enemies, giving them aid and comfort within the United States. Their actions violated 18USC2381.

2. Misprision of Treason - 18USC2382
   The 14,164 conspirators, owing allegiance to the United States, and having knowledge of the commission of treason against them, have concealed and did not, as soon as may be, disclose and make known the same to the President; or to some judge of the United States who would take the necessary and appropriate action to deal with the treason. Their actions violated 18USC2382.

3. Seditious Conspiracy - 18USC2384
   The 14,164 known conspirators conspired to prevent, hinder, and delay the execution of the laws of the United States, contrary to the authority thereof. When exposure of these offenses became imminent, the conspirators resorted to force in order to thwart the enforcement, administration, and the execution of the laws upon the conspirators.    The combined misconduct of the conspirators entirely defeated the course of justice and due process of law pertaining to this case.  Their misdeeds violate 18USC2384.

4. Rebellion or Insurrection -18USC2383
   The 14,164 conspirators incited, set on foot, assisted, and engaged in a rebellion or insurrection against the authority of the United States, and the laws thereof, or have given aid or comfort thereto.  Their offenses violate statute 18USC2383, and they shall be incapable of holding any office under the United States.

5. Conspiracy to Kidnap, with intent to murder  – 18USC1201
   The conspiracy of 14,164 conspired to inveigle, unlawfully seize, and kidnap the complainant with intent to murder him, to prevent testimony in court proceedings against them.  The conspirators substantially acted to effect the object of this *ongoing* conspiracy.  (*See* Dossier of Crimes, Volume 3, Chapters 1, 42-45).  The conspirators violated 18USC1201.

6. Conspiracy to Murder - 18USC1117
   Murder is the unlawful killing of a human being with malice aforethought.  Every murder perpetrated by attempt to perpetrate kidnapping, or treason, or certain other crimes, is murder in the first degree.

   There is an *ongoing* conspiracy by the seditious conspirators to murder complainant, and one or more of such persons have already performed overt acts to effect the object of the conspiracy to murder.  The conspiracy of 14,164 failed to perform their important function, to the state and the American people, to address this crime and prevent further acts which effect the object of the conspiracy to murder. The conspiracy of 14,164 has assisted the prospective murderers in order to make their criminal endeavor possible and to hinder and prevent their apprehension, trial, and punishment.   By so doing the 14,164 conspirators are in violation of 18USC1117.

7. Domestic Terrorism - 18USC2331(5)
   The conspiracy of 14,164 engaged in acts dangerous to human life (conspiracy to kidnap and assassinate), which activities are a violation of the criminal laws of the United States and the 50 States.  The activities of the conspirators appear to be intended: (i) to intimidate and coerce a civilian population, or elements thereof who opposed the terrorists in the courts; (ii) to influence and secure by intimidation and coercion, the proliferation of a corrupt policy of the government and the courts, viz.: a policy to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny

constitutional rights to due process and protection of the laws; and, (iii) to affect this corrupt conduct of the government and the courts by kidnapping and assassination.

The conspiracy of 14,164 provided safe haven and passage to known terrorists in their midst (persons who use violence and intimidation in pursuit of political aims), assisting and enabling them to continue their activities unimpeded; aiding and abetting the terrorists in their midst to plot further acts of violence against the people of the United States by failing to apprehend them. The conspiracy of 14,164 violated 18USC2331 (5).

8. Obstruction of Justice – 18USC1505

The 14,164 conspirators have corruptly obstructed and impeded the due and proper administration of the laws under which proceedings were had before the appropriate departments, agencies, and courts of the United States.

9. Tampering with a witness, victim, or an informant - 18USC 1512(c)

The conspiracy of 14,164 has corruptly destroyed or concealed records and documents with the intent to impair the record's integrity and availability for use in official court proceedings; and have otherwise obstructed and impeded official proceedings pertaining to this case, by failing to protect the record and bring the perpetrators to justice - in violation of 18USC1512(c). {*See* US Supreme Court case nos. 05-140, 06-1069, and 06-284; US District Court, Dallas, case no. 3:08cv260; and Washington State Superior Court case no. 00-3-02932-1}.

10. Retaliation against a witness - 18USC1513

The conspiracy of 14,164 has attempted to kill the complainant with intent to retaliate against him for (A) his witness and testimony at official proceedings, and in particular, the Supreme Court case no. 05-140 against President Bush; (B) providing to law enforcement officers, information relating to the commission of federal offenses. These actions violate 18USC1513 (a)(1).

The conspiracy of 14,164 has knowingly, with the intent to retaliate, taken action harmful to the complainant, including interference with the lawful employment *and* livelihood of the complainant, for providing to law enforcement officers truthful information relating to the commission of federal offenses. The conspiracy of 14,164 has destroyed complainant's career and blocked him from practicing his profession. These actions violate 18USC1513 (e).

11. Accessory after the Fact – 18USC3

The 14,164 conspirators, knowing that offenses against the United States have been committed, assisted the offenders in order to hinder or prevent their apprehension, trial, or punishment. The 14,164 are conspirators or accessories after the fact to the 1.6 million crimes of the seditious conspiracy (and multiples of this figure), as documented in the *'Dossier of Crimes'*.

12. Misprision of Felony - 18USC4
    Knowing of the actual commission of felonies cognizable by the courts of the United States, the 14,164 conspirators did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States *who would take action* - action which is peremptory in the context of this law. By their actions, and inaction where action was due, the 14,164 conspirators provided protection to known criminals and concealed their crimes.

13. Conspiracy against Rights - 18USC241
    The 14,164 conspirators conspired to oppress complainant in the free exercise and enjoyment of his rights and privileges secured by the Constitution and laws of the United States - rights and privileges to security of life and liberty; rights to due process of law, ownership of de jure property, and to equal protection of the laws.

14. Denial of Rights - 18USC242
    The 14,164 conspirators, under color of law, willfully subjected the complainant to the deprivation of his rights secured by the Constitution and laws of the United States - rights and privileges to security of life and liberty; rights to due process of law, ownership of de jure property, and to equal protection of the laws.

15. Breach of Oath of Office
    The 14,110 government officers, comprising the bulk of the conspirators, failed to adhere to their oath of office.

16. Breach of Official Duties
    The 14,110 government officers, comprising the bulk of the conspirators, failed to perform their duties pertinent to their particular official position, and pertaining to this case.

Submitted by:

Anthony P. Keyter
6200 Soundview Drive , R201
Gig Harbor, WA 98335
Tel. (253) 853 3859

## NOTARY

### State of Washington, County of Pierce.

I certify that I know or have satisfactory evidence that *Anthony P. Keyter* is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument

Dated: April 1, 2008

Signature of Notarizing Officer

Title · Notary Public

My appointment expires. . 7 . O / - / /

### Description of Attached Document

Title of Document:   "Affidavit of Complaining Witness /Criminal Complaint: Treason and Seditious Conspiracy against the United States, Insurrection against the laws thereof – committed by 14,164 Known Insurgents"

Document Date   .   March 31, 2008

Today's Date     April 1 2008

Number of Pages ·   5 pages, sans appendices.

# APPENDIX 2

### List of 14,164 insurgents:
Filed with, and available from, Delaware State Governor.

### List of Insurgents from Delaware State:

**US Congressional Delegates** from Delaware

**Delaware Executive (19)**
*The Executive:-* Gov. Ruth Ann Minner; Lt. Governor John C. Carney, Jr.; Attorney General Joseph R. Biden, III;
*The Cabinet:-* Secretary Michael Scuse; Commissioner Carl Danberg; Director Judy McKinney Cherry; Secretary Valerie Woodruff; Secretary Richard Cordrey; Secretary Vincent Meconi; Director Saundra Ross Johnson; Secretary Thomas Jarrett; Secretary Thomas Sharp; Director Jennifer (JJ) Davis; Major General Frank Vavala; Secretary John Hughes; Secretary David Mitchell; Secretary Cari DeSantis; Secretary Harriet Smith Windsor; Secretary Carolann Wicks.

**Delaware Senate (21)**
Senate President and Senators of 144th Legislature

**Delaware General Assembly House (41)**
The Speaker and Representatives

**Delaware State Police (1)**
The Commissioner

**Delaware Supreme Court (6)**
Chief Justice Myron T. Steele; Justice Carolyn Berger; Justice Randy J. Holland; Justice Henry duPont Ridgely; Justice Jack B. Jacobs; The Clerk, Delaware Supreme Court.

**New Castle County Superior Court {Appellate Div} (19)**
President Judge James T. Vaughn Jr.; Resident Judge Richard R. Cooch; Judge Peggy L. Ableman; Judge M. Jane Brady; Judge John E. Babiarz Jr.; Judge William C. Carpenter Jr.; Judge Susan C. Del Pesco; Judge Carl Goldstein; Judge Jerome O. Herlihy; Judge Mary M. Johnston; Judge Jan R. Jurden; Judge Calvin L. Scott;    Judge Fred S. Silverman;   Judge Joseph R. Slights III; Judge Charles H. Toliver IV; Commissioner Michael P. Reynolds; Commissioner Mark S. Vavala; Commissioner David White; Clerk of the Court Sharon Agnew;

**New Castle County Superior Court (20)**
Judge Jerome O. Herlihy, Judge John E. Babiarz Jr., President Judge James T. Vaughn Jr., Judge Susan C. Del Pesco, Resident Judge T. Henley Graves,  Judge Richard F. Stokes, Judge William C. Carpenter Jr., Resident Judge Richard R. Cooch, Judge Charles

H. Toliver IV, Judge Fred S. Silverman, Resident Judge William L. Witham Jr., Judge E. Scott Bradley, Judge Robert B. Young, Judge Calvin L. Scott Jr., Judge Joseph R. Slights III, Judge Peggy L. Ableman, Judge Jan R. Jurden, Judge Mary M. Johnston, Judge M. Jane Brady, Clerk of the Court Sharon Agnew.

### US District Court, Wilmington, DE   (12)

Chief Judge Gregory M. Sleet,   Judge Joseph J. Farnan Jr., Judge Sue L. Robinson, Magistrate Judge Mary Pat Thynge, Magistrate Judge Leonard P. Stark, Judge Kent A. Jordan, Judge Ronald L. Buckwalter, Judge John P. Fullam, Judge Kent A. Jordan, Judge Roderick R. McKelvie, Judge Joseph H. Rodriquez, Clerk of the Court Peter T. Dalleo.

### United States Attorney, Wilmington, DE   (14)

Colm F. Connolly; Theresa A. Jordan; David C. Weiss; Keith M. Rosen; Douglas Mccann; Keith M. Rosen; Edmond Falgowski; David L Hall; Patricia Hannigan; Judy Mraz; Douglas Mcfeeters; Anthony Anguti; Susan Baldwin; Kimberlynn Reeves.

---

# *Synopsis of the Case – March 31, 2008*

## *Introduction*

There is a major seditious conspiracy afoot within federal and state government, and in the courts, to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny constitutional rights to protection of the laws. As of March 31, 2008, fourteen thousand one hundred and sixty four (14,164) known conspirators were implicated in this pervasive insurrection against the laws of the United States - 14,110 government officers, and 54 others.

The seditious conspirators have engaged in or assisted and incited subversive acts against the laws of the United States by failing to enforce, administer, and execute the laws. The conspirators have illegally removed evidence of their crimes from the courts; have attempted to use force to prevent, hinder, and delay the execution of the laws; and have twice attempted to kidnap and murder me as Supreme Court litigant and key witness to their crimes. Evidence of stalking indicates that this murder plot is actively being pursued. The United States institutions of justice and law enforcement have provided no protection because these institutions are, perversely, led by the very ring-leaders of this criminal endeavor.

Officials from 620 pertinent institutions of government tasked with law and order have abrogated their duties and thwarted the normal course of justice in order to protect law-breaking government officers from prosecution. An intense group effort in the top structures of the Bush Administration, the U.S. Congress, the Governments of the 50 States, the US Armed Forces, and the Courts, has attempted to conceal the crimes. Their failure to act against the insurgency has furthered the objectives of the conspirators and made it possible for the criminal endeavor to proliferate. Officials from these institutions have thereby breached the statutes and implicated themselves as co-conspirators in the insurrection against the laws of the United States, and as accessories after the fact to the attempts to kidnap and murder.

Exhaustive measures have been taken to instigate justice and restitution, and to animate the law enforcement and judicial process to deal with this deluge of lawlessness amongst officials, but to no avail. None of the crimes have been investigated or prosecuted. The criminal violations are ongoing, and as an ever widening circle of officials become implicated in the cover up of the crimes, the numbers keep escalating. This criminal misconduct by officials has had a harsh impact upon society and unleashed a definite brand of tyranny upon the populace.

To understand the motives of the conspirators in violating the laws and attempting to kidnap and murder, it is essential to understand the broader setting in which these crimes have been committed.

# *Milieu*

The founding fathers of America have enshrined noble principles in the Constitution - principles of freedom, justice, and the protection of individual rights. However, in the application of these principles and in the administration of the laws something has gone dreadfully awry. The lofty principles established by the Constitution have been usurped by officials with more sinister intentions. The United States of today is not the benign society which the founding fathers aspired to create through the higher values enshrined in the Constitution.

Two sets of standards have developed in the execution of the laws - one set applicable to the general populace, the other applicable to those in authority. Officials in positions of authority who abuse their positions and the law may generally do so with impunity. This has become the norm and there is no effective antidote available to the common man against this phenomenon. The system of government and certain laws in fact protect such abusers from culpability. This further encourages immoral and corrupt behavior amongst officials.

Officials who are tasked with administering the laws simply fail to take action against offenders in their midst. This proves to be a most effective method to protect a law-breaking peer from prosecution. This collusion amongst officialdom to protect colleagues from criminal and civil accountability is widespread throughout all branches of government: executive, legislative, and law enforcement/judiciary. The profound malevolence permeates through every level of government: city, county, state, and federal. The phenomenon translates into a certain brand of tyranny - the tyranny of a democratically elected government wrought upon its own people.

On the face of it this indictment might appear implausible. However, the veracity thereof is amply substantiated by the facts elaborated in a *'Dossier of Crimes'*, and in thousands of pages of evidential documents surrounding the broader case. The dossier comprises some 2000 pages of prima facie evidence and describes the impunity with which 14,164 conspirators have committed innumerable crimes, and have attempted to kidnap and murder a witness to their crimes.

# *Development of the Case*

### Initial Crimes
Every citizen living in the United States has by law, amongst others, the following two inalienable rights - that of lawful ownership of property, and that of equal protection of the laws, viz. US Constitution, Amendment XIV, Section 1: *"... nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws"*.

Despite these Constitutional protections, my assets were seized and I was stripped of a sizeable portion of my income by illegal government action.

### Exhaustive Measures

Since January 2002, exhaustive measures have been taken to seek justice and restitution for the initial crimes, and to animate the law enforcement process to deal with a deluge of subsequent crimes amongst officials, but to no avail. In my efforts I have to date made thousands of written requests to more than 14,000 officials - from the most junior police officer to the highest authorities in the land. With every letter I have thought: *this one* will reach a heart and change a mind. But I woefully underestimated the darkness I had to penetrate.

The numerous written requests for protection and enforcement of the laws were directed to officials from 620 different, but pertinent, institutions of government tasked with law and order. **(Appendix 1)**. These institutions include state and federal police departments, state and federal prosecutors, state and federal judges, legislators, judiciary committees, judicial conduct commissions, ethics boards, bar associations, state and federal attorneys general, and state and federal executives.

Requests for protection and enforcement of the laws were also addressed to the courts. In all, 25 court cases have been filed in state and federal courts, including the United States Supreme Court. **(Appendix 2)**. In each case I sought two things: a) the redress of the illegal seizure of *de jure* property, and b) the protection of the law against ongoing harmful criminal acts. These rights are secured to every United States citizen, including me, through the promise of the 14th Amendment.

The exhaustive measures taken to secure justice are described in the *'Dossier of Crimes'*, described in the 120 proceedings of the 25 court cases mentioned, and in other related documents in the hands of various authorities.

### Corruption in Government / Judiciary

*Prima facie* evidence of the crimes committed by government officers was provided to the authorities and to the courts. Each official to whom the crimes were presented had the capacity, the authority, and a statutory duty, to address the crimes. However, *every official* omitted to perform their legal duties to investigate and prosecute, or to initiate same. In *every instance* my appeals for justice and protection of the laws were rejected with callous indifference, in favor of a cover up of government and judicial wrongdoing and in protecting the law-breaking officials implicated from prosecution. In *every instance* my rights, ostensibly protected by the Constitution and the laws, were scorned and my appeals to the authorities were rejected with contempt - many times over. In *every one* of the 25 interrelated court cases (which addressed different groupings in the criminal conspiracy), the courts not only failed to deal with the deluge of crimes presented to the courts, but actively suppressed the shameful issue.

In this case the cover up of crimes committed by law-breaking officials is absolute. Yet, the case is not unique, but merely a reflection of what happens across the United States, day after day, in court upon court, and in administration upon administration - city, county, state, and federal. In practice, government officers who break the law at the

3

expense of the common man are unassailable.   However, providing protection to criminals is a crime, and failure to have them identified is a crime.

### *Misprision / Obstruction / Conspiracy*

The statute on Misprision of Felony (18USC4), amongst many other statutes, obligates officials to deal with felonies and other crimes which have been brought to their attention.   In this case, officials should either have initiated the investigations or prosecutions on their own volition, or alternatively, they should have passed the information on to somebody in authority who would have addressed the crimes. (28USC535). Each official involved failed to perform that legal duty and violated the statutes on misprision of felony and requirement to investigate crimes involving government officers.

By the same reasoning, each official obstructed and impeded the due and proper administration of the law and violated the statute on obstruction of justice. (18USC1505). Every official was thus a principal offender due to his own substantive violations of law. By their criminal conduct each official, knowing that an offense against the United States had been committed, assisted other offenders in order to hinder or prevent their apprehension, trial, and punishment, and became accessories after the fact to the crimes of the other offenders. (18USC3).

Each official also furthered the aims of the broad ranging conspiracy to commit offenses, and the conspiracy against rights, and joined in with the objectives to obstruct the course of justice. As a result, each official became a co-conspirator to the crimes of the other offenders. Thus a staggering number of crimes - in excess of 1.6 million - have been documented according to the dictates of the law.  These are sobering statistics.

Yet, the initial crimes cannot be disputed. The laws are clear and have not been obeyed. Unimpeachable evidence of numerous felonies is provided in the *'Dossier of Crimes'*. For instance, burglary has been confessed to under oath by the perpetrator; perjury is clearly discernable in conflicting statements under oath; a judge acknowledges (in court transcripts) the illegal removal of crucial court evidence - tampering with evidence.

Other serious crimes associated with this criminal conspiracy include: Fraud; Theft; Official Misconduct; Rendering Criminal Assistance; Conspiracy against Rights; Conspiracy to Commit Offense; Tampering with a Witness; Retaliation against a Witness with intent to kill; and Attempted Kidnap with intent to kill.

Details and *prima facie* evidence of the crimes committed by the 14,164 conspirators, (provided in the 2000 pages of the *'Dossier of Crimes'*), have been presented to government authorities and the courts on some *50 occasions*.   No investigations or prosecutions have been conducted on any of these known felonies.   The undeniable evidence has also been presented to the US Supreme Court on 12 occasions, but on each occasion the conspirators removed those criminal dossiers from the Supreme Court Records.

Perversion of justice can have no clearer and more debased an example. The 14,110 officials involved in the criminal conspiracy hold pertinent positions in state and federal governments. Amongst state officials are police chiefs, prosecutors, attorneys general, secretaries of state, legislators, and governors. Also included are state judges from all levels of state courts. Amongst federal government officials involved in the criminal conspiracy are FBI agents, the US Attorney General and US Attorneys, federal judges including the Chief Justice, generals and admirals of the Armed Forces, and the Vice President and President of the United States.

## *The Role of the President of the United States*

When all the available remedies had been exhausted and I nevertheless failed to animate the legal system to deal with the crimes, I addressed myself to President Bush with the request that *he* see to the faithful execution of the laws in terms of *his* constitutional duties, viz: *"The President ... shall take care that the laws be faithfully executed".* (US Constitution, Article II, Section 3).

The President was informed of the large scale criminal conspiracy involving government officials, and that their crimes had been suppressed. He was provided with all the necessary information in order to take appropriate action. (*See* 45 letters to President Bush to date). Despite his peremptory duties under the Constitution and the criminal statutes, and despite numerous requests, President Bush willfully failed to take any action at all, but instead elected to join in the cover up of the crimes. This conduct placed the President directly in breach of the criminal statutes, the Constitution, and the common law duties of every citizen.

As a consequence a civil suit was filed against President Bush for his violations of the criminal statutes and common law, and to seek a court order compelling him to obey the law and the Constitution. This suit met with further criminal behaviour in the Federal District Court in D.C. - committed by the President, by his counsel, and by the presiding judge in case no. 03-cv-2496. These crimes are fully described in the appeal to the US Court of Appeals for the D.C. Circuit (case no. 04-5324). In their turn the Court of Appeal judges failed to deal with the crimes and joined with the endeavor by President Bush and other law-breaking officials to conceal the crimes, and in so doing violated the statutes themselves.

Hence an appeal was made to the United States Supreme Court for justice, for, chiseled upon the marble edifice of the Supreme Court are the compelling words: *"Equal Justice under Law".* Under this auspicious banner 3 cases, which pitted the common man against the might of a corrupt American establishment, were presented to the Supreme Court. Those cases are:

1. *Anthony P. Keyter vs. George W. Bush,* Supreme Court Case No. 05-140.
2. *Anthony P. Keyter vs. 230 Government Officers*, Supreme Court Case No. 06-284.
3. *Anthony P. Keyter vs. McCain et al.,* Supreme Court Case No. 06-1069

These cases addressed the criminal neglect of government officials to deal with the deluge of crime within their ranks.

# *Corruption in the United States Supreme Court*

Unsurprisingly however, the criminal endeavor by politicians, judges, and officials, to obstruct the course of justice advanced uninterruptedly into the US Supreme Court. The Supreme Court failed to address the corruption in the government and the courts, and failed to attend to the parcel of 1.6 million crimes placed before it in the 3 cases against government officials. In their turn, the Supreme Court Justices lent their considerable (but corrupt) power to advance the aims of the criminal conspirators to obstruct the administration of the laws and defeat the course of justice. All 3 cases were characterized by significant criminality in the court so as to protect President Bush and the other senior government officials from civil and criminal prosecution.

### *Fraudulent Judgments*
In each instance the Certiorari petitions to the Supreme Court were fraudulently and illegally denied without the benefit of all the relevant documentation and without the Justices performing obligatory judicial duties to address the underlying crimes. A Mandamus petition was filed in the case against President Bush requesting a Supreme Court Order to command the President to obey the laws. The Mandamus petition was ostensibly deliberated, and then fraudulently denied by the Justices - yet all the copies of the petition had already been stolen from the courthouse within hours of being filed, and were never available for deliberation by the Justices.

### *Rendering Criminal Assistance*
The failure of the Supreme Court Justices to act upon evidence of multiple felonies presented in court documents and the criminal dossiers, protected and rendered criminal assistance to known felons. The Justices thereby obstructed the due and proper administration of the laws and violated 18USC1505 and 18USC4. Urgent Motions for Injunction seeking court protection from ongoing crimes in each of the 3 related Supreme Court cases were not addressed. This neglect sanctioned further criminal misconduct by officials, and violated 18USC3.

### *Violation of Laws Disqualifying a Judge*
Motions for recusal and/or disqualification of the Justices were submitted to the Supreme Court when it became clear that they were colluding in the criminal conspiracy underlying each of the 3 cases. However, the Justices failed to recuse themselves, acted under severe conflict of interest untenable in law, and rendered judgments to dismiss the very cases which implicated them in crime. The Justices thereby shielded themselves from investigation, impeachment, and prosecution. It must be noted that Chief Justice Roberts did in fact recuse himself from 2 of the deliberations, however, on other applicable occasions he did not. The laws governing the recusal of judges expressly prohibit acting under such conflict. The Justices violated 28USC144 and 28USC455.

### *Shielding of Criminal Offenders by Supreme Court Police*

Criminal Complaints, and other unambiguous evidence regarding felonies associated with the 3 cases, were filed with the Supreme Court Police. A number of these felonies were committed *in the Supreme Court*. However, the Supreme Court Police failed to act against the offenders, instead providing a protective umbrella for ongoing lawlessness, e.g. theft of court record, intimidation, and retaliation against a witness.

### *Tampering with / Illegal removal of Court Evidence*

In all 3 related Supreme Court cases, all incriminating evidence implicating the President and other senior government officials in crime were illegally removed from Supreme Court Records. Subsequent attempts to re-file the stolen documents repeatedly met with the same offense. In the civil case against President Bush, 41 out of 47 documents filed in the case were stolen from the court records. In the case against 230 Government Officers, 4 incriminating documents were corruptly and repetitively removed. In the case against Senator McCain, Vice President Cheney, Chief Justice Roberts, and other senior officials, 6 pertinent documents were corruptly removed. These documents were re-filed, and repeatedly removed. On 12 occasions the criminal dossiers and the evidence they contain were illegally removed from the Supreme Court Records. These criminal acts transpired with the full collaboration of the Supreme Court Justices, with the co-operation of the Clerk and his personnel, and under the protective umbrella of the Supreme Court Police. Evidence presented in the *'Dossier of Crimes'*, and correspondence with the court, attests to this fact. These acts of theft of record violated 18USC1506 on numerous counts.

### *Retaliation against a Witness*

Because of my unrelenting persistence to find justice, the government conspirators resorted to witness-tampering (18USC1512) and retaliation against me (18USC1513). This was done with the clear intent to prevent my attendance in official court proceedings, and to prevent further testimony against the law-breaking government officers, including the ring-leaders: President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. In a further display of abuse of power and of state machinery, President Bush ordered the illegal interception of all my communications in violation of the tenets of the Patriot Act. The Supreme Court willfully neglected to address the crimes and failed to protect a Supreme Court litigant from retaliation by government officials.

# *Attempted Kidnap and Murder*

On February 9th, 2006 a 'Petition for Rehearing' was filed with the US Supreme Court in the case against President Bush (case no. 05-140), together with a Criminal Complaint which addressed the extensive theft of court records. These documents significantly increased the risk of public exposure and prosecution of President Bush and his co-conspirators.

Within 24 hours of these documents being filed in the US Supreme Court, President Bush and his agents initiated a criminal plot to retaliate against me with intent to kill me as

primary witness to their crimes - in order to thwart the course of justice and administration of the laws. The execution of this plot commenced in the Supreme Court and unfolded through the offices of the White House, the Boeing Company, and the Federal Aviation Authority.

Under orders from the President, White House aids contacted my employer, the Boeing Company. In a mutually beneficial arrangement, officers of the Boeing Company immediately embarked upon an attempt to inveigle me to an area away from my normal workplace, there to unlawfully seize me - kidnap me - in collaboration with and in execution of the plot to murder me. Boeing was offered an attractive contract/compensation to facilitate this iniquitous conduct, and the Boeing Board acquiesced to the request. This act violated the statute 18USC1201.

The first attempt to kidnap and murder me (initiated by officers of the Boeing Company) failed, and resulted in further criminal charges being filed. A second attempt was undertaken through the Federal Aviation Authority in an effort to prevent information relating to these federal offenses from reaching law enforcement and the courts. The second kidnap attempt was also abortive, but these attempts succeeded in destroying my livelihood and 17-year career as Senior Instructor Pilot with the Boeing Company. Subsequent evidence of stalking indicates that the conspirators intend to consummate their sinister plot.

Details of the kidnap and murder plot are further described in the *'Dossier of Crimes'* Volume 3 (State-supported Tyranny upon the Populace), in Chapter 1 and Chapters 41 – 44. The Boeing Company and FAA officers involved, and their co-conspirators, are listed in Chapter 3 of the dossier. A considerable amount of detail of events and evidence of the kidnap attempts is available to investigators. Audio tapes of conversations with Boeing managers and FAA officials clearly indicate the conclusions on intent, and reveal the involvement of Attorney General Gonzales and agents from his Justice Department.

The two foiled kidnap and murder attempts were respectively commanded, facilitated, and directed, by President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. There is indeed a grim threat and a high likelihood of further retaliation against me on behalf of the seditious conspirators, including the likelihood of a break-in and theft of incriminating documents, or removal of incriminating evidence from my office with a phony search warrant corruptly obtained. Moreover, there are many other high profile and politically powerful officials amongst the conspirators. Their propensity to malice, and the absolute impunity with which they can and do violate the laws, is amply demonstrated in the *'Dossier of Crimes'*. When the extent of their legal predicament is considered and evidence of stalking is taken into account, further attempts to eliminate me as witness are highly probable.

### *De Facto Impunity against Arrest*
The kidnap and murder attempts have not been investigated or prosecuted - neither by the Department of Justice or the FBI, nor by or any other law enforcement agency, or state or federal court - despite having been provided with the information and numerous appeals.

Exhaustive measures have thus failed to bring President Bush and his co-conspirators and agents to justice before the courts of the United States, and failed to secure protection against further attempts upon my life. These malevolent officials, in their high office, have been granted *de facto* '***impunity***' against arrest for attempted murder and numerous other serious felonies. The common man, and the public at large, effectively has no practical antidote or protection against such assault upon the public peace and safety by officials in high positions.

# *Seditious Conspiracy*

United State law dictates that if two or more persons conspire to oppose by force the authority of the United States, or by force to prevent, hinder, or delay the execution of any law of the United States, they are in violation of the statute on Seditious Conspiracy (18USC2384).

None of the participants acted alone in the criminal activities described herewith. The complicity (18USC2), and/or accessory role (18USC3), of each of the known criminal conspirators in the attempted kidnap and murder of a key witness to their crimes, is evident from their failure of legal obligation to address that crime - either as responsible United States citizens (18USC4), or as officials pursuant their oath of office and their specific duties associated with their position of authority under the United States.

The criminal acts described above furthered the common aims of, and were of mutual benefit to, *all* known conspirators. The illegal removal of the criminal dossiers and other incriminating evidence from the Supreme Court Record suppressed information of the crimes of *all* the conspirators. The illegal removal of the mandamus petition in the Bush Supreme Court case saved *all* the conspirators from a court order enforcing criminal investigation and resultant prosecution. The plot to kidnap and murder me, if it had succeeded, would have wiped *all* court proceedings against the conspirators clean off the slates. It is the *combined action* by conspirators that has served to defeat the course of justice so absolutely - one conspirator or group performing one part of the criminal act, another, the other part of the act. For instance: one group of conspirators committing the crime of retaliation against a witness with intent to murder, the others illegally protecting those law-breaking colleagues by failing to prosecute the crime. (See 18USC371).

This cooperative endeavor amongst the conspirators to commit offenses against the United States, or to assist in the commission thereof, was amply demonstrated during the period March 13 to 25, 2006. I was informed that meetings were held between representatives of the different groupings of conspirators, under the auspices of US Attorney General Gonzales, to plot their evasion of criminal culpability for crimes committed, to render criminal assistance to one another, and to plot further retaliatory action against me.

To date more than 14,000 government officers have conspired to, by force, prevent, hinder, and delay the execution of the laws of the United States.

9

# *Insurrection against the Laws*

The law dictates that, whoever incites, assists, or engages in any rebellion or insurrection against the authority of the United States, *or the laws thereof*, or gives aid and comfort thereto, is in violation of the statute on Rebellion or Insurrection (18USC2383), and shall be incapable of holding any office under the United States. At the time of writing, 14,110 state and federal officials have breached this statute; yet they remain in their positions of power from whence they continue to conspire against the United States and its laws.

### *The Role of the Congress*

Amongst my thousands of written appeals for justice are numerous appeals to every one of the 535 Members of the 110th Congress, individually, to address the criminal conspiracy within the government. In addition, the Senate and House Judiciary Committees, the Senate Committee on Government Affairs, the House Committee on Government Reform, the Senate President and the Speaker of the House, all have been requested through multiple letters to take action pursuant congressional oversight jurisdiction over the executive and judiciary. *To no avail.* Instead of addressing the crimes detailed in the *'Dossier of Crimes'* and tackling the corruption in the courts, the committees and Congressmen shunned the requests and willfully failed to perform their critical oversight duties. With callous indifference they sanctioned the criminal activities of their peers. Amongst the Congressmen who have failed to act are the top Presidential candidates of the 2008 elections, thus guaranteeing continuity of the immorality and criminality within the United States Government.

### *The Role of the President's Cabinet*

The entire United States 'Executive', including every member of the President's Cabinet, has been informed of the seditious conspiracy. Every executive member has been provided with prima facie evidence thereof, and has been requested to take action against the subversion and crime. Every executive member has a duty to act, has taken an oath to perform that duty, and to defend the nation against its enemies, *foreign or domestic.* And every executive member has instead chosen to provide aid and comfort to known insurgents.

### *The Role of the Justice Department and FBI*

Since January 27, 2003, the United States Department of Justice, its Attorney Generals and US Attorneys, have step by step been kept informed of the development of this pervasive insurrection against the laws, via some *274 letters* and several filings of the *'Dossier of Crimes'*. The noteworthy response of the Department of Justice was to dispatch its FBI agents in February 2006, to co-ordinate my kidnap and murder through surrogates at the Boeing Company and the FAA. When those attempts failed, the Department of Justice held meetings with all interested parties to plot their next malicious steps to thwart the administration of the laws.

### *The Role of State Governments and Judiciary of the 50 States*

The 50 States of the United States have been fully informed of the insurrection and sedition through their governors, attorneys general, police chiefs, legislators, and the judges of three levels of state courts. The state governments and judiciary were provided with evidence of the crimes and were similarly requested to use their authority under law to take appropriate action against the subversion. No action has been forthcoming from any of the state governments or courts to address the torrent of crime. The states have instead provided safe haven and passage to the insurgents - some of them resident in their state.

### *The Role of the United States Armed Forces*

Given the extent of the insurrection within the government, and considering the powerful obstruction to the administration and execution of the laws exercised by the insurgents, the 5 Joint Chiefs of Staff and 52 other admirals and generals of the United States Armed Forces were informed of the sedition, and were requested to address the insurrection against the laws.

The United States Armed Forces have a duty prescribed by law, and its senior officers have taken an oath, to defend the country against its enemies, *foreign or domestic*. Yet, amongst the nation's top military commanders, amongst 57 generals and admirals who are fully informed of the insurrection, no one has dared to break ranks and address the sedition; no one has shown the fortitude or rectitude to perform their clearly defined military duty; and not one has honored his oath to defend the nation against its domestic enemies in this case. *Not one.* Every one of the 57 generals and admirals has actively assisted and engaged in rebellion or insurrection against the authority of the United States, *and the laws thereof*, and has given aid and comfort thereto.

### *Incestuous Relationship within Government*

Thus the courts have illegally protected President Bush and his co-conspirators from culpability for crimes committed, including the crime of conspiracy to kidnap and murder. Congress has consecutively protected the President and corrupt judges from impeachment and prosecution. In their turn, the Congressmen enjoy the protection of the President and the courts from culpability for *their* failure of crucial duty to the people and to the state. One dirty hand washing the other. Providing a protective umbrella over this lawlessness are the generals and admirals of the Armed Forces of the United States.

The evidence to hand vividly exposes the incestuous relationship between the three branches of United States Government. This undesirable closed loop association, which saturates all levels of the establishment, has fostered mutual assistance and incitement to engage in rebellion and insurrection against the laws of the United States, and has provided aid and comfort to insurgents.

## *Treason against the United States*

Each one of the 14,110 government officials involved in this insurrection against the laws of the United States, owes allegiance to the United States, and has taken an oath before

God and the nation to avow that allegiance. Each of the government officials involved has an individual and collective duty to defend the United States against its enemies, foreign or domestic. Each government official involved has willfully failed to defend the United States and its people against insurgents from within, who are bent on rebellion against the laws of the country. Each has instead given aid and comfort to the insurrection against the laws, and provided protection to known criminals. And each government officer so engaged has committed an unmitigated act of *treason* against the United States.

For, the law unambiguously states that whoever, owing allegiance to the United States, levies war against them *or, adheres to their enemies,* giving them aid and comfort within the United States or elsewhere, is guilty of *treason* and shall be incapable of holding any office under the United States (18USC2381).

# *The Evidence*

Three primary sources of information provide strong evidence of the crimes committed by the 14,164 known insurgents: a) The 'Dossier of Crimes'; b) Court proceedings in 25 court cases; and c) Correspondence with officials.

### *The Dossier of Crimes*
Crimes committed by each of the conspirators, and of groups of conspirators, are meticulously documented, and prima facie evidence is provided in some 2000 pages of the '*Dossier of Crimes'*. The dossier was first compiled on January 17, 2003, and has been continuously updated over the years since then. The latest revision of the dossier available to investigators and prosecutors is dated March 31, 2008.

### *Court Proceedings*
Twenty five court cases sought in vain to address different aspects and groupings of the criminal conspiracy. **(Appendix 2).** *In every one* of the 25 interrelated court cases, the courts not only failed to deal with the deluge of crimes presented to the court, but actively suppressed the shameful issue. Corrupt state and federal judges lent their full support to the government conspirators, joined forces with their aims to obstruct the course of justice, and denied due process of law in every conceivable way in all 25 court cases.

Court documents filed in the *120 corrupt proceedings* of those cases provide unmistakable evidence of the subversive activities of law-breaking judicial officers. In many instances documents have been illegally removed from court records by the conspirators. However, those documents are available to investigators directly from the writer.

### *Written Appeals for Justice*
Correspondence with officials - informing them of the criminal conspiracy against the laws and appealing for the enforcement, administration, and execution of the laws upon the conspirators - provide further clear evidence of the role of government officials in the seditious conspiracy and kidnap and murder attempts.

## *Summary*

There remains in society today a parcel of more than 1.6 million crimes (and possibly multiples of this figure) perpetrated by high officials of the United States government that has yet to be investigated and prosecuted. A virulent seditious conspiracy, and a powerful insurrection against the laws of the United States, has ensued in the upper echelons of government to conceal these crimes and shield the perpetrators from prosecution.

To date, 14,110 officials from 620 separate government institutions tasked with law and order, and 54 others, have co-operated to defeat the course of justice and to provide *'impunity'* to common criminals and prospective kidnappers and murderers in their midst. Law enforcement institutions and the courts have willfully turned a blind eye to these nefarious and felonious activities.

Originating in the courts in January 2002, the ever increasing deluge of crime, committed by government officials against the people of the United States, has yet to be terminated. The seditious conspirators illegally remain in their positions from whence they abuse government power to pursue their criminal endeavors. Moreover, they perpetrate their criminal deeds with the full support and participation of key government institutions: the White House and the Cabinet; the Department of Justice and the FBI; the US Congress; the Courts; the 50 State Governments; and the Armed Forces of the United States.

## *Conclusion*

Aptly it has been stated, that *"despotism sits nowhere so secure as under the effigy and ensigns of freedom"*. (Walter Savage Landor, 1775-1864). There can be no more perverse an example of state-supported tyranny upon an outwardly *'free society'* than is presented by this case – and indeed in a country which is vociferous about human rights. The notion of 'freedom and justice' in America today does not reflect harsher realities. As there exists no viable restraining mechanism to curtail the abuses of power, in spite of the tenets of the Constitution, unbridled oppression is frequently inflicted upon the common man – as in this case. Given these circumstances, can one in truth claim that there is any difference between the United States of today and pre-war Iraq, Brezhnev's Russia, or Hitler's Germany?

The degeneracy in the institutions of United States government stand deeply exposed in this case - a governmental and judicial system corrupt to the core, where even the most moral who enter are besmirched by the system. A nation can have no greater shame than to have the custodians of its morals fall foul of the very principles they are the custodians of. As long as we give away our power to leaders who sway public opinion by the dexterity of their tongues, and not with the sincerity of their hearts, we will suffer the consequences of this misdirection. Should this anarchy in the government not be arrested and reversed, and should government officials be allowed to continue unchecked to fuel

this debauchery, it will entrench repressive government and inflict untold suffering upon the citizens of tomorrow.

Yet, a rare opportunity presents itself in this debacle that faces the nation. If we can face the lessons of the present; understand their nature and negative ramifications for future generations; if we rectify our errors and the fatal flaws in our system of government, then we will sow the seeds of a brighter tomorrow. And if we inculcate in public servants the attributes of *responsibility, true service, care, and respect* - without selfish ambition, malice, dirty political maneuvering, and the iniquitous protection of malfeasant colleagues - then the seeds of a benevolent society, truly free from tyranny, will have been planted. Then can we usher in an era of improved human relations; of a society that will lead the world, not by sham and showmanship, nor by force, but by superlative example. *That* will be a legacy worthy of future generations.

But I do question in my mind: 'when shall arise one from the *heart* of this nation, enlightened and courageous, who will take on the prosecution of this wave of crime amongst officials; and when shall arise a political leader who has the vision to see that the legal system and governmental system of the United States is deeply flawed and in need of a profound overhaul?'

When such one arises, I shall say my task is done.

Anthony P. Keyter
March 31, 2008

14

# Appendix 1

## <u>List of Institutions that Failed</u>

March 31, 2008

As of March 31, 2008, fourteen thousand one hundred and ten (14,110) government officers from *620 state and federal government institutions* have been approached to address the ''*Insurrection against the Laws'* and *'Seditious Conspiracy'* within the government and the courts of the United States:

<u>**Number of Institutions**</u>

| | |
|---|---:|
| US Presidency | 1 |
| US Cabinet | 1 |
| US Department of Justice: Civil Rights Division, Criminal Division, AG Office | 3 |
| US Attorneys | 90 |
| US State Department | 1 |
| US Police: US Marshals, Secret Service, Supreme Court Police, FBI | 4 |
| US Senate, Committees on Judiciary, Homeland Security & Govt. Affairs | 3 |
| US House, Committees on Judiciary, Government Oversight | 3 |
| US Armed Forces | 1 |
| US District Courts | 51 |
| US Appeals Courts: DC Circuit, Fed. Circuit, 9th Circuit, 10th Circuit | 4 |
| US Supreme Court | 1 |
| State Governors | 50 |
| State Cabinet/Executive | 50 |
| State Attorneys General | 50 |
| State Senate | 50 |
| State House of Representatives | 50 |
| State Police/Patrol | 50 |
| State Superior Courts | 54 |
| State Appeals Courts | 35 |
| State Supreme Courts | 50 |
| State Committees: Ethics, Judicial Conduct, Gender and Justice | 3 |
| State Bar Associations | 2 |
| County Sheriffs | 2 |
| County Prosecutors | 2 |
| County Councils | 2 |
| County Ethics Committee | 1 |
| City Police | 2 |
| City Prosecutors | 2 |
| City Councils | 2 |

**620**

15

# Appendix 2

## <u>Court Cases</u>

The following twenty five federal and state court cases address diverse aspects of the criminal conspiracy within the courts and the government of the United States:

### <u>*United States vs. Bush, Roberts, Gonzales, Mueller*</u>
1. U.S. District Court, District of Colorado, Case # 08-cr-00085-ZLW
2. U.S. Court of Appeals, 10th Circuit, Case # 08-1064

### <u>*United States vs. 443 Known Insurgents*</u>
3. U.S. District Court, District of Colorado, Case # 08-cr-00086-ZLW
4. U.S. Court of Appeals, 10th Circuit, Case # 08-1063

### <u>*United States vs. 535 Members of the 110th Congress*</u>
5. U.S. District Court, District of Colorado, Case # 08-cr-00087-ZLW
6. U.S. Court of Appeals, 10th Circuit, Case # 08-1061

### <u>*Anthony P. Keyter vs. Bush, Roberts, Gonzales, Mueller*</u>
7. U.S. District Court, District of Delaware, Case # 1: 08cv97

### <u>*Anthony P. Keyter vs. United States of America*</u>
8. U.S. District Court, Northern District of Texas, Case # 3: 08cv260

### <u>*Anthony P. Keyter vs. George W. Bush*</u>
9. U.S. District Court, District of Columbia, Case # 03-cv-2496 (EGS)
10. U.S. Court of Appeals, D.C. Circuit, Case # 04- 5324
11. U.S. Supreme Court, Case # 05-140

### <u>*Anthony P. Keyter vs. Senator John McCain, et al*</u>
12. U.S. District Court, District of Arizona, Case # CV05-01923- PHX-DGC
13. U.S. 9th Circuit Court of Appeals, Case # 06-15253
14. U.S. Supreme Court, Case # 06-1069

### <u>*Anthony P. Keyter vs. 230 Government Officers*</u>
15. U.S. District Court, Western District of Washington, Case # 3: 04cv5867
16. U.S. Court of Appeals, 9th Circuit, Case # 05- 35717
17. US Supreme Court, Case # 06-284.

### <u>*Anthony P. Keyter vs. John Ashcroft, et al.*</u>
18. U.S. Court of Appeals, D.C. Circuit, Case # 04-5392

### <u>*Anthony P. Keyter vs. Vice President Dick Cheney, et al.*</u>
19. U.S. Court of Appeals, D.C. Circuit, Case # 04-5365

### <u>*Anthony P. Keyter vs. Maureen E. Keyter*</u>
20. Washington State Superior Court, Case # 00-3-02932-1
21. Washington State Superior Court, Case # 04-2-13977-1
22. Washington State Court of Appeals, Case # 2737-6-II
23. Washington State Supreme Court, Case # 76972-9
24. Washington State Supreme Court, Case # 76956-7
25. US Supreme Court, Case # not assigned.



Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA 98335

WASHINGTON 983

The Judges
US District Court
844 N King Street.
Wilmington, DE 19801