OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 30, 2008

TO:

**Anthony Keyter**
6200 Soundview Drive
R201
Gig Harbor, WA 98335

```
    RE:  Enclosed Summonses Issued By The Clerk
         CA 08-97 SLR
```

Dear Mr. Keyter:

```
     This is in response to your request for summonses forms
issued by the Clerk.  Please find enclosed summonses forms for
the following defendants:

President George W. Bush
Chief Justice John G. Roberts
Attorney General Alberto Gonzales
FBI Director Robert Mueller

     I trust that this letter answers your questions concerning
this matter.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may
be alleging.


                                   Sincerely,

/rwc                               PETER T. DALLEO
                                   CLERK



cc:  The Honorable Sue L. Robinson
enc: Summonses
```