Anthony Keyter<br>
6200 Soundview Drive, R201<br>
Gig Harbor, WA, 98335<br>
Tel: (253) 853-3859

May 8, 2008

The Clerk
US District Court
844 N. King Street,
Wilmington, DE 19801

The Clerk of the Court,

**RE: Certificate of Service of Summons**
**Civil Case No. 1:08-cv-00097-SLR**

Enclosed find a 'Certificate of Service' of Summons and Amended Complaint, in the above case.

Sincerely,

Anthony Keyter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th Day of May, 2008, Summons and Amended Complaint was served by United States Postal Service, Certified Mail, on the Defendants in case number 1:08-CV-97-SLR, at the following addresses:

United States Attorney, et al
Nemours Building
P.O. Box 2046
Wilmington, DE 19899-2046

US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

President George W. Bush
The Whitehouse
1600 Pennsylvania Ave
Washington, DC 20500

Chief Justice John G. Roberts
US Supreme Court
#1 First Street NE
Washington, DC 20543

(Former) Attorney General Alberto Gonzales
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

Director Robert Mueller
Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, DC 20535

Anthony Keyter
Pro Se



"LET US DARE TO READ, THINK, SPEAK AND WRITE." John Adams, 1765
powerofaction.com

TACOMA - OLYMPIA WA 983
08 MAY 2008 PM 5 T

The Clerk
US District Court
844 N. King Street,
Wilmington, DE 19801

Anthony Keyter
6200 Soundview Dr, R201
Gig Harbor, WA, 98335

U.S.M.S. X-RAY

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAY 12 PM 2:20