**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY KEYTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 08-97-SLR |
| v. | : | |
| | : | |
| PRESIDENT GEORGE W. BUSH, | : | |
| CHIEF JUSTICE JOHN G. ROBERTS, | : | |
| ATTORNEY GENERAL ALBERTO | : | |
| GONZALES AND FBI DIRECTOR | : | |
| ROBERT MUELLER, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), the Defendants respectfully move the Court to Dismiss Plaintiff's Complaint, for the reasons set forth in the accompanying memorandum of points and authorities.

DATED: May 22, 2008.

                                                        Respectfully Submitted,

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                                By: /s/ Lesley F. Wolf
                                                        Lesley F. Wolf
                                                         Assistant United States Attorney
                                                         The Nemours Building
                                                         1007 Orange Street, Suit 700
                                                        Wilmington, DE 19801
                                                         (302) 573-6277

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTHONY KEYTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 08-97-SLR |
| v. | : | |
| | : | |
| PRESIDENT GEORGE W. BUSH, | : | |
| CHIEF JUSTICE JOHN G. ROBERTS, | : | |
| ATTORNEY GENERAL ALBERTO | : | |
| GONZALES AND FBI DIRECTOR | : | |
| ROBERT MUELLER, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

AND NOW, this ____ day of _____, 2008, upon consideration of the Defendants' Motion To Dismiss, and the Court having considered the memoranda submitted in support thereof and in opposition thereto, IT IS HEREBY ORDERED that the MOTION IS GRANTED.

BY THE COURT:

_____
**HONORABLE SUE L. ROBINSON**
*Judge, United States District Court*