CA 08-97 SLR

# APPENDIX 1A

# Dossier of Crimes

## Volume 1 of 3

## Initial Crimes



**Compiled by Anthony Keyter**
**Revision 11 : March 31, 2008**
**First Compiled: January 17, 2003**