# APPENDIX 1B

# Dossier of Crimes

## Volume 2 of 3

## Insurrection against the Laws

FILED
2008 JUN -9 AM 11:43
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Compiled by Anthony Keyter**
**Revision 11 : March 31, 2008**
**First Compiled: January 17, 2003**