# APPENDIX 1C

# Dossier of Crimes

## Volume 3 of 3

## State-supported Tyranny upon the Populace



Compiled by Anthony Keyter
Revision 6 : March 31, 2008
First Compiled: May 10, 2004