# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**ANTHONY KEYTER**
*Plaintiff - Pro Se*

v.  Civil Action No. 1:08-CV-97-SLR

**PRESIDENT GEORGE W. BUSH**
**CHIEF JUSTICE JOHN G. ROBERTS**
**ATTORNEY GENERAL ALBERTO GONZALES**
**FBI DIRECTOR ROBERT MUELLER**
*Defendants*

# EX PARTE MOTION FOR
# WRIT OF MANDAMUS

Date:  July 14, 2008.

Signature:  *[signature]*

Print Name:  Anthony P. Keyter

Address:  6200 Soundview Dr. R201

City, State, Zip:  Gig Harbor, WA 98335

Telephone:  (253) 853-3859

2008 JUL 15 AM 10:01
[District of Delaware stamp]
by FedEx

1

## EX PARTE MOTION FOR WRIT OF MANDAMUS

Plaintiff Anthony P. Keyter respectfully moves this Court for a 'Writ of Mandamus' to compel the Defendants to obey the laws of the United States with immediate effect. Defendants President George W. Bush, Chief Justice John Roberts, former Attorney General Alberto Gonzales, and FBI Director Robert Mueller, are in breach of the Constitution and the criminal statutes, and their ongoing violations are not being addressed.

In terms of 28USC1651[1], this Court is requested to compel the Defendants by way of 'Writ of Mandamus' to perform their peremptory duties with respect to a seditious conspiracy within the government and insurrection against the laws of the United States, and to show compliance within two weeks from the issue of such writ.

Should the Defendants fail to obey the Court's legal writ within two weeks of issue thereof, this Court is requested to issue a warrant for arrest of the Defendants for criminal contempt of court, pursuant 18USC401[2] and Rule 42 of the Federal Rules of Criminal Procedure (FRCrimP).

## STATEMENT OF FACTS

The Defendants have for several years led a major seditious conspiracy within the government and the courts of the United States intent on obstructing the administration of the laws, defeating the course of justice, providing protection to known criminals, and

---

[1] 28 USC 1651(a): "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

[2] 18 USC 401 - Contempt of Court: "A court of the United States shall have power to punish by fine or imprisonment, at its discretion, such contempt of its authority, and none other, as-- (1) Misbehavior of any person in its presence or so near thereto as to obstruct the administration of justice; (2) Misbehavior of any of its officers in their official transactions; (3) Disobedience or resistance to its lawful writ, process, order, rule, decree, or command".

denying constitutional rights to due process and protection of the laws. (*See* Amended Complaint and 'Dossier of Crimes' filed in this case).

In an effort to protect law-breaking government officials from criminal prosecution, the Defendants and their co-conspirators have conspired to, by force (kidnap and murder), prevent, hinder, and delay the execution of the laws of the United States. (*See* Motion for Injunction filed in this case). Acting in concert with the Defendants *and under their direct authority*, state and federal law enforcement officers have willfully failed to enforce the laws; state and federal prosecutors have willfully failed to prosecute the seditious conspirators; state and federal judges have failed to administer the laws; and congressmen and state legislators, though fully informed, have failed to oversee the essential functions of the American justice system – corrupt as it is. (*See* 'Dossier of Crimes').

Exhaustive efforts have failed to persuade the Defendants to perform their statutory duties as well as peremptory duties to the nation to terminate the insurrection and bring the offenders to justice. Fifty (50) written appeals have to date been made to President Bush to take care that the laws be faithfully executed - to no avail. In all, 63 written appeals seeking justice have been made to Chief Justice Roberts; 25 appeals to (former) Attorney General Gonzales and 26 appeals to FBI Director Mueller have been made to investigate and prosecute the seditious conspirators, without positive response. (These requests are available to the Court as evidence). The intractable Defendants will not on their own volition perform their peremptory duties or execute the laws upon their government co-conspirators.

It is a disgrace that a court order should be required to compel this nation's leaders to obey the Constitution and the laws, and to perform the essential functions of government which they are duty-bound to perform. However, without this Court's positive intervention, the ignominious Defendants will continue to breach the laws with impunity, and will persist in their contempt for the dictates of that eminent document, the *United States Constitution*.

### VIOLATIONS OF LAW COMMITTED BY DEFENDANTS

The Defendants have committed innumerable crimes associated with this case with total impunity, as detailed and presented in the 'Dossier of Crimes'. Some of the violations applicable to this writ petition are presented below:

*Violations of Oath of Office and tenets of the Constitution*

<u>President George W. Bush:</u>

(i) Before entering office, President Bush took an oath pursuant [3]Article II § 1.7 of the United States Constitution to faithfully execute the Office of the President of the United States, and to preserve, protect and defend the Constitution. President Bush failed to faithfully execute the Office of the President and willfully neglected to preserve, protect, and defend the tenets of the Constitution vis-à-vis the seditious conspiracy and insurrection against the laws, as detailed and presented to him in the 'Dossier of Crimes'. President Bush is in violation of Article II § 1.7 of the Constitution; (ii) [4]Article II § 3, of the United States Constitution demands that the President take care that the laws be

---

[3] <u>Article II, Section 1.7</u> states that: "Before he enter on the execution of his office, he shall take the following oath or affirmation: I do solemnly swear (or affirm) that I will faithfully execute the office of the President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

[4] <u>Article II, Section 3</u> states in relevant part that: "The president ... shall take care that the laws be faithfully executed."

faithfully executed. President Bush willfully failed to take care that the laws are faithfully executed concerning the seditious conspiracy and insurrection against the laws, as detailed and presented to him in the 'Dossier of Crimes'. President Bush is in violation of Article II § 3 of the Constitution.

Chief Justice John G. Roberts:

(i) Before entering office, Justice Roberts took an oath pursuant statute 28USC453[5], and solemnly swore to administer justice without respect to persons, and to do equal right to the poor and to the rich, and to faithfully and impartially discharge the duties incumbent upon him as Chief Justice under the Constitution and laws of the United States; *"So help me God"*, he avowed. Justice Roberts willfully failed to do equal right to the American people. Justice Roberts failed to obey the Constitution or to provide 'equal protection of the laws' concerning the seditious conspiracy and insurrection reported to him in the 'Dossier of Crimes'. Justice Roberts failed to provide 'due process of law' in the Supreme Court case which addresses the criminal conspiracy; that is the case: *'United States vs. 14,164 Seditious Conspirators'*. Justice Roberts is in violation of 28USC453;

(ii) Statute 18USC3041[6], combined with Rules 4 and 41[7] of FRCrimP, demands that Justice Roberts issue arrest warrants for the seditious conspirators and/or insurgents listed

---

[5] 28USC453 Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

[6] 18USC3041 States in relevant part: "for any offense against the United States, the offender may, by any justice or judge of the United States ... be arrested and imprisoned".

[7] FRCrimP, Rule 4. Rule 4 (a) states: "If the complaint or one or more affidavits filed with the complaint establishes probable cause to believe an offense has been committed and that the defendant committed it, the judge must issue an arrest warrant to an officer authorized to execute it. Rule 4 (c) states: Such warrant must "command that the defendant be arrested and brought without unnecessary delay before a judge".
FRCrimP, Rule 41 After receiving an affidavit or other information, a magistrate judge or a judge of a state court must issue the warrant if there is probable cause to search and seize a person or property under Rule 41(c). [ Rule 41(c) – Evidence of a crime.]

in Volume I, Chapter 3, of the 'Dossier of Crimes'. Justice Roberts willfully failed to perform that peremptory function and is in violation of 18USC3041 and the Federal Rules of Criminal Procedure.

Attorney General Gonzales and FBI Director Mueller:

Former Attorney General Alberto Gonzales and FBI Director Robert Mueller both failed to adhere to their oath to "support and defend the Constitution of the United States against all enemies, foreign and domestic; to bear true faith and allegiance to the same"; and to faithfully discharge the duties of their office to investigate, apprehend, and prosecute the seditious conspirators, insurgents, and prospective kidnappers and murderers, as listed and presented to them in the 'Dossier of Crimes'. Defendant Mueller remains in violation of his oath.

*Violation of Statute 18USC4*

Criminal Statute [8]18USC4 demands that, whoever, having knowledge of the actual commission of a felony, must make it known to some judge or other person in civil or military authority, for action thereon. It is self evident that such person in authority should not be a party to the crime being reported on. The Defendants concealed their knowledge of the insurrection, seditious conspiracy, and kidnap and murder attempts, theft of court record, and other serious felonies associated with the insurrection; and failed to advise some judge or other person in authority *who is not a party and who would tend to the crimes* on behalf of the American people. The Defendants are thus in violation of 18USC4.

---

[8] 18 USC § 4 states I relevant part that, "whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same

6

*Other violations of Law*

Further violations of law committed by the Defendants are described in the 'Dossier of Crimes', Volume II, Chapters 18.37, 18.38, 18.44, 18.48, 18.49; and Volume III, Chapters 42, 44.   Specifically, crimes are detailed in Volume III: Chapter 1 for Defendant Bush; Chapter 21 for Defendant Roberts; Chapter 39 for Defendant Gonzales; and Chapter 40 for Defendant Mueller.

## WRIT OF MANDAMUS

Cognizance must be taken of the fact that none of the crimes committed by the Defendants or their co-conspirators (as presented above and in the 'Dossier of Crimes'), have ever been investigated or prosecuted.  Keeping *that* in mind and the fact that three Defendants remain in their positions of crucial responsibility towards the American people, this Court is motioned to compel the Defendants by way of Writ of Mandamus, to obey the Constitution and the laws of the United States. *Specifically:*

*The Court is requested to Order Defendants Bush, Roberts, and Mueller:*

1. ***To Honor their Oath of Office and to obey the tenets of the Constitution***, in particular where those duties and tenets pertain to the seditious conspiracy with its concomitant murder plot, and to the insurrection against the laws as detailed and presented in the 'Dossier of Crimes'.

2. ***To perform their non-discretionary duties, and their individual and collective government functions*** as they pertain to the seditious conspiracy, insurrection, and conspiracy to murder, as detailed and presented in the 'Dossier of Crimes'; and to take care of the faithful execution of the laws of the United States, and the

---

to some judge or other person in civil or military authority under the United States" commits Misprision of Felony.

apprehension, trial and punishment of the seditious conspirators according to their individual and collective duties.

3. ***To secure due process of law and protection of the laws*** for the American public in the case "*United States vs. 14,164 Seditious Conspirators*", which criminal case is presently being corruptly obstructed by the defendants and kept out of the United States Supreme Court, despite proper filing. See **Appendix 1a** (Copy of stamped filing); **Appendix 1b** (Copy of Supreme Court's Fraudulent Response); **Appendix 1c** (Copy of Petitioner's Reply); **Appendix 1d** (Copy of Petition for Writ).

4. ***To appoint a Special Prosecutor*** to investigate and prosecute the crimes committed by *all* government officers implicated in the seditious conspiracy, pursuant 28USC535 (b), and 28USC591 & 592.

***The Court is requested to Order Defendants Bush, Roberts, Gonzales, and Mueller:***

5. ***To obey the Constitution and the Laws*** and to refrain from any further violations of the United States Constitution and laws, or any repetition of violations detailed in the 'Dossier of Crimes'.

***In Particular:***

6. ***To obey statute 18USC4, and to report to this Court,*** all knowledge of the actual commission of felonies associated with the seditious conspiracy against the United States and insurrection against the laws thereof. ***Especially:*** (i) to report to this Court all knowledge of *participants* from the Whitehouse, the Supreme Court, the FBI, the Boeing Company, the FAA, and elsewhere, in the kidnap and murder attempts of the witness and litigant Anthony Keyter; (ii) to report to this

Court all known *felonious acts* and events associated with the kidnap and murder attempts upon Plaintiff Anthony Keyter; (iii) to report to this Court all knowledge of the ongoing criminal conspiracy to retaliate against Plaintiff Anthony Keyter; (iv) to report to this Court all known felonies and participants associated with the theft of court records and other crimes in the five US Supreme Court cases which have in futility attempted to bring the seditious conspirators to justice, and which cases involve Anthony Keyter as petitioner and Bush, Roberts, Gonzales and Mueller ( and co-conspirators) as defendants in those cases.

**FAILURE BY THE DEFENDANTS TO OBEY THE COURT'S COMMAND**

The Court is requested to allow the Defendants two weeks from the issue of the writ, to perform their duties and to report to this Court – keeping in mind that the plot to murder Plaintiff is active. This time period is deemed sufficient as the Defendants are fully knowledgeable of events and of the conspirators involved, and have the vast machinery of state at their service in the performance of their official duties.

Should the Defendants fail to obey this Court's legal writ within two weeks of issue thereof, this Court is requested to issue a warrant for the arrest of the Defendants for criminal contempt of court, pursuant 18USC401 and Rule 42 of the Federal Rules of Criminal Procedure.

**FAILURE BY THE COURT TO ISSUE WRIT OF MANDAMUS**

Failure by this Court to issue a writ of mandamus compelling the Defendants to obey the laws, will sanction the ongoing violations of law by the Defendants; will protect the seditious conspirators from prosecution; will provide aid and comfort to domestic enemies of the state (an act of treason); and will prevent, hinder, and delay the execution

of the laws, thereby furthering the aims of the seditious conspirators. Thus, this Court is encouraged to resist all pressure by the Defendants to side with the seditious conspirators – and pressure there will be.

Should this Court for any reason fail to issue a writ of mandamus to compel the Defendants to obey the laws, and to perform their peremptory functions (to deal with the seditious conspiracy, insurrection, and concomitant murder plot), then *this Court* is requested, pursuant 18USC3041 and Rules 4 and 41 of FRCrimP, to address those crimes. Remembering that the presiding judge in this case, too, invoked God's assistance in the performance of judicial duties, the Court must take courage and "administer justice without respect to persons, and do equal right" to the common man and to high officials alike, and "faithfully and impartially discharge the duties incumbent upon the Court under the Constitution and laws of the United States".

**Appendix 1a**



12

**Appendix 1b(i)**

**Appendix 1b(ii)**

**Appendix 1c**

# Fraudulent Objections to docketing of Supreme Court Case:
## 'United States vs. 14,164 Seditious Conspirators'
### June 30, 2008

Presented herewith are the *fabricated and fraudulent objections* employed by Supreme Court personnel William Suter and Gail Johnson *to the docketing of the above titled Supreme Court case*. Both the Clerk of the Court, William Suter, and Clerk's Assistant Gail Johnson, are defendants in the criminal case. Their deceitful objections form part of a combined effort to prevent, hinder, and delay the execution of the laws of the United States upon the seditious conspirators.

**Deceitful Objections:**

1. **Deceitful objection by Supreme Court personnel:** *"The appendix to the petition as required by Rule 14 must be in booklet format and on paper that measures 6 1/8 by 9 ¼ inches. Rule 33.1(b)"*.
   **The Facts:** If the material required by Rule 14 is volumous it may be presented in separate volumes. The 11 appendices included with the Writ Petition are volumous. Appendix 10 alone comprises some 2000 pages. The appendices were presented in separate volumes with appropriate white covers pursuant Rule 14(i). Rule 14(i) states: *"If the material required by this paragraph is volumous, it may be presented in a separate volume or volumes with appropriate covers"*.

2. **Deceitful objection by Supreme Court personnel:** *"The caption on the cover of the petition must be changed to reflect the above as noted on the opinion entered by the US Court of Appeals for the Tenth Circuit.*
   **The Facts:** A criminal case (not a civil case) was brought by the United State of America before the US District Court, Colorado, under the title: *"United States of America v. 443 Known Insurgents"*. (*See* case no. 08-cr-86). This case was alternatively titled by the US District Court as *"United States of America v. 443 Seditious Conspirators"*. (*See* docket). The 10th Circuit Appeals Court consolidated three related cases into one and joined additional seditious conspirators, making the tally 14,164 seditious conspirators. Under this title the case proceeded to the US Supreme Court. Attempts by William Suter and Gail Johnson to incite the Petitioner to *'tamper with evidence'* and fraudulently change the case name to that of a civil case, is a violation of the statutes 18USC 1512(c), 18USC1505, and 18USC401, and must be addressed by the Court.

3. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... a list of parties (if all do not appear on the cover) "*
   **The Facts:** The questions presented *are followed* by a list of parties. The volumous list of 14,164 defendants is presented in Appendix 1, as per Rule 14. (*See* Certiorari Petition).

14

4. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by...corporate disclosure (if applicable)".*
   **The Facts:** A corporate disclosure is *not applicable* in this case. (*See* Certiorari Petition).

5. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... table of contents".*
   **The Facts:** A table of contents *does sequentially follow*. (*See* Certiorari Petition).

6. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... a table of authorities".*
   **The Facts:** A table of authorities *does sequentially follow*. (*See* Certiorari Petition).

7. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... citations of the official and unofficial reports of opinions and orders entered in the case".*
   **The Facts:** The opinions *do follow* in the paragraph titled "Opinions Below". Because the opinions are voluminous, covering the 6 cases which were consolidated into one, the opinions were presented in Appendix 2 and 3, as per Rule 14. (*See* Appendices).

8. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... statement of the basis of jurisdiction".*
   **The Facts:** A statement of the basis of jurisdiction *does sequentially follow* in the paragraph titled *"Jurisdiction"*. (*See* Certiorari Petition).

9. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... statement of the case".*
   **The Facts:** A statement of the case *does sequentially follow* in the paragraph titled "Statement of the Case". (*See* Certiorari Petition).

10. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... reasons for granting the writ".*
    **The Facts:** Reasons for granting the writ *do sequentially follow,* quote: "The *institution* of the Supreme Court is obligated to address the insurrection, treason, seditious conspiracy and concomitant murder plot, with a bench of judges/justices who are *not involved* in the insurrection. The *institution* of the Supreme Court is obligated to address the crimes of the District Court judge and 10th Circuit Appeals Court judges as presented in Appendices 6 & 7. The *institution* of the Supreme Court is obligated to issue warrants for the arrest of the 14,164 seditious conspirators, pursuant 18USC3041 and the FRCrimP, Rules 4 and 41. The *institution* of the Supreme Court is compelled by a consideration of public safety, to issue the Writ of Certiorari and remand this important public case for trial by a lower court".

Although the *'reasons for granting the writ'* are not presented under a paragraph titled the same, they are nevertheless presented sequentially, and under the title "Discussion of Questions Presented". (*See* Certiorari, 'Discussion of Questions Presented').

11. **Deceitful objection by Supreme Court personnel:** *"The questions presented for review must be followed by... the appendix".*
    **The Facts:** As described above, the appendices are included and are voluminous; as such they are included as separate volumes pursuant Rule 14(i). (*See* Certiorari Petition, index page).

12. **Deceitful objection by Supreme Court personnel:** *"The order(s) of the US Court of Appeals for the 10th Circuit and US district court must be included in the appendix. Rule 14.1(i). Each order must be reproduced so that it complies with Rule 33.1.*
    **The Facts:** The 6 orders are included in the paragraph titled *"Opinions Below"*. Because the opinions are voluminous, covering the 6 cases which were consolidated into one, the opinions were presented in Appendix 2 and 3, as per Rule 14(i). The reproductions *do comply* with Rule 33.1: *"If a separate appendix to any document is filed, the color of its cover shall be the same as that of the cover of the document it supports"*. In this case the covers are all white. (*See* Appendix 2 & 3).

13. **Deceitful objection by Supreme Court personnel:** *"The lower court caption, showing the name of the issuing court or agency, the title and number of the case, and the date of entry, must be included with the opinion in the appendix to the petition. Rule 14.(i).(ii).*
    **The Facts:** The lower court caption *does show* the name of the issuing court, the title, the number of the case, and the date of entry, and fully complies with Rule 14.(i).(ii). (*See* Appendix 3).

14. **Deceitful objection by Supreme Court personnel:** *"The proof of service must be separate from the petition, not with it. See Rule 29.5*
    **The Facts:** The proof of service *was presented separately*, and *not* within the Certiorari Petition. (*See* Certiorari Petition).

---

# Appendix 1d

**[Enclosed Separately]**

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2008, a true and correct copy of the foregoing 'Ex Parte Motion for Writ of Mandamus' was served by USPS to the Attorney of Record for the Defendants:

Ms. Lesley F. Wolf
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
PO Box 2046, Wilmington, DE 19899-2046

Anthony P. Keyter
Pro Se