

CA 08-97 SCR

Appendix 1d

No.

---

## In The

## Supreme Court of the United States

---

UNITED STATES OF AMERICA
*Plaintiff*

versus

14,164 SEDITIOUS CONSPIRATORS
*Defendants*

---

On Petition for Writ of Certiorari To The
United States Court of Appeals for the 10th Circuit

---

PETITION FOR WRIT OF CERTIORARI

---

Anthony P. Keyter
(Petitioner, Pro Se)
6200 Soundview Drive, R201
Gig Harbor, WA. 98335
Telephone: (253) 853-3859

---



FILED
JUL 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

i

## QUESTIONS PRESENTED

There is a major seditious conspiracy afoot within federal and state government, and in the courts, to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny constitutional rights to due process and protection of the laws. None of the crimes committed in furtherance of this sedition have been investigated or prosecuted, including two kidnap and murder attempts, and the subversive activity has been allowed to proliferate and develop into a pervasive insurrection against the authority and the laws of the United States.

### Question 1
Can the US District Court and 10th Circuit Appeals Court legally dismiss this case which addresses the insurrection and seditious conspiracy, without tending to the crimes?

### Question 2
Can the US District Court and 10th Circuit Appeals Court legally dismiss this case on the grounds that the *informant* ostensibly has no legal right to prosecute, whilst it is the duty of the United States, not the informant, to prosecute; and the duty of the courts to appoint a prosecutor?

### Question 3
Considering the number of crimes committed by presiding District and 10th Circuit Judges in aiding the Defendants to evade criminal prosecution, is their dispensing of the case legal?

### Question 4
Can the 10th Circuit Court of Appeals legally affirm a manifestly illegal judgment from a lower court?

ii

**Question 5**
Can the Honorable Justices of the United States Supreme
Court decide this case, or even decide whether the Court will
hear this case, when the Justices are named Defendants in
this criminal case?

iii

## LIST OF PARTIES

**Name of Plaintiff:** United States of America
**Names of 14,164 Defendants:** *See* Appendix 1.
**Name of Petitioner:** Anthony P. Keyter (Pro Se)

## TABLE OF CONTENTS

|                                          | Page |
|------------------------------------------|------|
| Questions Presented……………………………….. | i    |
| List of Parties …………………………………….. | iii  |
| Table of Contents ………………………………… | iii  |
| List of Appendices ……………………………….. | iii  |
| Table of Authorities …………………………….. | iv   |
| Opinions Below ………………………………….. | 1    |
| Jurisdiction………………………………… ……… | 1    |
| Statement of the Case…………………………….. | 1    |
| Sources of Evidence……………………………… | 22   |
| US District Court Decision………………………. | 23   |
| 10th Circuit Court Decision… ……… ………… | 25   |
| Discussion of Questions Presented……………… | 25   |
| In Summary………………………………………. | 27   |
| Conclusion ………………………………............ | 28   |

## LIST OF APPENDICES

Appendix 1 – Names of Defendants
Appendix 2 – 10th Circuit Court Order and Judgment
Appendix 3 – District Court Order of Dismissal
Appendix 4 – Institutions that Failed
Appendix 5 – List of Court Cases
Appendix 6 – District Court Crimes
Appendix 7 – 10th Circuit Court Crimes
Appendix 8 – Treason, Sedition, Insurrection
Appendix 9 – Statutory Provisions
Appendix 10 – Dossier of Crimes

iv

## TABLE OF AUTHORITIES

Statutory Provisions are set out verbatim in Appendix 9.

                                                                    **Page**
**United States Constitution**
Constitution, 14th Amendment, Section 1 ..................6, 27
Constitution, Article 3, Section 1 .............................27

**Federal Statutes**
18USC2 ................................................................16
18USC3 ........................................................8, 11, 16
18USC4 ....................................................7, 11, 16, 24
18USC371 ............................................................17
18USC1201 ..........................................................14
18USC1505 ......................................................7, 11
18USC1506 ..........................................................13
18USC1512 ..........................................................13
18USC1513 ..........................................................13
18USC3041 ....................................................25, 27
18USC2381 ....................................................21, 27
18USC2382 ..........................................................24
18USC2383 ....................................................18, 27
18USC2384 ....................................................16, 17
28USC144 ....................................................12, 27
28USC455 ....................................................12, 27
28USC535 ............................................................7
28USC1254 ............................................................1

**Federal Rules**
Rule 4 & 41, FRCrim.P ....................................25, 27
Rule 42.........................................................25, 26
Rule 10 of Supreme Court Rules.....................................1

1

## OPINIONS BELOW

The Order and Judgment of the United States Court of Appeals for the 10th Circuit entered on May 13, 2008, in the case *United States vs. Seditious Conspirators*, {consolidated causes, nos. 08-1061, 08-1063, and 08-1064}, is reproduced in Appendix 2.

The Orders of Dismissal of Cases Nos. 08cr85, 08cr86, and 08cr87, issued by the United States District Court for the District of Colorado on February 21, 2008, is reproduced in Appendix 3.

## JURISDICTION

The jurisdiction of this Court rests on 28USC1254, and Rule 10 of the Supreme Court Rules. Supreme Court Rule 10(a) states: "A United States Court of Appeals ...has so far departed from the accepted and usual course of judicial proceedings, or has sanctioned such a departure by a lower court, as to call for an exercise of this Court's supervisory power."

## STATEMENT OF THE CASE

### *Overview*

There is a major seditious conspiracy afoot within federal and state government, and in the courts, to obstruct the administration of the laws, defeat the course of justice, provide protection to known criminals, and to deny constitutional rights to due process and protection of the laws. As of March 31, 2008, fourteen thousand one hundred and sixty four (14,164) known conspirators were implicated in this pervasive insurrection against the laws of the United States - 14,110 government officers, and 54 others.

2

The seditious conspirators have engaged in or assisted and incited subversive acts against the laws of the United States by failing to enforce, administer, and execute the laws. The conspirators have illegally removed evidence of their crimes from the courts; have attempted to use force to prevent, hinder, and delay the execution of the laws; and have made two attempts to kidnap and murder a Supreme Court litigant and key witness to their crimes. Evidence of stalking indicates that this murder plot is actively being pursued. The United States institutions of justice and law enforcement have provided no protection because these institutions are, perversely, led by the very ring-leaders of this criminal endeavor.

Officials from 620 pertinent institutions of government tasked with law and order have abrogated their duties and thwarted the normal course of justice in order to protect law-breaking government officers from prosecution. An intense group effort in the top structures of the Bush Administration, the U.S. Congress, the Governments of the 50 States, the US Armed Forces, and the Courts, has attempted to conceal the crimes. Their failure to act against the insurgency has furthered the objectives of the conspirators and made it possible for the criminal endeavor to proliferate. Officials from these institutions have thereby breached the statutes and implicated themselves as co-conspirators in the insurrection against the laws of the United States, and as accessories after the fact to the kidnap and murder attempts.

Exhaustive measures have been taken to instigate justice and restitution, and to animate the law enforcement and judicial process to deal with this deluge of lawlessness amongst officials, but to no avail. None of the crimes have been investigated or prosecuted. The criminal violations are ongoing, and as an ever widening circle of officials become implicated in the cover up of the crimes, the numbers keep

3

escalating. This criminal misconduct by officials has had a harsh impact upon society and unleashed a definite brand of tyranny upon the populace.

***The Role of the US District and 10th Circuit Appeals Courts***
The United States filed three interrelated criminal cases in the USA District Court, Colorado, to address the insurrection, seditious conspiracy, and murder plot in furtherance thereof. However, the US District Court Judge and the 10th Circuit Appeals Court Judges who presided over the three interrelated criminal cases, joined with the seditious conspiracy and furthered the aims thereof. The judges failed to administer the criminal statutes upon the Defendants and thereby assisted to defeat the course of justice in the broader case. The judges protected known criminals (the Defendants) from prosecution, and denied the United States and its people due process of law and protection of the laws against the ravages of insurrection and sedition. The role of the judges in the subversion is further described below.

To understand the motives of the conspirators in violating the laws and attempting to kidnap and murder, and the part perpetrated by the delinquent US District Court and 10th Circuit Appeals Court Judges therein, it is essential to understand the broader setting in which these crimes have been committed.

## *Milieu*

The founding fathers of America have enshrined noble principles in the Constitution - principles of freedom, justice, and the protection of individual rights. However, in the application of these principles and in the administration of the laws something has gone dreadfully awry. The lofty principles established by the Constitution have been usurped by officials with more sinister intentions. The United States

4

of today is not the benign society which the founding fathers aspired to create through the higher values enshrined in the Constitution.

Two sets of standards have developed in the execution of the laws - one set applicable to the general populace, the other applicable to those in authority. Officials in positions of authority who abuse their positions and the law may generally do so with impunity. This has become the norm and there is no effective antidote available to the common man against this phenomenon. The system of government and certain laws in fact protect such abusers from culpability. This further encourages immoral and corrupt behavior amongst officials.

Officials who are tasked with administering the laws simply fail to take action against offenders in their midst. This proves to be a most common and effective method to protect a law-breaking peer from prosecution. This collusion amongst officialdom to protect colleagues from criminal and civil accountability is widespread throughout all branches of government: executive, legislative, and law enforcement/judiciary. The profound malevolence permeates through every level of government: city, county, state, and federal. The phenomenon translates into a certain brand of tyranny - the tyranny of a democratically elected government wrought upon its own people.

On the face of it this indictment might appear implausible. However, the veracity thereof is amply substantiated by the facts elaborated in a *'Dossier of Crimes'*, and in thousands of pages of evidential documents surrounding the broader case. The dossier comprises some 2000 pages of prima facie evidence and describes the impunity with which 14,164 conspirators have committed innumerable crimes, and have attempted to kidnap and murder a witness to their crimes.

5

The *'Dossier of Crimes'* has been filed with the US Supreme Court on 12 previous occasions, and is herewith filed once more in this case.

## *Development of the Case*

### *Initial Crimes*
Every citizen living in the United States has by law, amongst others, the following two inalienable rights - that of lawful ownership of property, and that of equal protection of the laws, viz. US Constitution, Amendment XIV, Section 1: *"... nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws".*

Despite these Constitutional protections. Petitioner's assets were seized and he was stripped of a sizeable portion of his income by illegal government action.

### *Exhaustive Measures*
Since January 2002, exhaustive measures have been taken to seek justice and restitution for the initial crimes, and to animate the law enforcement process to deal with a deluge of subsequent crimes amongst officials, but to no avail. In his efforts Petitioner has to date made thousands of written requests to more than 14,000 officials - from the most junior police officer to the highest authorities in the land. With every letter he has thought: *this one* will reach a heart and change a mind. But Petitioner woefully underestimated the darkness he had to penetrate.

The numerous written requests for protection and enforcement of the laws were directed to officials from 620 different, but pertinent, institutions of government tasked with law and order. (Appendix 4). These institutions include state and federal police departments, state and federal

6

prosecutors, state and federal judges, legislators, judiciary committees, judicial conduct commissions, ethics boards, bar associations, state and federal attorneys general, and state and federal executives.

Requests for protection and enforcement of the laws were also addressed to the courts. In all, 25 court cases have to date been filed in state and federal courts, including 3 in the United States Supreme Court. (Appendix 5). In each case Petitioner sought two things: a) the redress of the illegal seizure of *de jure* property, and b) the protection of the law against ongoing harmful criminal acts. These rights are secured to every United States citizen, including Petitioner, through the promise of the 14th Amendment.

The exhaustive measures taken to secure justice are described in the *'Dossier of Crimes'*, described in the 120 proceedings of the 25 court cases mentioned, and in other related documents in the hands of this Court and various authorities.

### *Corruption in Government / Judiciary*
*Prima facie* evidence of the crimes committed by government officers was provided to the authorities and to the courts. Each official to whom the crimes were presented had the capacity, the authority, and a statutory duty, to address the crimes. However, *every official* omitted to perform their legal duties to investigate and prosecute, or to initiate same. In *every instance* Petitioner's appeals for justice and protection of the laws were rejected with callous indifference, in favor of a cover up of government and judicial wrongdoing and in protecting the law-breaking officials implicated from prosecution. In *every instance* his rights, ostensibly protected by the Constitution and the laws, were scorned and his appeals to the authorities were rejected with contempt - many times over. In *every one* of the 25 interrelated court cases (which addressed different groupings

7

in the criminal conspiracy), the courts not only failed to deal with the deluge of crimes presented to the courts, but actively suppressed the shameful issue.

In this case the cover up of crimes committed by law-breaking officials is absolute. Yet, the case is not unique, but merely a reflection of what happens across the United States, day after day, in court upon court, and in administration upon administration - city, county, state, and federal. In practice, government officers who break the law at the expense of the common man are unassailable. However, providing protection to criminals is a crime, and failure to have them identified is a crime.

### *Misprision / Obstruction / Conspiracy*

The statute on Misprision of Felony (18USC4), amongst many other statutes, obligates officials to deal with felonies and other crimes which have been brought to their attention. In this case, officials should either have initiated the investigations or prosecutions on their own volition, or alternatively, they should have passed the information on to somebody in authority who would have addressed the crimes. (28USC535). Each official involved failed to perform that legal duty and violated the statutes on misprision of felony and the requirement to investigate crimes involving government officers.

By the same reasoning, each official obstructed and impeded the due and proper administration of the law and violated the statute on obstruction of justice. (18USC1505). Every official was thus a principal offender due to his own substantive violations of law. By their criminal conduct each official, knowing that an offense against the United States had been committed, assisted other offenders in order to hinder or prevent their apprehension, trial, and punishment, and

8

became accessories after the fact to the crimes of the other offenders. (18USC3).

Each official also furthered the aims of the broad ranging conspiracy to commit offenses, and the conspiracy against rights, and joined in with the objectives to obstruct the course of justice. As a result, each official became a co-conspirator to the crimes of the other offenders. Thus a staggering number of crimes have been documented according to the dictates of the law.

Yet, the initial crimes cannot be disputed. The laws are clear and have not been obeyed. Unimpeachable evidence of numerous felonies is provided in the *'Dossier of Crimes'*. For instance, burglary has been confessed to under oath by the perpetrator; perjury is clearly discernable in conflicting statements under oath; a judge acknowledges (in court transcripts) the illegal removal of crucial court evidence - tampering with evidence.

Other serious crimes associated with this criminal conspiracy include: Fraud; Theft; Official Misconduct; Rendering Criminal Assistance; Conspiracy against Rights; Conspiracy to Commit Offense; Tampering with a Witness; Retaliation against a Witness with intent to kill; and Attempted Kidnap with intent to kill.

Details and p*rima facie* evidence of the crimes committed by the 14,164 conspirators, (provided in the 2000 pages of the *'Dossier of Crimes'*), have been presented to government authorities and the courts on some *50 occasions*.    No investigations or prosecutions have been conducted on any of these known felonies.    The undeniable evidence has also been presented to the US Supreme Court on 12 occasions, but on each occasion the conspirators removed those criminal dossiers from the Supreme Court Records.

9

Perversion of justice can have no clearer and more debased an example. The 14,110 officials involved in the criminal conspiracy hold pertinent positions in state and federal governments. Amongst state officials are police chiefs, prosecutors, attorneys general, secretaries of state, legislators, and governors. Also included are state judges from all levels of state courts. Amongst federal government officials involved in the criminal conspiracy are FBI agents, the US Attorney General and US Attorneys, federal judges including the Chief Justice, generals and admirals of the Armed Forces, and the Vice President and President of the United States.

## *The Role of the President of the United States*

When all the available remedies had been exhausted and Petitioner nevertheless failed to animate the legal system to deal with the crimes, Petitioner addressed himself to President Bush with the request that *he* see to the faithful execution of the laws in terms of *his* constitutional duties, viz: *"The President ... shall take care that the laws be faithfully executed".* (US Constitution, Article II, Section 3).

The President was informed of the large scale criminal conspiracy involving government officials, and that their crimes had been suppressed. He was provided with all the necessary information in order to take appropriate action. (*See* 47 letters to President Bush to date). Despite his peremptory duties under the Constitution and the criminal statutes, and despite numerous requests, President Bush willfully failed to take any action at all, but instead elected to join in the cover up of the crimes. This conduct placed the President directly in breach of the criminal statutes, the Constitution, and the common law duties of every citizen.

As a consequence a civil suit was filed against President Bush for his violations of the criminal statutes and common

10

law, and to seek a court order compelling him to obey the law and the Constitution. This suit met with further criminal behaviour in the Federal District Court in D.C. - committed by the President, by his counsel, and by the presiding judge in case no. 03-cv-2496. These crimes are fully described in the appeal to the US Court of Appeals for the D.C. Circuit (case no. 04-5324). In their turn the Court of Appeal judges failed to deal with the crimes and joined with the endeavor by President Bush and other law-breaking officials to conceal the crimes, and in so doing violated the statutes themselves.

Hence an appeal was made to the United States Supreme Court for justice, for, chiseled upon the marble edifice of the Supreme Court are the compelling words: *"Equal Justice under Law"*. Under this auspicious banner 3 cases, which pitted the common man against the might of a corrupt American establishment, were presented to the Supreme Court. Those cases are:

1. *Anthony P. Keyter vs. George W. Bush,* Supreme Court Case No. 05-140.
2. *Anthony P. Keyter vs. 230 Government Officers*, Supreme Court Case No.06-284.
3. *Anthony P. Keyter vs. McCain et al.,* Supreme Court Case No. 06-1069

These cases addressed the criminal neglect of government officials to deal with the deluge of crime within their ranks.

## *Corruption in the United States Supreme Court*

Unsurprisingly however, the criminal endeavor by politicians, judges, and officials, to obstruct the course of justice advanced uninterruptedly into the US Supreme Court. The Supreme Court failed to address the corruption in the government and the courts, and failed to attend to a parcel of

11

1.6 million crimes placed before it in the 3 cases against government officials. In their turn, the Supreme Court Justices lent their considerable (but corrupt) power to advance the aims of the criminal conspirators to obstruct the administration of the laws and defeat the course of justice. All 3 cases were characterized by significant criminality in the court so as to protect President Bush and the other senior government officials from civil and criminal prosecution.

**Fraudulent Judgments**
In each instance the Certiorari petitions to the Supreme Court were fraudulently and illegally denied without the benefit of all the relevant documentation and without the Justices performing obligatory judicial duties to address the underlying crimes. A Mandamus petition was filed in the case against President Bush requesting a Supreme Court Order to command the President to obey the laws. The Mandamus petition was ostensibly deliberated, and then fraudulently denied by the Justices - yet all the copies of the petition had already been stolen from the courthouse within hours of being filed, and were never available for deliberation by the Justices.

**Rendering Criminal Assistance**
The failure of the Supreme Court Justices to act upon evidence of multiple felonies presented in court documents and the criminal dossiers, protected and rendered criminal assistance to known felons. The Justices thereby obstructed the due and proper administration of the laws and violated 18USC1505 and 18USC4. Urgent Motions for Injunction seeking court protection from ongoing crimes in each of the 3 related Supreme Court cases were not addressed. This neglect sanctioned further criminal misconduct by officials, and violated 18USC3.

12

### Violation of Laws Disqualifying a Judge

Motions for recusal and/or disqualification of the Justices were submitted to the Supreme Court when it became clear that they were colluding in the criminal conspiracy underlying each of the 3 cases. However, the Justices failed to recuse themselves, acted under severe conflict of interest untenable in law, and rendered judgments to dismiss the very cases which implicated them in crime. The Justices thereby shielded themselves from investigation, impeachment, and prosecution. It must be noted that Chief Justice Roberts did in fact recuse himself from 2 of the deliberations, however, on other applicable occasions he did not. The laws governing the recusal of judges expressly prohibit acting under such conflict. The Justices violated 28USC144 and 28USC455.

### Shielding of Criminal Offenders by Supreme Court Police

Criminal Complaints, and other unambiguous evidence regarding felonies associated with the 3 cases, were filed with the Supreme Court Police. A number of these felonies were committed *in the Supreme Court*. However, the Supreme Court Police failed to act against the offenders, instead providing a protective umbrella for ongoing lawlessness, e.g. theft of court record, intimidation, and retaliation against a witness.

### Tampering with / Illegal removal of Court Evidence

In all 3 related Supreme Court cases, all incriminating evidence implicating the President and other senior government officials in crime were illegally removed from Supreme Court Records. Subsequent attempts to re-file the stolen documents repeatedly met with the same offense. In the civil case against President Bush, 41 out of 47 documents filed in the case were stolen from the court records. In the case against 230 Government Officers, 4 incriminating documents were corruptly and repetitively removed. In the case against Senator McCain, Vice President Cheney, Chief

13

Justice Roberts, and other senior officials, 6 pertinent documents were corruptly removed. These documents were re-filed, and repeatedly removed.   On 12 occasions the criminal dossiers and the evidence they contain were illegally removed from the Supreme Court Records.   These criminal acts transpired with the full collaboration of the Supreme Court Justices, with the co-operation of the Clerk and his personnel, and under the protective umbrella of the Supreme Court Police. Evidence presented in the *'Dossier of Crimes'*, and correspondence with the court, attests to this fact.   These acts of theft of record violated 18USC1506 on numerous counts.

### Retaliation against a Witness

Because of Petitioner's unrelenting persistence to find justice, the government conspirators resorted to witness-tampering (18USC1512) and retaliation against Petitioner (18USC1513). This was done with the clear intent to prevent his attendance in official court proceedings, and to prevent further testimony against the law-breaking government officers, including the ring-leaders: President Bush, Chief Justice Roberts, Attorney General Gonzales, and FBI Director Mueller. In a further display of abuse of power and of state machinery, President Bush ordered the illegal interception of all Petitioner's communications in violation of the tenets of the Patriot Act. The Supreme Court willfully neglected to address the crimes and failed to protect a Supreme Court litigant from retaliation by government officials.

## Attempted Kidnap and Murder

On February 9th, 2006 a 'Petition for Rehearing' was filed with the US Supreme Court in the case against President Bush (case no. 05-140), together with a Criminal Complaint which addressed the extensive theft of court records. These

14

documents significantly increased the risk of public exposure and prosecution of President Bush and his co-conspirators.

Within 24 hours of these documents being filed in the US Supreme Court, President Bush and his agents initiated a criminal plot to retaliate against Petitioner with intent to kill him as primary witness to their crimes - in order to thwart the course of justice and administration of the laws. The execution of this plot commenced in the Supreme Court and unfolded through the offices of the White House, the Boeing Company, and the Federal Aviation Authority.

Under orders from the President, White House aids contacted Petitioner's employer, the Boeing Company. In a mutually beneficial arrangement, officers of the Boeing Company immediately embarked upon an attempt to inveigle Petitioner to an area away from his normal workplace, there to unlawfully seize Petitioner - kidnap him - in collaboration with and in execution of the plot to murder him. Boeing was offered an attractive contract/compensation to facilitate this iniquitous conduct, and the Boeing Board acquiesced to the request. This act violated the statute 18USC1201.

The first attempt to kidnap and murder Petitioner (initiated by officers of the Boeing Company) failed, and resulted in further criminal charges being filed. A second attempt was undertaken through the Federal Aviation Authority in an effort to prevent information relating to these federal offenses from reaching law enforcement and the courts. The second kidnap attempt was also abortive, but these attempts succeeded in destroying Petitioner's livelihood and 17-year career as Senior Instructor Pilot with the Boeing Company. Subsequent evidence of stalking indicates that the conspirators intend to consummate their sinister plot.

15

Details of the kidnap and murder plot are further described in the *'Dossier of Crimes'* Volume 3 (State-supported Tyranny upon the Populace), in Chapter 1 and Chapters 41 – 44. The Boeing Company and FAA officers involved, and their co-conspirators, are listed in Chapter 3 of the dossier. A considerable amount of detail of events and evidence of the kidnap attempts is available to investigators. Audio tapes of conversations with Boeing managers and FAA officials clearly indicate the conclusions on intent, and reveal the involvement of Attorney General Gonzales and agents from his Justice Department.

The two foiled kidnap and murder attempts were commanded by President Bush, initiated and facilitated by Chief Justice Roberts, directed by Attorney General Gonzales. and executed by FBI Director Mueller and his agents. There is indeed a grim threat and a high likelihood of further retaliation against Petitioner on behalf of the seditious conspirators, including the likelihood of a break-in and theft of incriminating documents, or removal of incriminating evidence from Petitioner's office with a phony search warrant corruptly obtained. Moreover, there are many other high profile and politically powerful officials amongst the conspirators. Their propensity to malice, and the absolute impunity with which they can and do violate the laws, is amply demonstrated in the *'Dossier of Crimes'*. When the extent of their legal predicament is considered and evidence of stalking is taken into account, further attempts to eliminate Petitioner as witness are highly probable.

### De Facto Impunity against Arrest
The kidnap and murder attempts have not been investigated or prosecuted - neither by the Department of Justice or the FBI, nor by or any other law enforcement agency, or state or federal court - despite having been provided with the information and numerous appeals. Exhaustive measures

16

have thus failed to bring President Bush and his co-conspirators and agents to justice before the courts of the United States, and failed to secure protection against further attempts upon Petitioner's life. These malevolent officials, in their high office, have been granted *de facto* '*impunity*' against arrest for attempted murder and numerous other serious felonies. The common man, and the public at large, effectively has no practical antidote or protection against such assault upon the public peace and safety by officials in high positions.

## *Seditious Conspiracy*

United States law dictates that if two or more persons conspire to oppose by force the authority of the United States, or by force to prevent, hinder, or delay the execution of any law of the United States, they are in violation of the statute on Seditious Conspiracy (18USC2384).

None of the participants acted alone in the criminal activities described herewith.    The complicity (18USC2), and/or accessory role (18USC3), of each of the known criminal conspirators in the attempted kidnap and murder of a key witness to their crimes, is evident from their failure of legal obligation to address that crime - either as responsible United States citizens (18USC4), or as officials pursuant their oath of office and their specific duties associated with their position of authority under the United States.

The criminal acts described above furthered the common aims of, and were of mutual benefit to, *all* known conspirators.    The illegal removal of the criminal dossiers and other incriminating evidence from the Supreme Court Record suppressed information of the crimes of *all* the conspirators.    The illegal removal of the mandamus petition in the Bush Supreme Court case saved *all* the conspirators

17

from a court order enforcing criminal investigation and resultant prosecution. The plot to kidnap and murder Petitioner, if it had succeeded, would have wiped *all* court proceedings against the conspirators clean off the slates. It is the *combined action* by conspirators that has served to defeat the course of justice so absolutely - one conspirator or group performing one part of the criminal act, another, the other part of the act. For instance: one group of conspirators committing the crime of retaliation against a witness with intent to murder, the others illegally protecting those law-breaking colleagues by failing to prosecute the crime. (See 18USC371).

This cooperative endeavor amongst the conspirators to commit offenses against the United States, or to assist in the commission thereof, was amply demonstrated during the period March 13 to 25, 2006. Petitioner was informed that meetings were held between representatives of the different groupings of conspirators, under the auspices of US Attorney General Gonzales, to plot their evasion of criminal culpability for crimes committed, to render criminal assistance to one another, and to plot further retaliatory action against Petitioner.

To date, 14,110 government officers and 54 others have conspired to, by force, prevent, hinder, and delay the execution of the laws of the United States, in violation of the law prohibiting seditious conspiracy, 18USC2384.

Every conspirator violated at least 16 statutes as principal offender. *(See* Appendix 8) Every conspirator is also culpable under law, of the offenses of every other conspirator. The number of crimes committed in this seditious conspiracy is thus 16 x 14,164 x 14,164 = 3.2 billion crimes. These are sobering statistics, and represent a powerful insurrection against the laws of the United States.

18

## *Insurrection against the Laws*

The law dictates that, whoever incites, assists, or engages in
any rebellion or insurrection against the authority of the
United States, ***or the laws thereof***, or gives aid and comfort
thereto, is in violation of the statute on Rebellion or
Insurrection (18USC2383), and shall be incapable of holding
any office under the United States. At the time of writing,
14,110 state and federal officials have breached this statute;
yet they illegally remain in their positions of power from
whence they continue to conspire against the United States
and its laws.

### *The Role of the Congress*
Amongst Petitioner's thousands of written appeals for justice
are numerous appeals to every one of the 535 Members of the
110th Congress, individually, to address the criminal
conspiracy within the government. In addition, the Senate
and House Judiciary Committees, the Senate Committee on
Government Affairs, the House Committee on Government
Reform, the Senate President and the Speaker of the House,
all have been requested through multiple letters to take action
pursuant congressional oversight jurisdiction over the
executive and judiciary. *To no avail.* Instead of addressing
the crimes detailed in the *'Dossier of Crimes'* and tackling
the corruption in the courts, the committees and
Congressmen shunned the requests and willfully failed to
perform their critical oversight duties. With callous
indifference they sanctioned the criminal activities of their
peers. Amongst the Congressmen who have failed to act are
the top Presidential candidates of the 2008 elections, thus
guaranteeing continuity of the immorality and criminality
within the United States Government.

19

### The Role of the President's Cabinet

The entire United States 'Executive', including every member of the President's Cabinet, has been informed of the seditious conspiracy. Every executive member has been provided with prima facie evidence thereof, and has been requested to take action against the subversion and crime. Every executive member has a duty to act, has taken an oath to perform that duty, and to defend the nation against its enemies, *foreign or domestic*. And every executive member has instead chosen to provide aid and comfort to known insurgents.

### The Role of the Justice Department and FBI

Since January 27, 2003, the United States Department of Justice, its Attorney Generals and US Attorneys, have step by step been kept informed of the development of this pervasive insurrection against the laws, via some *274 letters* and several filings of the '*Dossier of Crimes*'. The noteworthy response of the Department of Justice was to dispatch its FBI agents in February 2006, to co-ordinate Petitioner's kidnap and murder through surrogates at the Boeing Company and the FAA. When those attempts failed, the Department of Justice held meetings with all interested parties to plot their next malicious steps to thwart the administration of the laws.

### The Role of State Governments and Judiciary of the 50 States

The 50 States of the United States have been fully informed of the insurrection and sedition through their governors, attorneys general, police chiefs, legislators, and the judges of three levels of state courts. The state governments and judiciary were provided with evidence of the crimes and were similarly requested to use their authority under law to take appropriate action against the subversion. No action has been forthcoming from any of the state governments or courts to address the torrent of crime. The states have instead

20

provided safe haven and passage to the insurgents - some of them resident in their state.

### The Role of the United States Armed Forces
Given the extent of the insurrection within the government, and considering the powerful obstruction to the administration and execution of the laws exercised by the insurgents, the 5 Joint Chiefs of Staff and 52 other admirals and generals of the United States Armed Forces were informed of the sedition, and were requested to address the insurrection against the laws.

The United States Armed Forces have a duty prescribed by law, and its senior officers have taken an oath, to defend the country against its enemies, *foreign or domestic.* Yet, amongst the nation's top military commanders, amongst 57 generals and admirals who are fully informed of the insurrection, no one has dared to break ranks and address the sedition; no one has shown the fortitude or rectitude to perform their clearly defined military duty; and not one has honored his oath to defend the nation against its domestic enemies in this case. *Not one.* Every one of the 57 generals and admirals has actively assisted and engaged in rebellion or insurrection against the authority of the United States, *and the laws thereof*, and has given aid and comfort thereto.

### Incestuous Relationship within Government
Thus the courts have illegally protected President Bush and his co-conspirators from culpability for crimes committed, including the crime of conspiracy to kidnap and murder. Congress has consecutively protected the President and corrupt judges from impeachment and prosecution. In their turn, the Congressmen enjoy the protection of the President and the courts from culpability for *their* failure of crucial duty to the people and to the state. One dirty hand washing the other.    Providing a protective umbrella over this

21

lawlessness are the generals and admirals of the Armed Forces of the United States.

The evidence to hand vividly exposes the incestuous relationship between the three branches of United States Government. This undesirable closed loop association, which saturates all levels of the establishment, has fostered mutual assistance and incitement to engage in rebellion and insurrection against the laws of the United States, and has provided aid and comfort to insurgents.

## *Treason against the United States*

Each one of the 14,110 government officials involved in this insurrection against the laws of the United States, owes allegiance to the United States, and has taken an oath before God and the nation to avow that allegiance. Each of the government officials involved has an individual and undivided collective duty to defend the United States against its enemies, foreign or domestic. Each government official involved has willfully failed to defend the United States and its people against insurgents from within, who are bent on rebellion against the laws of the country. Each has instead given aid and comfort to the insurrection against the laws, and provided protection to known criminals. And each government officer so engaged has committed an unmitigated act of *treason* against the United States.

For, the law unambiguously states that whoever, owing allegiance to the United States, levies war against them *or, adheres to their enemies,* giving them aid and comfort within the United States or elsewhere, is guilty of *treason* and shall be incapable of holding any office under the United States (18USC2381).

22

## SOURCES OF EVIDENCE

Three primary sources of information provide strong evidence of the crimes committed by the 14,164 known insurgents: a) The 'Dossier of Crimes'; b) Court proceedings in 25 court cases; and c) Correspondence with officials.

### *The Dossier of Crimes*

Crimes committed by each of the conspirators, and of groups of conspirators, are meticulously documented, and prima facie evidence is provided in some 2000 pages of the '*Dossier of Crimes*'. The dossier was first compiled on January 17, 2003, and has been continuously updated over the years since then. The latest revision of the dossier is dated March 31, 2008. The dossier was filed with the 10th Circuit Appeals Court in the consolidated cases, and is filed with this Petition in the Supreme Court. In addition, the dossier has been filed with the US Supreme Court on 12 previous occasions.

### *Court Proceedings*

Twenty five court cases sought in vain to address different aspects and groupings of the criminal conspiracy. (Appendix 5). *In every one* of the 25 interrelated court cases, the courts not only failed to deal with the deluge of crimes presented to the court, but actively suppressed the shameful issue. Corrupt state and federal judges lent their full support to the government conspirators, joined forces with their aims to obstruct the course of justice, and denied due process of law in every conceivable way in all 25 court cases.

Court documents filed in the *120 corrupt proceedings* of those cases provide unmistakable evidence of the subversive activities of law-breaking judicial officers. In many instances documents have been illegally removed from court records by the conspirators, including from the Supreme Court.

23

However, those documents are available to investigators and to the Supreme Court Justices directly from the writer.

### *Written Appeals for Justice*

Correspondence with officials - informing them of the criminal conspiracy against the laws and appealing for the enforcement, administration, and execution of the laws upon the conspirators - provide further clear evidence of the role of government officials in the seditious conspiracy and kidnap and murder attempts.

## US DISTRICT COURT DECISION

On February 8, 2008, some of the crimes of some of the seditious conspirators were reported to the US District Court for Colorado, in three affidavits titled: (1) Charges of Conspiracy to Kidnap and Conspiracy to Murder, lodged against President Bush, Chief Justice Roberts, Attorney General Gonzales, and BFI Director Mueller; (2) Insurrection and Seditious Conspiracy, lodged against 443 conspirators; and (3) Charges of Treason, lodged against 535 Members of the US Congress.

On February 21, 2008, the *United States of America* responded to this report of criminal activity by filing three criminal cases in the US District Court to address the crimes, viz: (1) *United States of America* vs. *Bush, et al.,* case no. 08-cr-85; (2) *United States of America vs. 443 Known Insurgents,* case no. 08-cr-86; and (3) *United States of America* vs. *535 Members of the 110th Congress,* case no. 08-cr-87. However, the District Court corruptly made an order on that same day, February 21, 2008, to illegally dismiss the cases.

The order to dismiss was premised upon the false assertion that the informant *"lacks standing to file a criminal*

24

*complaint and maintain this criminal action"*.  The informant had an unambiguous legal duty under 18USC4 and 18USC2382 to report known felonies. This he did. His reports sought to comply with the requirements of statutes 18USC4 and 18USC2382. This they did.  Beyond that, the informant's '*standing*' is completely irrelevant.

The *United States of America* has the duty to enforce the laws: to investigate, prosecute, and to administer the laws and bring the criminals to justice.  The *United States of America* has the '*standing*' to file a criminal case - and this they did. The *United States of America* has the '*standing*' to administer the laws through its courts – and this duty *was not* performed. The District Court judge had the duty to arrest the offenders. This was not done.  The judge had the capacity, the authority, and the judicial obligation, to request for a prosecutor, and/or to appoint a prosecutor.  This duty was also not performed. Instead the judge dismissed the case on the false pretext that the informant had no standing to prosecute.  The judge violated the United States Constitution, Criminal Code, and the Federal Rules of Criminal Procedure (FRCrimP) on multiple counts.  These crimes are detailed in Appendix 6.

The Petitioner asserts that the violations described in Appendix 6 were perpetrated with the clear objectives of deceiving the state and the public, rendering criminal assistance to the Defendants, and aiding them to escape prosecution.  The 'Order to Dismiss' - based on a false premise and associated with multiple crimes - is illegal and thus void.  The criminal acts of the District Court Judge joined with and furthered the aims of the seditious conspiracy to defeat the ends of justice. (*See* Appendix 6).

25

# 10TH CIRCUIT COURT DECISION

An appeal was filed in the US 10th Circuit Court of Appeals on April 11th, 2008, in each of the three cases. A 'motion for joinder' was filed to combine the three criminal cases and join all known conspirators. The court granted the joinder motion and the case appropriately advances as a single consolidated case titled *United States of America vs. 14,164 Seditious Conspirators*.

A second motion was filed appealing for the court to request for or appoint a prosecutor pursuant FRCrimP, Rule 42. This motion, which imbedded the crux of the appeal, was corruptly denied as *'moot'*. The court criminally neglected the obligation under Rule 42 to appoint a prosecutor to prosecute the crimes of the Defendants, and the contempt of court committed by the District Court Judge.

The Appeals Court corruptly affirmed the District Court's illegal dismissal of the case in a succession of 8 blatant fraudulent misrepresentations and 17 criminal transgressions. In their turn, the 10th Circuit judges failed to address the crimes of felonious officials, again with obvious intent to protect the Defendants from prosecution. The criminal violations of the 10th Circuit judges are presented in Appendix 7.

## DISCUSSION OF QUESTIONS PRESENTED

### Question 1
Can the US District Court and 10th Circuit Appeals Court legally dismiss this case which addresses the insurrection and seditious conspiracy, without tending to the crimes?

*Answer: No.* District Court and Appeals Court judges have a duty pursuant 18USC3041 and FRCrimP, Rules 4 and 41, to arrest the offenders and bring them to justice. The judges

26

have a duty pursuant 28USC453 (their oath of office) to administer justice without respect to persons, and to faithfully and impartially discharge the duties incumbent upon them. These obligations were criminally neglected, and the rules and laws violated. Dismissal was illegal, and was perpetrated with the clear purpose to protect the insurgents/seditious conspirators from prosecution. (See Appendices 6 and 7).

**Question 2**
Can the US District Court and 10th Circuit Appeals Court legally dismiss this case on the grounds that the *informant* ostensibly has no legal right to prosecute, whilst it is the duty of the United States, not the informant, to prosecute; and the duty of the courts to appoint a prosecutor?
*Answer: No.* The informant's legal standing in the matter is irrelevant. The United States has the standing to prosecute. The judges have the authority and duty to request for or appoint a prosecutor. (*See* Rule 42 of FRCrimP).

**Question 3**
Considering the number of crimes committed by presiding District and 10th Circuit Judges in aiding the Defendants to evade criminal prosecution, is their dispensing of the case legal?
*Answer:* No. (See Appendices 6 and 7).

**Question 4**
Can the 10th Circuit Court of Appeals legally affirm a manifestly illegal judgment from a lower court?
*Answer:* No. See Appendix 6.

**Question 5**
Can the Honorable Justices of the United States Supreme Court decide this case, or even decide whether the Court will hear this case, when the Justices are named Defendants in this criminal case?

27

*Answer: No.* The Supreme Court Justices have committed numerous crimes in furtherance of the insurrection/seditious conspiracy, and are listed as Defendants in Appendix 1. Their crimes are detailed in Appendix 10: the 'Dossier of Crimes', Volume 2, Chapters 18.37-18.39 and Volume 3, Chapter 45. The Supreme Court Justices are obligated under statutes 28USC144 and 28USC455 to recuse themselves from the case, and neither decide the case, nor decide whether the Court will hear this case. In addition, the Supreme Court Justices are obligated to permanently vacate their positions on the Supreme Court bench pursuant statutes 18USC2381, 18USC2383, and Article III, Section 1, and 14th Amendment, Section 3, of the US Constitution.

The *institution* of the Supreme Court is obligated to address the insurrection, treason, seditious conspiracy and concomitant murder plot, with a bench of judges/justices who are *not involved* in the insurrection. The *institution* of the Supreme Court is obligated to address the crimes of the District Court judge and 10th Circuit Appeals Court judges as presented in Appendices 6 & 7. The *institution* of the Supreme Court is obligated to issue warrants for the arrest of the 14,164 seditious conspirators, pursuant 18USC3041 and the FRCrimP, Rules 4 and 41. The *institution* of the Supreme Court is compelled by a consideration of public safety, to issue the Writ of Certiorari and remand this important public case for trial by a lower court.

## IN SUMMARY

There remains in society today, a large parcel of crimes perpetrated by high officials of federal and state government that has yet to be investigated and prosecuted.

This powerful insurrection against the laws, virulent seditious conspiracy against the United States, and ongoing murder

28

plot in furtherance thereof, has ensued in the upper echelons of government to conceal the crimes and shield the perpetrators from prosecution. To date, 14,110 officials from 620 separate government institutions tasked with law and order, and 54 others, have co-operated to defeat the course of justice and to provide *'impunity'* to common criminals and prospective kidnappers and murderers in their midst. Law enforcement institutions and the courts, including the US District Court for Colorado and the 10th Circuit Appeals Court, have callously turned a blind eye to these nefarious and felonious activities.

Originating in the courts in January 2002, the ever increasing deluge of crime, committed by government officials against the people of the United States, has yet to be terminated. The seditious conspirators illegally remain in their positions from whence they abuse government power to pursue their criminal endeavors. Moreover, they perpetrate their criminal deeds with the full support, protection, and participation of key government institutions: the White House and the Cabinet; the Department of Justice and the FBI; the US Congress; State and Federal Courts; the 50 State Governments; and the Armed Forces of the United States.

## CONCLUSION

Aptly it has been stated, that *"despotism sits nowhere so secure as under the effigy and ensigns of freedom"*. (Walter Savage Landor, 1775-1864). There can be no more perverse an example of state-supported tyranny upon an outwardly *'free society'* than is presented by this case – and indeed in this country which is vociferous about human rights. The notion of 'freedom and justice' in America today does not reflect harsher realities. As there exists no viable restraining mechanism to curtail the abuses of power, in spite of the tenets of the Constitution, unbridled oppression is frequently

29

inflicted upon the common man – as demonstrated by this case. Given these circumstances, can one in truth claim that there is any difference between the United States of today and pre-war Iraq, Brezhnev's Russia, or Hitler's Germany?

The degeneracy in the institutions of United States government stand deeply exposed in this case - a governmental and judicial system corrupt to the core, where even the most moral who enter are besmirched by the system. A nation can have no greater shame than to have the custodians of its morals fall foul of the very principles they are the custodians of. As long as we give away our power to leaders who sway public opinion by the dexterity of their tongues, and not with the sincerity of their hearts, we will suffer the consequences of this misdirection. Should this anarchy in the government not be arrested and reversed, and should government and judicial officials be allowed to continue unchecked to fuel this debauchery, it will entrench repressive government and inflict untold suffering upon the citizens of tomorrow.

Yet, a rare opportunity presents itself in this debacle that faces the nation. If we can face the lessons of the present; understand their nature and negative ramifications for future generations; if we rectify our errors and the fatal flaws in our government and judicial systems, then we will sow the seeds of a brighter tomorrow. And if we inculcate in public servants the attributes of *responsibility, true service, care, and respect* - without selfish ambition, malice, dirty political maneuvering, and the iniquitous protection of malfeasant colleagues - then the seeds of a benevolent society, truly free from tyranny, will have been planted. Then can we usher in an era of improved human relations; of a society that will lead the world, not by sham and showmanship, nor by force, but by superlative example. *That* will be a legacy worthy of future generations.

30

However, Petitioner questions in his mind: 'when shall arise one from the *heart* of this nation, enlightened and courageous, who will take on the prosecution of this wave of crime amongst officials; and when shall arise a political leader who has the vision to see that the legal system and governmental system of the United States is deeply flawed and in need of a profound overhaul?'

When such one arises, Petitioner shall say his task is done.

Anthony P. Keyter
May 23, 2008

_____   _____