Anthony Keyter
6200 Soundview Drive, R201
Gig Harbor, WA, 98335
Tel: (253) 853-3859

July 16, 2008

The Clerk
US District Court
844 N. King Street,
Wilmington, DE 19801

by Fed Ex

The Clerk of the Court,

**RE: Additional Copies of Appendix 1d -
'Ex Parte Motion for Writ of Mandamus'
Civil Case No. 1:08-cv-00097-SLR**

Enclosed find an additional forty copies of **Appendix 1d** of the 'Ex Parte Motion for Writ of Mandamus' filed on July 15, 2008, in case no. 1:08-cv-00097-SLR.

In the above titled motion, the District Court was requested to order Defendants Bush, Roberts, and Mueller to secure due process of law and protection of the laws for the American public in the Supreme Court case "*United States vs. 14,164 Seditious Conspirators*". (*See* motion, page 8, paragraph no. 3). These additional copies of **Appendix 1d** are required for the duties Defendants Bush and Roberts are compelled to perform under the Writ of Mandamus. The additional copies comprise the number of 'Certiorari Petitions' required by Defendant Roberts in the US Supreme Court case, which criminal case is presently being corruptly obstructed by the defendants and deceitfully kept out of the United States Supreme Court despite proper filing.

The enclosed copies thus support the proposed US District Court Order in case no. 1:08-cv-00097-SLR, and may be collected by or forwarded to the Attorney for the Defendants at the earliest convenient time.

Kindly advise Plaintiff when the enclosed copies of **Appendix 1d** have been collected by or forwarded to the Defendants Bush and/or Roberts via their Lead Attorney Leslie Wolf, so that any further criminal obstruction of justice, concerning the seditious conspiracy addressed therein, may be monitored and reported to this Court.

Thank you.

Sincerely,

Anthony Keyter

Cc. Lead Attorney Leslie Wolf



Rec'd by
Fed Ex

The Clerk
US District Court
844 N. King Street,
Wilmington, DE 19801

Anthony Keyter
6200 Soundview Dr, R201
Gig Harbor, WA, 98335