OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 17, 2008

TO:

**Anthony Keyter**
6200 Soundview Drive
R201
Gig Harbor, WA 98335

    **RE:  REQUEST FOR SERVICE OF FORTY ADDITIONAL COPIES OF**
    **APPENDIX 1d UPON DEFENDANTS IN THIS CASE**

Dear Mr.: Keyter

    This is in response to your letter received 07/17/2008 requesting that this court ensure the service of the additional copies of Appendix 1d upon the defendants in this case. Pursuant to L.R. 5.2, the burden of serving these materials rests upon you the pro se litigant. The copies of Appendix 1d are available for your retrieval, pending receipt of prepaid postage mailer for a box weighing twelve pounds, to be paid by you. If prepaid postage mailer is not received within thirty days of the date of this letter or if arrangements have not been made to retrieve these items, these items will be destroyed.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                    Sincerely,

/lid                                         PETER T. DALLEO
                                            CLERK

cc:   The Honorable Sue L. Robinson