

# APPENDICES 1-9

# UNITED STATES VS.

# 14,164 SEDITIOUS CONSPIRATORS