# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**ANTHONY KEYTER**
*Plaintiff - Pro Se*

v.                                    Civil Action No. 1:08-CV-97-SLR

**PRESIDENT GEORGE W. BUSH**
**CHIEF JUSTICE JOHN G. ROBERTS**
**ATTORNEY GENERAL ALBERTO GONZALES**
**FBI DIRECTOR ROBERT MUELLER**
*Defendants*

## MOTION FOR DUE PROCESS OF LAW

Date:             July 21, 2008.

Signature:        *[signature]*

Print Name:       Anthony P. Keyter

Address:          6200 Soundview Dr. R201

City, State, Zip: Gig Harbor, WA 98335

Telephone:        (253) 853-3859

1

## MOTION FOR DUE PROCESS OF LAW

Plaintiff Anthony P. Keyter respectfully moves this Court to provide *'due process of law'* in presiding over this landmark case and the motions filed therein.

The United States District Court, Delaware, is fully informed of a virulent seditious conspiracy, and insurrection against the laws, operating with impunity within the government and the courts of the United States. This conspiracy is intent on obstructing the administration of the laws, defeating the course of justice, providing protection to known criminals, and denying constitutional rights to due process and protection of the laws. The Defendants in this case and their seditious co-conspirators hold positions of considerable power and have proved that they will not hesitate to interfere with the independent workings of the courts.

This Court is therefore motioned to provide *'due process of law'* with respect to (i) the Plaintiff (ii) the United States of America, and, (iii) the American people. This Court is entreated to decide this case and its motions in accordance with: (i) the United States Constitution (ii) the Laws of the United States (iii) the Federal Rules of Civil and Criminal Procedure, and, (iv) the Common Law.

## MEMORANDUM OF POINTS IN SUPPORT OF THE
## MOTION FOR DUE PROCESS OF LAW

### BACKGROUND

In complete contempt for the tenets of the United States Constitution and disdain for its laws, the Defendants in this case, and their co-conspirators, have combined and seditiously conspired to, by force (kidnap and murder), prevent, hinder, and delay the execution of the laws of the United States. For the past several years, the Defendants have led this major criminal conspiracy within state and federal government.

This tyrannical scheme has developed into a full blown insurrection against the laws of the United States, has caused Plaintiff great harm, and has severely impacted the public safety and well-being of the American people. The conspirators have systematically denied the Plaintiff and the American people the rights and protections secured by the Constitution; have at will and with impunity transgressed the laws of the United States; and have violated the court rules and the principle of 'due process' in *every court case* filed to address this anarchy. The criminal conspiracy is fully described in the 'Dossier of Crimes' filed in this case. A 'Synopsis of the Case' is included in the dossier as Chapter 1of Volume 1.

### CRIMES AGAINST THE PLAINTIFF

The malevolent state and federal officials implicated have committed the following acts: they have illegally stripped Plaintiff of his de jure assets; destroyed his career; blocked him from practicing his profession; caused financial hardship and physical depravation; slandered his good name; illegally tapped his communications; denied him justice in the courts and protection of the laws; attempted to kidnap and

murder the Plaintiff; and through these malicious deeds caused Plaintiff excruciating mental anguish and suffering.

Plaintiff has been threatened and intimidated; suffered his 'evidence of official misconduct' stolen from court records and his pleas for protection of the laws ignored. Time and again his court cases have illegally and summarily been dismissed without trial. Plaintiff's Constitutional rights, and all *'due process of law'* concerning his court cases, have been annulled. When Plaintiff sought protection and restitution from the highest authorities in the land - from the President of the United States, the Chief Justice of the Supreme Court, the Attorney General, and the Director of the Federal Bureau of Investigation, *(the Defendants in this case)*, these high officials viciously and respectively ordered, initiated, supervised, and executed two foiled attempts to kidnap and murder Plaintiff in order to eliminate him as court litigant and witness to the crimes of high officials. The crimes committed against the Plaintiff are fully described throughout the 'Dossier of Crimes' filed in this case.

### *CRIMES AGAINST THE UNITED STATES AND ITS PEOPLE*

It is not the Plaintiff per se that has suffered the consequences of this lawlessness, but equally the United States and its people have suffered the indignities of a deluge of crimes committed by 14,164 corrupt state and federal government officials from 620 pertinent institutions of government tasked with law and order. Crimes of treason, insurrection against the laws, domestic terrorism, contempt of court, obstruction of justice, and seditious conspiracy, amongst many others, have been committed against the United States and its people. Attempts to address these crimes in the criminal case *'United States vs. 14,164 Seditious Conspirators'* have similarly met with corruption,

illegal denial and dismissal. (*See* Motion for Writ of Mandamus filed in this case, Appendix 1d).

Thus it has come to be that common criminals *(the Defendants in this case)* control the public security and welfare from the highest offices of authority in the land – from the Presidency, the United States Supreme Court, the Department of Justice, and the FBI. Their henchmen, who are loyally prepared to commit crimes on their behalf, control the Armed Forces, the Congress, and much of the United States Court System. Their crimes are filed in this case, and further described in the 'Dossier of Crimes', Volume III – 'State-supported Tyranny upon the Populace'.

### *DUE PROCESS OF LAW CONCERNING THE PLAINTIFF*

Plaintiff makes a plea to this Court, not for special treatment or favors, but simply for his due under the Constitution and the laws of the United States. In deciding this case and its motions, Plaintiff appeals for the Court to obey the dictates of the Constitution, the demands of United States laws, the Federal Rules of Procedure, and the common law norms of society which afford restitution for willful injury. In short, an appeal is made to this Court for the *'due process of law'*:

- o Where there is malevolence, defamation, intimidation, retaliation, ill-will, and viciousness - ***bring justice.***
- o Where there is injury, harm, and physical, mental, and financial suffering - ***bring restitution.***
- o Where there is an apparent lack of goodwill within the courts of the United States - ***bring succor.***

- Where there is 'official misconduct' on a scale unprecedented in the annals of the United States - **bring corrective action.**

These requests are made consistent with the pledge taken, nay, the *covenant made* by the honorable judge(s) who preside over this case, to "administer justice without respect to persons", and to do equal right to Presidents or paupers alike, and to "faithfully and impartially discharge and perform all the duties incumbent upon (this Court) under the Constitution and laws of the United States. So help me God".

In particular, the Court is requested to obey the demands of the 14th Amendment of the Constitution, and to provide *due process and protection of the laws* – those laws that have been and are being transgressed as described in the 'Dossier of Crimes', and as otherwise presented in this case and its criminal counterpart.  (*See also* Motion for Preliminary Injunction filed in this case).

## *DUE PROCESS OF LAW CONCERNING THE UNITED STATES AND THE AMERICAN PEOPLE*

This concept of *'Due process of law'* pertains to the United States of America and its people, and as such demands that action be taken: to terminate the seditious conspiracy and insurrection against the laws, to restore public safety and confidence in the judiciary, and to bring to justice before the courts, those offenders engaged in the subversion, treason, and domestic terrorism as detailed in the 'Dossier of Crimes' – no matter what their political or judicial standing.  Specifically, the Court is requested to obey statute 18USC3041 and Rules 4, 41, and 42 of the Federal Rules of Criminal Procedure, in so doing to protect Plaintiff and the American public against the insurgents.

The case brought by the American people, *'United States of America vs. 14,164 Seditious Conspirators'*, has corruptly been thwarted by co-conspirators of the Defendants in the Colorado District Court, in the 10th Circuit Appeals Court, and in the US Supreme Court, all in a frantic effort to protect law-breaking officials from prosecution and to conceal their crimes. (*See* Motion for Writ of Mandamus, Appendix 1d). This Court has the power, the authority, and the duty, to take the necessary actions on behalf of the United States of America and the American people, to terminate the lawlessness and obstruction of justice. **This Court is requested:**

- To provide **'due process of law'** in the criminal matter *'United States of America vs. 14,164 Seditious Conspirators'*, now filed with this court. (*See* of Motion for Writ of Mandamus, Appendix 1d).

- To place the matter *'United States of America vs. 14,164 Seditious Conspirators'* on the docket as a separate *criminal case*, which it is.

- To appoint a special prosecutor to prosecute that case - one who is not involved in the insurrection against the laws.

- To faithfully and impartially administer the laws in the matter brought by the American people: *'United States of America vs. 14,164 Seditious Conspirators'*. All relevant information is already in the possession of this Court. The three underlying criminal complaints giving rise to this combined case were filed with the Court on February 8, 2008. The corrupt dismissals by the US District Court, Colorado, and 10th Circuit Appeals Court, were presented to this Court in the above matter. (*See* Motion for Writ of Mandamus, Appendix 1d).

## *CONCLUSION*

The Court has an irrefutable duty to provide protection of the laws to the Plaintiff, to the United States, and to the American public. Simply put, the Court has an obligation to obey the demands of the Constitution, the laws, the Federal Rules of Procedure, and the oath of office, as they pertain to the lawlessness of the Defendants and their co-conspirators.

This Court has the potential, the ability, and a powerful compulsion, to *initiate corrective action* of a debauched and a corrupt justice system which serves neither the United States nor the people. This Court can foreseeably be the agent of profound change towards a system of justice which in truth honors the freedoms and the rights of the individual: where men and women of goodwill provide succor to unfortunate souls locked in human conflict; where common sense law is administered not only from the head, but from the heart as well; where understanding, compassion, kindness, and courtesy, are not just hollow words, but *deeds* in the fullness of their meaning; where the iniquitous protection of law-breaking officials by their peers is not tolerated; where disgraceful attempts by a sitting President and his Chief Justice to murder a Supreme Court litigant invokes *immediate investigation and retribution*.

With such an approach to justice, this Court can herald in a new system premised upon the higher principles of justice, founded in love, according to God's Plan for humanity.

So be it.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2008, a true and correct copy of the foregoing 'Motion for Due Process of Law' was served by USPS to the Attorney of Record for the Defendants:

Ms. Lesley F. Wolf
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
PO Box 2046, Wilmington, DE 19899-2046


Anthony P. Keyter
Pro Se